```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :
                                     :   ORDER
            -v.-                     :
                                     :
BILLY ORTEGA,                        :   S3 22 Cr. 91 (RA)
    a/k/a "Jason," and               :
JOSEFINA MARINE,                     :
                                     :
            Defendants.              :
                                     :
------------------------------------ X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Micah F. Fergenson;

It is found that Superseding Indictment S3 22 Cr. 91 is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, and it is therefore

ORDERED that the referenced Superseding Indictment be unsealed and remain unsealed pending further order of the Courte.

Dated:   New York, New York
         October 6, 2022

_____
HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE