# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

October 7, 2022

Hon. Ronnie Abrams  
United States District Court  
U.S. Courthouse  
40 Foley Square  
New York, New York 10007

> Application granted. The arraignment is rescheduled to October 14, 2022 at 2:00 p.m.
>
> SO ORDERED.
>
> /s/ Ronnie Abrams
>
> Ronnie Abrams, U.S.D.J.  
> October 7, 2022

Re: United States v. Ortega, et al  
S3 22 Cr. 91 (RA)

Dear Judge Abrams:

I was appointed on Thursday, October 6 to represent Ms. Marine in the above-referenced matter. I undetstand that an arraignment is scheduled for October 14, 2022 at 10:30 am before Your Honor.

I write today to respectfully request that the arraignment be re-scheduled to later in the day. I have a prior commitment to appear in the Eastern District of New York before Judge Eric Komitee in the case of United States v. Greenaway, 22 Cr. 007 at 10:00 am that same morning. I am not certain how long that appearance may take but a rescheduling to sometime after 12:30 on the 14th should be the sufficient time for me to appear before Your Honor.

Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

cc.: All parties (by ECF)