Sent from my iPhone

# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

November 7, 2022

Hon. Ronnie Abrams
United States District Court
U.S. Courthouse
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 7, 2022

Re: United States v. Josefina Ortega
S3 22 Cr. 91 (RA)

Dear Judge Abrams:

Defendant Josefina Marine's appearance bond conditions require that the three co-signers be sworn to the appearance bond by today. All three have been approved, two of whom I just learned of this morning. All three work and may not be available to the Court Clerk for remote swearing of the bond by the end of the day. Accordingly, with the consent of the government, per A.U. S.A. Micah Fergenson, it is respectfully requested that the time for the suretors to be sworn to the appearance bond be extended to the end of business on Novermber 9, 2022.

Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

cc.: All parties (by ECF)