Sent from my iPhone

# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

November 9, 2022

Hon. Ronnie Abrams
United States District Court
U.S. Courthouse
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

*[signature]*

Ronnie Abrams, U.S.D.J.
November 9, 2022

Re: United States v. Josefina Ortega
S3 22 Cr. 91 (RA)

Dear Judge Abrams:

On November 7, 2022 I requested, with the consent of the government, and the Court granted, an extension to November 9, 2022 for defendant Josefina Marine's appearance bond co-signers to be sworn to the appearance bond. All three signers were approved but the bonds sent to the signers did not reflect the defendant's change of residence that was "so ordered" by Your Honor on October 11, 2022 ( Dkt. 49). Consequently, I am told that the Magistrate Court clerk cannot go forward with the swearing today.

Accordingly, with the consent of the government, per A.U. S.A. Micah Fergenson, it is respectfully requested that the time for the suretors to be sworn to the appearance bond be extended to the end of business on November 14, 2022.

Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

*[signature]*
Richard H. Rosenberg

cc.: All parties (by ECF)