# WL| Wright Law
## ATTORNEY AT LAW

---

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

November 15, 2022

**VIA ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States* **v.** *Billy Ortega, et al* **22 Cr. 91 (RA)**

Dear Judge Abrams:

I represent William Drayton in this Indictment and write today to respectfully request an adjournment of Mr. Drayton's sentence which is currently scheduled for December 9, 2022. This is the defendant's first request for such an adjournment.

I will be engaged on trial on December 9, 2022, and unable to take time off from my trial necessitating another sentence date for Mr. Drayton. Consequently, I respectfully request a sentence date for Mr. Drayton during the first week of January of 2023 (except the morning of January 5, 2023), or a date thereafter that is most convenient for the Court.

I have informed AUSA Micah Fergenson about my scheduling conflict and the government graciously consents to this adjournment request.
.

Application granted. The sentence is adjourned to January 6, 2023 at 11:00 a.m.

Sincerely,
/s/
Christopher Wright

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 16, 2022