

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 14, 2022

**BY ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application granted. The status conference is adjourned to February 10, 2023 at 12:00 p.m. Time is excluded until February 10, 2023, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> December 14, 2022

Re: *United States v. Josefina Marine*, S3 22 Cr. 91 (RA)

Dear Judge Abrams:

     The Government writes respectfully to request, on consent, that the Court adjourn the pretrial conference currently scheduled for Friday, December 16, 2022.  The Government understands the Court is available on February 10, 2022, at 10:00 a.m. or 12:00 p.m.; or February 17, 2022, between 2:30 through 5:00 pm, which dates and times work for the parties.  The Government additionally requests, with the defendant's consent, by and through her attorney, that the Court exclude time from today through the date of the rescheduled conference, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), so that the parties can appear at the conference to discuss the case and trial schedule moving forward, the defense can continue reviewing discovery, and the parties can continue any discussions as to whether a pretrial resolution of this matter is possible.

     Respectfully submitted,

     DAMIAN WILLIAMS
     United States Attorney

by: _____
     Micah F. Fergenson
     Michael R. Herman
     Assistant United States Attorneys
     (212) 637-2190 / - 2221