# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

January 23, 2023

Hon. Ronnie Abrams  
United States District Court Judge  
Southern District of New York  
40 Foley Square  
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.  
January 23, 2023

Re: **United States v. Josefina Marine**  
22 Cr. 91 (RA)

Dear Judge Abrams:

I am the CJA attorney representing **Josefina Marine** in the above-referenced matter. I write to respectfully request permission for me and associate counsel Clara Kalhous to submit interim CJA vouchers for services performed thus far in this case. The granting of this application would assist counsel in the management of their practices.

Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

_____  
Richard H. Rosenberg