UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA

                                                                             **NOTICE OF APPEARANCE**

    -against-

                                                                             **CASE NO.: 22-CR-00091 (RA)**

**JOSEFINA MARINE**
                           **Defendant.**

----------------------------------------X

      **PLEASE TAKE NOTICE**, that the undersigned hereby appears as the attorney for the Defendant, **JOSEFINA MARINE,** in the above captioned matter.

Dated: Queens, New York
       March 7, 2023

                                                                     Yours, etc.,

                                                                     *John Russo*

                                                                     John L. Russo (JR6200)
                                                                     J.L. Russo P.C.
                                                                     Attorney for Defendant
                                                                     **Josefina Marine**
                                                                     31-19 Newtown Ave., Suite 500
                                                                     Astoria, New York 11102
                                                                     Tel No. (718) 777 – 1277

To:    Clerk of the Court (via ECF)
        United States District Court
        Southern District of New York
        500 Pearl Street
        New York, N.Y.