# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

March 8, 2023

Hon. Ronnie Abrams  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Application granted.

SO ORDERED.

_____  
Ronnie Abrams, U.S.D.J.  
March 8, 2023

Re:  United States v. Ortega, et al.  
S3-22-CR-091 (RA)

Dear Judge Abrams:

    I am appointed as CJA counsel to Josefina Marine, a defendant in the above-captioned case, I respectfully write to request leave to withdraw from the representation on my own behalf and for my associate counsel Clara Kalhous in light of the notice of appearance on behalf of Ms. Marine filed on March 7, 2023, by John Russo (Docket No. 148).

    Thank you for your consideration of this request and for continued courtesies to counsel.

Respectfully,  
____/s/_____  
Richard H. Rosenberg, Esq.

Cc:    All counsel (by ECF)