**J.L. Russo, P.C.**
31-19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718 · 777 · 1277
Fax: 718 · 204 · 2310
Email: *JLRussoPC@Gmail.com*

**JOHN L. RUSSO**
ATTORNEY AT LAW

**COUNSEL**
Milton Florez, Esq.
Michael Horn, Esq.

**PARALEGAL**
Maria Nunez, B.S.

April 10, 2023

**Via ECF**
Honorable Ronnie Abrams
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Motion denied, for the reasons stated by the Government in its opposition letter.
>
> SO ORDERED.
>
> *[signature]*
>
> Ronnie Abrams, U.S.D.J.
> April 11, 2023

Re:   USA v. Josefina Marine
      Case No.: S3 22-CR- 91(RA)

Your Honor:

    This office represents Josefina Marine, a defendant in the above referenced matter. We write to request the Court's modification of Ms. Marine's pre-trial release conditions so as to permit the removal of electronic monitoring, the alleviation of "house arrest" and permission for the Defendant to return to her home at 431 W17th Street in Manhattan, New York for the pendency of her pre-trial release.

    We have consulted with P.O. Ashley Cosme and she has **no objection** to the requested modifications of conditions. AUSA Micah Fergenson has been advised of this request and the Government has not yet expressed a position hereto.

    The Court's consideration of this request is respectfully appreciated. Thank you.

Yours truly,

*John Russo*

John L. Russo (JR6200)

Cc: AUSA Micah Fergenson
    PO Ashley Cosme