# J.L. Russo, P.C.

**JOHN L. RUSSO**
ATTORNEY AT LAW

COUNSEL
Milton Florez, Esq.
Michael Horn, Esq.

31-19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718 · 777 · 1277
Fax: 718 · 204 · 2310
Email: *JLRussoPC@Gmail.com*

PARALEGAL
Maria Nunez, B.S.

May 25, 2023

**Via ECF**
Honorable Ronnie Abrams
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_/s/ Ronnie Abrams_
Ronnie Abrams, U.S.D.J.
May 25, 2023

Re: USA v. Josefina Marine
Case No.: S3 22-CR-91(RA)

Your Honor:

This office represents Josefina Marine, a defendant in the above referenced matter. We write to request the Court's modification of Ms. Marine's pre-trial release conditions so as to permit her to attend her Sister's (Angela Marine) wake/service on Saturday May 27th from 4 to 9 p.m. in Brooklyn, NY.

We have consulted with P.O. Ashley Cosme and she has **no objection** to the requested modifications of conditions. AUSA Michael Herman has been advised of this request and also has no objection.

The Court's consideration of this request is respectfully appreciated. Thank you.

Yours truly,

*John Russo*

John L. Russo (JR6200)

Cc: AUSA Michael Herman
    PO Ashley Cosme