```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                              22 CR 91 (RA)

JOSEFINA MARINE,

                  Defendant.                Conference
------------------------------x

                                            New York, N.Y.
                                            June 27, 2023
                                            11:40 a.m.

Before:

                    HON. RONNIE ABRAMS,

                                            District Judge

                         APPEARANCES

DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York
BY:  MICAH FERGENSON
     MICHAEL HERMAN
     Assistant United States Attorneys

JOHN L. RUSSO
     Attorney for Defendant

Also Present:
Humberto Garcia, Interpreter (Spanish)
```

1        (Case called)
2        MR. FERGENSON:  Good morning, your Honor, Micah
3    Fergenson and Michael Herman for the government.
4        THE COURT:  Good morning.
5        MR. RUSSO:  For Josefina Marine, John Russo.  Good
6    morning, Judge.
7        THE COURT:  Good morning.
8        MR. RUSSO:  Ms. Marine is seated to my right with the
9    aid of the Spanish-language interpreter.
10       THE COURT:  Thank you.
11       Ms. Marine, if you have having any trouble
12   understanding anything that's happening in this proceeding,
13   either because of the language barrier or for any other reason,
14   please let me know.
15       What I want to do today, why don't I just hear a
16   status on discovery, and then I'd like to hear you out.
17   Ideally, I would like to set a motion schedule and a trial
18   date.
19       MR. FERGENSON:  Yes, your Honor.  The discovery has
20   been produced.  It has been produced for some time.
21       THE COURT:  Are there any other updates that you want
22   me to know about?
23       MR. FERGENSON:  Nothing material, your Honor.
24       We did confer about potential trial dates.  Subject to
25   the Court's schedule, of course, the parties would be

1  available -- I think our preference would be either early
2  October or early November.
3          THE COURT:  Let me just look at my calendar.
4          What works in early November?  Why don't we just --
5          MR. FERGENSON:  The earlier the better, your Honor.
6  If October 30 is -- Wednesday is November 1.  If we could maybe
7  start --
8          THE COURT:  You were proposing October 30 or 31 or the
9  1st of November, just to be clear?
10         MR. FERGENSON:  Monday, October 30.
11         THE COURT:  Why don't we do that.  Why don't we
12 schedule it for October 30.  We will have a final pretrial
13 conference on Thursday, the 26th, at 2 p.m.
14         MR. RUSSO:  Your Honor, the reason that we had gone
15 there, I'm scheduled to start a homicide trial.  I have been
16 told not to get engaged the last two to three weeks of October.
17         There is a possibility that I might not be ready on
18 the 26th.  I could certainly do it later in the afternoon.
19 I'll be in the Bronx if we go forward, or I could certainly
20 call in if the Court wants to do a conference call.
21         THE COURT:  Would you rather schedule it for November?
22 What's better for you?
23         MR. RUSSO:  I said the first week of November I should
24 be free.  It's a homicide case.  It's the third time I've been
25 told not to get engaged.  They don't have enough court parts to

1  try all the cases there. I am, fingers crossed, hoping that it
2  goes this time.
3      Maybe we can do the final pretrial on the 30th and
4  then start --
5      THE COURT: On the 31st.
6      Why don't we have the final pretrial conference at 10
7  a.m. on the 30th. Why don't we plan to start trial on the next
8  day, on the 31st.
9      MR. RUSSO: That's fine.
10     THE COURT: In terms of final pretrial submissions, I
11 would like all of the pretrial submissions, consistent with my
12 rules, including any motions *in limine*, requests to charge,
13 proposed voir dire questions, by October 16; and on October 23,
14 any responses. For example, response to a motion *in limine*.
15 And then we will meet on the 30th and trial will begin on the
16 31st.
17     How long does the government anticipate the trial will
18 last? About as long as the Ortega trial? What is your
19 estimate?
20     MR. FERGENSON: I think that's a fair estimate, your
21 Honor. Somewhere in the vicinity of a week is a fair estimate.
22     THE COURT: Is there any objection to excluding speedy
23 trial time?
24     MR. RUSSO: I have none, Judge, because the government
25 and the defendant have been engaged in sincere and productive

1    plea negotiations.  So I'm hoping we won't need you in

2    November.  I have no objection to the waiver of speedy trial.

3              THE COURT:  I am going to exclude time from today

4    until October 31, pursuant to 18, United States Code, Section

5    3161(h)(7)(A).  I find that the ends of justice served by

6    excluding such time outweigh the interests of the public and

7    the defendant in a speedy trial because it will allow time for

8    the parties to continue to discuss any possible disposition of

9    the case, as well as prepare for trial.

10             I just want to confirm, Mr. Russo, that you are not

11   seeking to make any other motions other than any possible *in*

12   *limine* motions.  Is that right?

13             MR. RUSSO:  I don't see any, Judge, but I'll take

14   another look at the file.  If so, do you want them before the

15   15th of October?

16             THE COURT:  I do.  If so, I want those earlier.  The

17   *in limine* motions can wait until before the trial.  But if

18   there are any other motions, I'd like to deal with them this

19   summer for sure.

20             MR. RUSSO:  That's fine.

21             Does October 4 work for the Court, Judge?

22             THE COURT:  I'd actually rather push it even earlier,

23   if that's OK.  Why don't we say -- is that something you can

24   take a look at now, that you could just write me a letter, for

25   example, in a week or two and just let me know if you are

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1  seeking to make any motions?
2      MR. RUSSO:  Yes, your Honor.
3      THE COURT:  Why don't I give you two weeks from today,
4  and you will write me a letter and just advise me as to whether
5  you intend to make any other motions other than any possible
6  motions *in limine*.
7      Are there any other applications at this time from
8  either side?
9      MR. FERGENSON:  Not from the government.
10     MR. RUSSO:  Nothing from the defense, your Honor.
11     THE COURT:  Thanks, folks.  Have a good afternoon.
12     (Adjourned)