```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :    22 Cr. 91-04(RA)
UNITED STATES OF AMERICA,           :
                                    :         ORDER
           -v-                      :
                                    :
JOSEFINA MARINE,                    :
                     Defendant.     :
                                    :
------------------------------------X
```

RONNIE ABRAMS, District Judge:

ORDERED that the defendant's bail is revoked and she is remanded to the custody of the United States Marshal's Service.

Dated:   October 30, 2023
         New York, New York

_____
RONNIE ABRAMS
United States District Judge