

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

March 1, 2024

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
March 4, 2024

Re:   *United States v. Josefina Marine*, S3 22 Cr. 91 (RA)

Dear Judge Abrams:

Defendant Josefina Marine filed her sentencing submission earlier this evening. (Dkt. 205). The Government writes, with the consent of the defense, respectfully to request until Tuesday, March 5, 2024, to file its responsive sentencing memorandum.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: _____/s/_____
Micah F. Fergenson / Michael R. Herman
Assistant United States Attorneys
(212) 637-2190 / -2221

Cc:  John Russo, Esq. (By ECF)