

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

March 7, 2024

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Josefina Marine*, S3 22 Cr. 91 (RA)

Dear Judge Abrams:

    The Government writes in response to the Court's order of yesterday ordering a *Fatico* hearing with respect to defendant Josefina Marine. (Dkt. 209). After conferring with counsel for Marine, the parties agree that the Court should adjourn Marine's sentencing scheduled for tomorrow, March 8, 2024. The parties remain in discussions concerning proposed dates for a *Fatico* hearing and respectfully request until the end of the day Monday, March 11, 2024, to notify the Court of the parties' availability.

    The Government further requests an adjournment of defendant Kaylen Rainey's sentencing and will similarly advise the Court of additional times that work for the parties in due course.

Application granted. Ms. Marine and Mr. Rainey's sentencings are hereby adjourned. The parties shall have until March 11, 2024 to propose dates for a *Fatico* hearing.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

SO ORDERED.

by: _____/s/_____
    Micah F. Fergenson / Michael R. Herman
    Assistant United States Attorneys
    (212) 637-2190 / -2221

_____
Ronnie Abrams, U.S.D.J.
March 7, 2024