

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

March 27, 2024

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Josefina Marine*, S3 22 Cr. 91 (RA)

Dear Judge Abrams:

    The Government submits this letter on behalf of the parties respectfully to request a one-day adjournment of the *Fatico* hearing for defendant Josefina Marine in the above-referenced matter from April 9, 2024, to April 10, 2024. The reason for the adjournment is due to unexpected scheduling conflicts on April 9, 2024. The Government understands that the Court is available to proceed on the morning of April 10, 2024.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

    by: _____/s/_____
        Micah F. Fergenson / Michael R. Herman
        Assistant United States Attorneys
        (212) 637-2190 / -2221

Cc: John Russo, Esq. (By ECF)

---

Application granted. The *Fatico* hearing is adjourned to April 10, 2024 at 9:00 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
March 28, 2024