UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            v.<br><br>JOSEFINA MARINE,<br><br>                        Defendant. | 22-cr-91 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On April 30, 2024, the Court ordered Mr. Russo to file a status letter no later than May 3, 2024. *See* Dkt. 225. To date, no letter has been filed. Mr. Russo shall file the status letter no later than May 8, 2024. Should he fail to do so, the Court will adopt the Government's suggestion to assign Ms. Marine counsel pursuant to the Criminal Justice Act to advise her with respect to her guilty plea. *See* Dkt. 220.

SO ORDERED.

Dated:     May 6, 2024
           New York, New York

_____
Ronnie Abrams
United States District Judge