UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JOSEFINA MARINE,

Defendant.

---

22-cr-91 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

It is hereby ordered that Ms. Marine be appointed counsel pursuant to the Criminal Justice Act to advise her with respect to her guilty plea. *See, e.g.*, *United States v. Jain*, No. 19-CR-59, 2020 WL 6047812, at *6 (S.D.N.Y. Oct. 13, 2020) (noting that the court "provisionally appoint[ed] CJA counsel to advise" the defendant on an issue where there was "the possibility of a conflict of interest on th[at] issue"). Ms. Marine's CJA counsel is respectfully directed to review the Plea Hearing Transcript, *see* Dkt. 189, the *Fatico* Hearing Transcript, *see* Dkt. 223, and the letters submitted by the parties, *see* Dkt. 220, 222, 227, 230, and shall meet with Ms. Marine as soon as possible to discuss her plea. After doing so, Ms. Marine's CJA counsel shall submit a letter to the Court proposing next steps in this matter.

SO ORDERED.

Dated:   May 15, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge