UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JOSEFINA MARINE,

Defendant.

22-cr-91 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

No later than June 3, 2024, Ms. Marine's CJA counsel shall submit a status letter to the

Court consistent with the Court's order dated May 15, 2024.

SO ORDERED.

Dated:      May 29, 2024
            New York, New York

_____
Ronnie Abrams
United States District Judge