

August 7, 2024

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court Judge
Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007

A substitution of counsel conference is scheduled for August 13, 2024 at 11:00 a.m. Mr. Russo is directed to attend.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
August 7, 2024

Re: *United States v. Josefina Marine,* 22-cr-91 (RA)

Dear Judge Abrams:

    On May 15, 2024, I was appointed to represent defendant Josefina Marine as independent CJA counsel to advise Ms. Marine with regard to her guilty plea. Over the past few months, I have reviewed the procedural history of the case and additional discovery, and I have had several consultations with Ms. Marine. Ms. Marine has requested that I be appointed as substitute counsel for her current counsel, John Russo. I have conferred with both the Government and Mr. Russo, who would have no objection to the proposed substitution of counsel. I therefore respectfully request a substitution of counsel conference as per the Court's Individual Rules, and appointment as Ms. Marine's counsel under the Criminal Justice Act.

    Thank you for your consideration.

Respectfully submitted,

/s/ Kristen M. Santillo

Kristen M. Santillo