

October 16, 2024

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court Judge
Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007

Application granted. The re-allocation proceeding is rescheduled to November 21, 2024 at 11:00 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
October 16, 2024

      Re: *United States v. Josefina Marine,* 22-cr-91 (RA)

Dear Judge Abrams:

      I represent Josefina Marine who is scheduled to appear before the Court for a re-allocution on her guilty plea tomorrow, October 17, 2024.  Due to some information we received last evening, we respectfully request that the Court adjourn the proceeding for 30 days.



Counsel for the Government does not object to this request.

      Thank you for your consideration.

      Respectfully submitted,

      /s/ Kristen M. Santillo

      Kristen M. Santillo