UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSEFINA MARINE,<br><br>Defendant. | No. 22-cr-91 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On November 19, 2024, the Court granted Defendant Josefina Marine's request to adjourn her guilty plea re-allocution and re-scheduled the proceeding for December 13, 2024. *See* Dkt. 251. No later than December 9, 2024, the parties shall submit a status update and confirm that they are prepared to proceed on December 13, 2024.

SO ORDERED.

Dated:   December 5, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge