OCDCmarP

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

          v.                              22 Cr. 91 (RA)

JOSEFINA MARINE,

              Defendant.

------------------------------x
                                          New York, N.Y.
                                          December 13, 2024
                                          3:30 p.m.

Before:

                    HON. RONNIE ABRAMS,

                                          District Judge

                         APPEARANCES

DAMIAN WILLIAMS,
     United States Attorney for the
     Southern District of New York
BY:  MICHAEL R. HERMAN
     Assistant United States Attorney

KIRSTEN M. SANTILLO
     Attorney for Defendant

ALSO PRESENT:
     ERIKA DE LOS RIOS, Spanish Interpreter
```

1          (Case called)

2          MR. HERMAN: Good afternoon, your Honor. Michael
3   Herman for the government.

4          THE COURT: Good afternoon.

5          MS. SANTILLO: Good afternoon, your Honor. Kristen
6   Santillo on behalf of Ms. Marine, who is seated to my right.

7          THE COURT: Thank you.

8          I'll just note that Ms. Marine is being assisted, I
9   believe, by a Spanish interpreter; is that correct?

10         MS. SANTILLO: That's correct, your Honor.

11         Your Honor, if I can please have the Court's
12  indulgence, and apologize, but if I could have five more
13  minutes with Ms. Marine, because she just got brought over
14  here.

15         THE COURT: No worries. Absolutely. Take your time.

16         (Pause)

17         MS. SANTILLO: My apologies, your Honor. We're ready
18  to proceed.

19         THE COURT: As you all know, last October Ms. Marine
20  pled guilty to the lesser included offense of Count One of the
21  superseding indictment and was scheduled to be sentenced in
22  March. For the reasons that we discussed at the *Fatico* hearing
23  on April 10th, I wanted to ensure that Ms. Marine's allocution
24  was knowing and voluntary. My understanding is that now she
25  has consulted with Ms. Santillo, and that she does not wish to

1  withdraw her plea, but that she intends to allocute further; is
2  that right?
3          MS. SANTILLO:  Yes, your Honor.  I think that's
4  correct.  I think there was a question about whether her
5  allocution met the elements of the statute and she just wanted
6  to -- the government and I discussed it and believe that it may
7  be appropriate to have an allocution that everybody agrees is
8  consistent with the statutory language.
9          THE COURT:  So let me ask you, do I need to go
10 through -- I'm happy to do it to be clear, but should I go
11 through the whole plea allocation or can I just ask some
12 initial questions that go to competency and then get to the
13 intent issue or should I reiterate all of the warnings that I
14 gave previously?
15         MS. SANTILLO:  Your Honor, we have discussed all of
16 those -- we have gone over the transcript of the prior
17 proceeding, we have gone over all of the rights she's waiving,
18 and I do believe it would be appropriate to do the abbreviated
19 procedure.
20         THE COURT:  So I'm going to do that, and then I'm
21 going to ask both the lawyers if they think that's sufficient,
22 because I'm happy to reiterate any warnings.
23         Ms. Cavale, could you please place Ms. Marine under
24 oath.
25         (Defendant sworn)

1          Ms. Marine, in the last 24 hours, have you taken any
2     drugs, medicine, pills, or drunk any alcoholic beverages?
3          THE DEFENDANT:  No.  I take the cancer and the blood
4     pressure medicines.
5          THE COURT:  Is your mind clear today?
6          THE DEFENDANT:  Yes.
7          THE COURT:  Do you understand what's happening in this
8     proceeding?
9          THE DEFENDANT:  Yes.
10         THE COURT:  We're here to make sure that your guilty
11    plea is knowing and voluntary and that that's what you want to
12    do, that you want to plead guilty.
13         Do you understand that?
14         THE DEFENDANT:  Yes.
15         THE COURT:  Does either counsel have any doubt as to
