

January 30, 2025

**VIA ECF**
The Honorable Ronnie Abrams
United States District Court Judge
Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Re: *United States v. Josefina Marine,* 22-cr-91 (RA)

Ronnie Abrams, U.S.D.J.
January 30, 2025

Dear Judge Abrams:

    I represent Defendant Josefina Marine, and write to respectfully request a one-day extension of the deadline to file Ms. Marine's sentencing submission, which is currently due today, January 30, 2025. I respectfully request permission to file it tomorrow, January 31, 2025, to give the defense sufficient time to incorporate materials that the defense has recently received from the BOP and from a forensic psychologist retained by defense counsel. Ms. Marine's sentencing submission was originally due tomorrow, January 31, 2025, but was moved up by one-day when the date of her sentencing hearing was adjusted.

    I have consulted with counsel for the Government who consents to this request.

Respectfully submitted,

/s/ Kristen M. Santillo

Kristen M. Santillo

cc: Michael Herman, Assistant United States Attorney