

February 3, 2025

**VIA ECF**
The Honorable Ronnie Abrams
United States District Court Judge
Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Josefina Marine,* 22-cr-91 (RA)

Application granted. The sentencing is adjourned to February 27, 2025 at 2:00 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 3, 2025

Dear Judge Abrams:

    I represent Defendant Josefina Marine, and write to respectfully request a one-week extension of the deadline to file Ms. Marine's sentencing submission, which was due on January 31, 2025, due to an unexpected medical emergency in my family. I respectfully request permission to file the defense submission by Friday, February 7, 2025, and for Ms. Marine's sentencing, which is currently scheduled for February 13, 2025, to be adjourned to the last week of February if the Court has availability. I have consulted with counsel for the Government who has no objection to this request.

    Respectfully submitted,

    /s/ Kristen M. Santillo

    Kristen M. Santillo

cc: Michael Herman, Assistant United States Attorney