16    Ms. Marine's competence to further allocute and plead guilty at
17    this time?
18         MR. HERMAN:  No, your Honor.
19         MS. SANTILLO:  No, your Honor.
20         THE COURT:  On the basis of Ms. Marine's responses to
21    my questions, my observations of her demeanor here in court
22    today as well as previously, and representations of counsel, I
23    find that she's fully competent to enter and elaborate on the
24    basis for an informed plea of guilty.
25         Ms. Marine, have you had enough time and opportunity

1 to discuss your case with your attorney?

2 THE DEFENDANT: Yes.

3 THE COURT: Did you discuss with her the nature of the
4 charge that you attempted to plead guilty to?

5 THE DEFENDANT: Yes.

6 THE COURT: And did you discuss any defenses that you
7 may have to that charge?

8 THE DEFENDANT: Yes.

9 THE COURT: Did you discuss the consequences of the
10 guilty plea?

11 THE DEFENDANT: Yes.

12 THE COURT: And did you discuss with her also the
13 rights that you would be giving up if you pled guilty?

14 THE DEFENDANT: Yes.

15 THE COURT: And are you satisfied with her
16 representation of you?

17 THE DEFENDANT: Yes.

18 THE COURT: So, when you pled guilty last year, I
19 explained certain constitutional rights that you have, meaning
20 rights that you would be giving up if you entered a guilty
21 plea.

22 Do you remember that?

23 THE DEFENDANT: Yes.

24 MS. SANTILLO: Excuse me, your Honor. Confer with my
25 client for one moment.

1             THE COURT:  Take your time.

2             (Counsel and defendant conferred)

3             I was just asking if you remember that I explained

4    certain constitutional rights that you have that you would be

5    giving up if you pled guilty.

6             Do you remember when I did that?

7             THE DEFENDANT:  Yes.

8             THE COURT:  And I'm incorporating everything I said to

9    you before, all the warnings that I gave you before, they still

10   apply now.

11            Do you understand that?

12            THE DEFENDANT:  Yes.

13            THE COURT:  Do you want me to read you those warnings

14   again?  Do you want me to advise you of those rights you have

15   once again today?

16            THE DEFENDANT:  No.

17            THE COURT:  So I also advised you of the nature of the

18   charge that you intend to plead guilty to and the possible

19   penalties and other consequences that you may face as a result

20   of this plea.

21            Do you remember that?

22            THE DEFENDANT:  Yes.

23            THE COURT:  All of those warnings remain exactly the

24   same.

25            Do you want me to advise you about that again?

| | |
|---|---|
| 1 | THE DEFENDANT:  No. |
| 2 | THE COURT:  We also discussed the plea agreement that |
| 3 | you entered into with the government. |
| 4 | Do you remember that? |
| 5 | THE DEFENDANT:  Yes. |
| 6 | THE COURT:  My understanding is that the plea |
| 7 | agreement has not changed in any way, correct? |
| 8 | MS. SANTILLO:  Yes, that's correct, Judge. |
| 9 | THE COURT:  So the plea agreement is just the same as |
| 10 | it was before. |
| 11 | Do you want to discuss that any more with me today? |
| 12 | MS. SANTILLO:  No, your Honor. |
| 13 | THE COURT:  Ms. Marine, do you understand that you're |
| 14 | under no obligation to plead guilty? |
| 15 | Do you understand that? |
| 16 | THE DEFENDANT:  Yes. |
| 17 | THE COURT:  You have an absolute right to go to trial. |
| 18 | Do you understand that? |
| 19 | THE DEFENDANT:  Yes. |
| 20 | THE COURT:  That being said, I can't accept a guilty |
| 21 | plea unless I believe that the elements of the crime to which |
| 22 | you're pleading guilty to have been met and that you had the |
| 23 | requisite intent to commit that crime. |
| 24 | Do you understand that? |
| 25 | THE DEFENDANT:  Yes. |

1     THE COURT:  Do you still wish to plead guilty?

2     THE DEFENDANT:  Yes.

3     THE COURT:  So now tell me in your own words what you
4  did that makes you believe that you're guilty of this crime.

5     THE DEFENDANT:  I agreed with one person to distribute
6  drugs.

7     THE COURT:  Is there any more that she's going to
8  read?

9     MS. SANTILLO:  No, your Honor.  I think she just
10  struggled with the translation language from the interpreter.

11     THE COURT:  When you did that, did you know that you
12  were agreeing to distribute drugs?

13     THE DEFENDANT:  Yes.

14     THE COURT:  Did you do that knowingly?

15     THE DEFENDANT:  Yes.

16     THE COURT:  Are there additional questions that the
17  government would like me to ask?

18     MR. HERMAN:  Your Honor, I think this does satisfy the
19  statutory elements.  She's agreed that she was a member of a
20  conspiracy when she said she agreed with another person.  She
21  agreed that she knowingly did one of the objects of the
22  conspiracy, which was to distribute drugs.  She doesn't have to
23  know what those drugs are.  Obviously we would proffer, and the
24  Court is very familiar with this case, that those drugs were
25  cocaine and fentanyl, which we would prove should this case go

1  to trial, but that's not an element that she would have to
2  know.  So I do think what she said satisfies the elements of
3  the offense.
4           THE COURT:  When did you reach this agreement with
5  another person?
6           MS. SANTILLO:  Could we have a moment, your Honor?
7           THE COURT:  Yes.
8           (Counsel and defendant conferred)
9           MS. SANTILLO:  Your Honor, we're prepared to proceed
10  with the question.
11           THE COURT:  So when was this?
12           THE DEFENDANT:  The end of 2018.
13           THE COURT:  And where was it?
14           MS. SANTILLO:  Excuse me, your Honor.  Could you
15  clarify the question.  Do you mean in the Southern District --
16           THE COURT:  Geographically, yes, what borough was it
17  in, for example?
18           THE DEFENDANT:  Manhattan.
19           THE COURT:  So last time you attempted to plead
20  guilty, you said that you didn't know what you were doing, and
21  I want to clarify whether you knew what you were doing at the
22  time you did it.
23           So, when you say that you agreed with another person
24  to distribute narcotics, did you know that that's what you were
25  doing at the time you did it?

1    THE DEFENDANT:  Yes.

2    THE COURT:  And what was your role?  What did you do?

3    MS. SANTILLO:  Can we have one more moment?

4    THE COURT:  Sure.

5    (Counsel and defendant conferred)

6    So as part of that agreement, what did you do?

7    THE DEFENDANT:  Sometimes I would help my son to
8 hand-deliver to another person.

9    THE COURT:  Hand-deliver what?

10    THE DEFENDANT:  The drugs.

11    THE COURT:  When you did that, did you know that they
12 were narcotics?

13    THE DEFENDANT:  He would just tell me to hand-deliver
14 that to the guy, yes.

15    THE COURT:  So when he told you to hand-deliver it to
16 another person, did you know that what you were hand-delivering
17 was narcotics?

18    THE DEFENDANT:  Yes.

19    MS. SANTILLO:  Your Honor, I also just want to
20 clarify.  I don't know what the, exactly, translation issues
21 are, but I think it was delivered by hand, like to hand that
22 she was trying to convey and not -- I just don't know how --
23 what distance "hand-delivery" implies, but I think that she was
24 trying to say "hand another person."

25    THE COURT:  That's fine.  Thank you for that

1 clarification.

2 From my perspective, what I want to clarify and ensure
3 is that Ms. Marine isn't just saying what she thinks she needs
4 to say, but that she is disavowing what she said previously and
5 acknowledging that, in fact, at the time she did this, she knew
6 that what she was handing over was in fact narcotics.

7 MS. SANTILLO: And would -- excuse me, your Honor.
8 Would you like me to have -- further -- with that?

9 THE COURT: Yes. Ask that question again just to
10 confirm that the answer is "yes," if, in fact, it is.

11 MS. SANTILLO: Yes. So I'll just take one more moment
12 with her.

13 THE COURT: Okay.

14 (Counsel and defendant conferred)

15 MS. SANTILLO: We're ready, your Honor.

16 THE COURT: So I'm just going to, just to confirm that
17 we're all on the same page. At the time that you participated
18 in this conspiracy to distribute narcotics and you handed
19 narcotics to another person for your son, did you know that you
20 were handing narcotics over to that person?

21 THE DEFENDANT: Yes.

22 THE COURT: Are there any additional questions either
23 counsel thinks that I should ask?

24 MR. HERMAN: No, your Honor. Thank you.

25 MS. SANTILLO: No, your Honor. Thank you.

1  THE COURT: Ms. Santillo, do you agree that there is a
2  sufficient factual predicate for the guilty plea today?
3  MS. SANTILLO: Yes, I do, your Honor.
4  THE COURT: Ms. Marine, because you acknowledge that
5  you are in fact guilty as charged in the superseding
6  indictment, and because I'm satisfied that you're aware of your
7  rights, including your right to go to trial, all of which we
8  went over previously, and that you're aware of the consequences
9  of your plea, including the sentence which may be imposed,
10 again, all of which we went over previously, and because I find
11 that you are knowingly and voluntarily pleading guilty, I
12 accept your guilty plea to the lesser included offense of Count
13 One of the superseding indictment.
14  Now, what I should have done earlier is,
15 Mr. Ghahramani, would you like to be heard at all today?
16  MR. GHAHRAMANI: No. Thank you, your Honor.
17  THE COURT: Thank you for being here today.
18  Does the presentence report need to be updated in any
19 way?
20  MR. HERMAN: I think that may be up to the Court. If
21 the Court wishes, I'm sure probation could prepare a new PSR,
22 but at least from the government's perspective, there's an
23 extensive record here, and so we don't have a view either way.
24  THE COURT: What would you propose in terms of
25 scheduling for sentencing?

| | |
|---|---|
| 1 | MR. HERMAN: The parties have discussed, and one |
| 2 | complication is that Ms. Marine has a medical operation that is |
| 3 | scheduled. If the Court wants, I am happy to approach to |
| 4 | discuss that issue. |
| 5 | THE COURT: I don't think we need to discuss it. |
| 6 | MR. HERMAN: Given that -- |
| 7 | THE COURT: The priority should be to address her |
| 8 | health issues, so I'm amenable to whatever you would propose in |
| 9 | terms of scheduling. |
| 10 | MR. HERMAN: I think we were looking at either the |
| 11 | week of February 10th or the last week of February, if either |
| 12 | of those two weeks work for the Court. |
| 13 | THE COURT: Either of those two. Do you have a |
| 14 | preference, Ms. Santillo? |
| 15 | MS. SANTILLO: February 10th, I think, would work |
| 16 | well. |
| 17 | THE COURT: Can we do it on a Friday? Right now I |
| 18 | have a trial that week, but can we do it at 1:00 p.m. on Friday |
| 19 | the 14th? Does that work for everyone? |
| 20 | MR. HERMAN: That works for the government, your |
| 21 | Honor. |
| 22 | MS. SANTILLO: Yes, that works. Thank you. |
| 23 | THE COURT: So we'll do that. I'll reach out to the |
| 24 | probation department and just see if there's anything that they |
| 25 | want to amend. So they may be reaching out to you, as well, to |

1 potentially see if there's anything else on your end.

2 MS. SANTILLO: Thank you, your Honor.

3 THE COURT: Are there any other applications at this
4 time or anything else we need to discuss?

5 MR. HERMAN: My understanding is Ms. Santillo wishes
6 to submit a new sentencing submission.

7 THE COURT: Yes.

8 MR. HERMAN: And pursuant to the Court's normal
9 schedule, that would be due two weeks in advance?

10 THE COURT: January 31st.

11 MR. HERMAN: Yes, your Honor. Upon receiving that, we
12 will determine whether we think any update to our letter would
13 be appropriate.

14 THE COURT: Okay.

15 MR. HERMAN: And we will submit that obviously a week
16 in advance pursuant to the Court's individual rules.

17 THE COURT: And that's February 7th.

18 MR. HERMAN: Yes.

19 THE COURT: So we have our schedule.

20 Anything else we need to discuss today?

21 MS. SANTILLO: No, your Honor. Thank you.

22 MR. HERMAN: No, your Honor. Thank you.

23 THE COURT: Thank you. We're adjourned.

24 * * *

25