**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                              :

UNITED STATES OF AMERICA,       :
                              :

                              :

         v.               :      Crim. No. 22-CR-00091 (RA)

                              :

                              :

JOSEFINA MARINE,           :

                              :

       Defendant.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X


**SENTENCING SUBMISSION ON BEHALF OF JOSEFINA MARINE**

**GELBER & SANTILLO PLLC**

Kristen Santillo, Esq.
Fern Mechlowitz, Esq.
52 Duane Street, 7th Floor
New York, NY 10007
(212) 227-4743
ksantillo@gelbersantillo.com
*Attorneys for Defendant*
*Josefina Marine*

# TABLE OF CONTENTS

Page

I.    Marine's Background and Characteristics ................................................................3

      A.  Marine's Early Life ............................................................................................3

      B.  Marine's Troubled Relationships with Men ......................................................4

      C.  Marine's Strong and Consistent Work Ethic ....................................................4

      D.  Marine's Serious Health Conditions and Inadequate Treatment at the MDC .............6

      E.  █████████████████████████████████ ...........................................8

II.   The Offense Conduct and the Guidelines Calculation .............................................9

      A.  The Offense Conduct ........................................................................................9

      B.  The Guidelines Calculation ............................................................................11

            i.    U.S.S.G § 2D1.1(a)(2) is Inapplicable as a Matter of Law ..................12

            ii.   Even Under the Inapplicable Preponderance of the Evidence Standard,
                  the Government has not Established that a Base Offense Level of 38
                  Should Apply ........................................................................................14

            iii.  The Remainder of the Guidelines Calculation ....................................19

            iv.   The Defense and the Government Disagree on Whether an Enhancement
                  Under U.S.S.G § 3C1.1 is Warranted .................................................20

III.  The 3553 Factors Warrant a Below-Guidelines Sentence .....................................23

      A.  Marine's Background and Characteristics Warrant Leniency ...........................23

      B.  Marine's Age and Serious Medical Conditions Warrant Leniency ..................25

      C.  A Below-Guidelines Sentence Would be Sufficient, But Not Greater Than
           Necessary, to Serve the Goals of Sentencing ..................................................27

      D.  A Substantially-Below Guidelines Sentence is Warranted to Avoid Unwarranted
           Sentencing Disparities ....................................................................................32

IV.   Conclusion .........................................................................................................34

# TABLE OF AUTHORITIES

**Cases**         **Page(s)**

*Atkins v. Virginia*,
    536 U.S. 304 (2002) ...........................................................................................25

*Gall v. United States*,
    552 U.S. 38 (2007) .............................................................................................29

*Hall v. Fla.*,
    572 U.S. 701 (2014) ...........................................................................................24

*United States v. Barbato*,
    No. 00 CR. 1028 (SWK), 2002 WL 31556376 (S.D.N.Y. Nov. 15, 2002) .....................27

*United States v. Booker*,
    543 U.S. 220 (2005) ...........................................................................................23

*United States v. Chavez*,
    No. 22-CR-303 (JMF), 2024 WL 50233 (S.D.N.Y. Jan. 4, 2024) ...................................32

*United States v. Colucci*,
    No. 23-CR-417, 2024 WL 3643857 (E.D.N.Y. Aug. 5, 2024) .................................*passim*

*United States v. Gigante*,
    989 F. Supp. 436 (E.D.N.Y. 1998) ...................................................................28

*United States v. Greenough*,
    669 F.3d 567 (5th Cir. 2012) .............................................................................14

*United States v. Griffin*,
    No. 22-CR-408 (EK), 2024 WL 2891686 (E.D.N.Y. June 10, 2024) .........................8, 32

*United States v. Lawler*,
    818 F.3d 281 (7th Cir. 2016) .............................................................................13

*United States v. Ortega*,
    No. 22-CR-91 (RA) (1), 2023 WL 6140929 (S.D.N.Y. Sept. 20, 2023) ..........................15

*United States v. Parish*,
    No. 13 CR. 829 (AT), 2024 WL 3904626 (S.D.N.Y. Aug. 22, 2024) .............................31

*United States v. Pressler*,
    256 F.3d 144 (3d Cir.2001) .………......................................................................13

*United States v. Rebmann*,
    321 F.3d 540 (6th Cir. 2003) ...........................................................13

*United States v. Rioux,*
    97 F.3d 648 (2d Cir.1996) ...............................................................27

*United States v. Rivalta*,
    892 F.2d 223 (2d Cir. 1989) ...........................................................14

*United States v. Santana*,
    No. 22 CR. 368 (VM), 2024 WL 2275037 (S.D.N.Y. May 20, 2024) ..............................32

*United States v. Woodard*,
    239 F.3d 159 (2d Cir. 2001) ...........................................................20

**Statutes and Guidelines**

18 U.S.C. § 3553 ............................................................................*passim*

21 U.S.C. § 841 .................................................................................13

21 U.S.C. § 846.................................................................................11

U.S.S.G. § 1B1.2 ...............................................................................12

U.S.S.G. § 2D1.1 ........................................................................*passim*

U.S.S.G. § 3C1.1 ...............................................................................20

U.S.S.G. § 3E1.1 ...............................................................................20

U.S.S.G. § 5H1.1 ...............................................................................27

On February 27, 2025, defendant Josefina Marine, a 60 year old first-time offender, will be sentenced by this Court for the role she played in a drug conspiracy at the behest of her eldest son, Billy Ortega, who is currently serving a 30-year sentence for running a drug trafficking business, through which he knowingly sold fentanyl-tainted drugs to three individuals, Julia Ghahramani, Amanda Scher, and Ross Mtangi, which resulted in their tragic, untimely deaths and tremendous heartbreak for their families. Without seeking to minimize in any way the grief these families have experienced, the defense urges the Court to sentence Marine with leniency, as she is much differently situated than Ortega, and there are numerous mitigating factors in her background which support a substantially below-Guidelines sentence.

First, as distinct from other defendants, including William Drayton and Ortega, it is undisputed that Marine did not play a leadership role in the conspiracy, and she acted at all times at the direction of Ortega. Moreover, as distinct from Ortega, there is no evidence that Marine had any knowledge that fentanyl-tainted drugs were being distributed as part of the conspiracy at any time.

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████. As she ages, these conditions will continue to require intensive, costly treatment to properly monitor, diagnose and treat, which the Bureau of Prisons has repeatedly shown it is ill-equipped to provide in a timely and effective manner.

Marine has also survived familial trauma, including verbal and physical abuse from male family members and romantic partners and ███████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████ While these factors do not excuse her conduct, they provide important mitigating context for why she would agree to assist Ortega with his drug business, even though evidence shows that he was domineering and menacing, and he treated her with scorn and derision.

There are also multiple factors which demonstrate that Marine is not at risk for recidivism. Aside from her involvement in this offense, Marine has otherwise led a law-abiding and productive life, and she has a strong familial support system. She has worked hard in modest jobs for decades, and she has continued to be productive at the MDC, including through her work in the laundry and in taking numerous educational and self-help courses. Marine also reaffirmed on December 13, 2024, with the benefit of advice from new counsel, that she takes full responsibility for her actions and her role in the drug conspiracy. For these reasons and the reasons further articulated below, the defense respectfully seeks a substantially below-Guidelines sentence.

Attached in support of Marine's sentencing submission is Exhibit A, a forensic psychological report by clinical psychologist, Dr. Liliana Rusansky Drob; Exhibit B, letters of support from family and friends; Exhibit C, excerpts of Marine's BOP medical records; Exhibit D, samples of Marine's medical requests; Exhibit E, a letter from Marine's Correctional Counselor at MDC Brooklyn, together with a transcript listing the classes Marine has completed while at the

MDC; Exhibit F, excerpts of exhibits from Billy Ortega's trial,[1] which will be referred to as "GX(E)," with the GX number corresponding to the trial exhibit number in Ortega's trial; Exhibit G, text messages between Marine's daughter and her prior attorney; and Exhibit H and I, audio recordings and corresponding transcripts.

## I.    Marine's Background and Characteristics

### A.  Marine's Early Life

Marine was born in the Dominican Republic where she lived with her mother and siblings until she was 13 years old.  Ex. A, Psychological Rept. at 2-3.  She had a difficult childhood, marred by poverty and violence.  Her family lived in a small home where she and her siblings slept in the dining room.  *Id*. at 3. Her father was largely absent from her childhood and had multiple families with multiple women.  *Id*. Marine's older brother had a drinking problem and was violent towards Marine, which her mother did not stop.  *Id*.  Marine's father, when he was present, also physically abused Marine.  *Id*.

When Marine was 13-years old, her family moved to New York.  *Id*.  She only received limited education and first learned to read and write when she attended school in New York.  *Id*. After decades in this United States, she still struggles with English.  *Id*.  Marine stopped attending school after 11th grade so that she could work full-time and help her family financially.  PSR ¶ 109.

---

[1] During Marine's *Fatico* hearing, the Government moved to make the exhibits from Ortega's trial a part of the record for Marine's sentencing, and there was no objection.  ECF 223, *Fatico* Tr. at 41.

## B. Marine's Troubled Relationships with Men

Marine was married several times, but her relationships were tainted by infidelity and trauma. Marine married Luis Ortega, Billy Ortega's father, when she was 22 years old, but divorced him after he was imprisoned for his role in a drug conspiracy and she discovered that he had relationships with other women. Ex. A at 3. She was then provided Section 8 housing, and lived in a one-bedroom apartment, where she raised Ortega on her own for several years. *Id.*

Then, Marine entered into a long-term relationship with Sergio Quesada when she was 26 years old. *Id.* at 3. They had two children together, Melanie and Kevin Quesada. Sergio abused drugs and often pressured Marine into abusing substances as well. *Id.* Sergio died from a drug overdose when he was 44 years old, in 2007, which was traumatic for both Marine and her children, who were teenagers at the time. *Id.* Marine successfully pursued substance abuse treatment and stopped using any substances after Sergio's death. *Id.* at 3-4.

Marine is very close to her children, Melanie and Kevin, but she has a complicated and dysfunctional relationship with her oldest son, Billy Ortega, which, as discussed more fully below, contributed to the offense conduct.

## C. Marine's Strong and Consistent Work Ethic

Marine worked hard throughout her life, despite having limited skills and only a basic education. Most recently, from 2009 until 2016, Marine worked at an assisted living facility in Manhattan, where she was paid $13 per hour. PSR ¶ 113. For over 7 years, from January 2016 until her remand in October 2023, Marine worked as a cleaning lady at Macy's in Herald Square, New York. PSR ¶ 111. By the end of her tenure there, she worked full time, 36 hours a week, earning approximately $450 a week. *Id.* During this same period, in 2019, ███████████████

4



**PSR ¶ 101.** Despite a difficult and painful recovery, Marine was back on her feet in November 2019, working long shifts again as a cleaning lady at Macy's. ████████████████████████████████████████ and had to pause working for another month to recover at home, before returning again to work.

Marine has always worked hard to provide a home for her children. She never stopped working, despite her exhaustion ████████████████████████. Marine's continuous work in modest positions even during her health struggles, and even during the timeframe of the charged conspiracy demonstrates that her motivation in this case was not to live extravagantly from drug conspiracy profits. ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████. Exhibit A at 2.

Marine has continued to work hard since her incarceration at the MDC fifteen months ago. She currently works in the laundry at the MDC and, as her counselor writes, "her work performance [is] outstanding with minimal supervision." Exhibit E at E1. She has also been taking numerous classes at the MDC to try to better herself, including courses on feminism, English, writing, math, parenting, health, stress management, astronomy, being more assertive, shame and low self-esteem; and she is working towards obtaining a GED. *See* Exhibit E at E2-E4. Her counselor writes that she has received no incident reports and that "she has shown commitment in utilizing her incarceration for a positive outlook on life" so that she can return to the community "to be a productive citizen." Exhibit E at E1.

**D. Marine's Serious Health Conditions and Inadequate Treatment at the MDC**

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████

███████████████████████████████████████

█████████████████████████████ *See United States v. Colucci,* No. 23-CR-417, 2024

WL 3643857, at *3 (E.D.N.Y. Aug. 5, 2024) ("That critical medical care is frequently delayed or

denied within the [MDC] facility seems no longer in doubt.") █████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████. *See United States v. Griffin*, No. 22-CR-408 (EK), 2024 WL 2891686, at \*3 (E.D.N.Y. June 10, 2024) (MDC's ongoing issues with violence "has delayed medical care for a number of inmates").

**E.** ███████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████,

## II.     The Offense Conduct and the Guidelines Calculation

### A.  The Offense Conduct

As the evidence at Ortega's trial showed, Ortega operated a narcotics delivery service, which he coordinated through text messages, delivering drugs to customers through couriers, including co-defendants William Drayton and Kaylen Rainey.  Among other places, Ortega stored drugs and money for the drug operation in Marine's apartment, and, at Ortega's direction, Marine, along with others, agreed to pass drugs and money between Ortega and the couriers.

It undisputed that Marine was not a manager or supervisor of the drug delivery service. Indeed, even according to Rainey, Marine could only act at the express direction of Billy Ortega. *See* ECF 223, *Fatico* Tr. at 34 ("Q. When it came to picking up drugs or having drugs left for you,

it was always through Billy? A. Yes.  Q. You never walked into the next room and knocked on the door and said, Josefina, I need the pack?  A. Yes.  Q. You did that?  A. Yes.  Q. Okay. So you didn't have to go through Billy?  A. *She had to go through Billy*, so either way") (emphasis added).

Marine's role in the offense was inextricably intertwined with her complex relationship with her son, Ortega ███████████████████████████████████████████

███████████████████████████████████████████████████████

████████  While Marine loves her son and has sympathy for the difficulties he faced in his life, she was also fearful of him.  ████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████  he also found it difficult to sustain employment.  As a mother, Marine sympathized with Ortega's struggles.

As an audio exhibit from Ortega's trial shows, Ortega was also verbally abusive to Marine, and he berated her when she did not follow his directions and called her stupid.  In a voice message left on Marine's phone, Ortega angrily admonished Marine: "Do me a favor and stop calling the guys, you hear? Do me that favor, because you look real stupid calling Will and asking him things. When I tell him to give it to you, he'll give it to you. Stop fucking calling."  Ex. H (Trial Exhibits GX 103-3A; GX 103-3A-T).  *See also, e.g.*, Ex. I, (voice memo left by Ortega on Marine's phone: "Again, please, how many times do I tell you not to say names on these phones?  Don't say names on these phones.  You just don't understand. Damn!")

[REDACTED]

**B.  The Guidelines Calculation**

On June 6, 2023, Marine entered a guilty plea to conspiracy to distribute and possess with intent to distribute substances containing a detectable amount of cocaine and fentanyl in violation of 21 U.S.C. §§ 846 and 841 (b)(1)(C), which she reaffirmed before this Court on December 13, 2024.  In the plea agreement, the parties agreed that Marine is a first-time offender with no criminal history points and she is in Criminal History Category I (PSR ¶ 9(j)), but they disagreed on the appropriate guideline calculation.  *See* ECF 220-1, Plea Agreement at 2.  It was and is the defense's position that the base offense level is 30 pursuant to U.S.S.G. §§ 2D1.1(a)(5) and (c)(5) because the offense involved more than 5 kilograms but less than 15 kilograms of cocaine, and U.S.S.G. § 2D1.1(a)(2) does not apply. *See* Plea Agreement at 2.

Under the plea agreement, the Government's position is that the base offense level is 38 pursuant to U.S.S.G. § 2D1.1(a)(2) because Marine was convicted under § 841(b)(1)(C) and because use of the substance resulted in the deaths of three individuals on March 17, 2021. *See* ECF 220-1, Plea Agreement at 2.

The Plea Agreement also provided:

> The parties agree, pursuant to U.S.S.G. §1B1.2 (a) and (c), that if the Court finds that the conspiracy charged in Count One distributed controlled substance(s) that caused the death of Julia Ghahramani, Amanda Scher, or Ross Mtangi, then the offense of conviction establishes that death resulted from use of the controlled substances, and pursuant to U.S.S.G. §§ 2D1.1(a)(2) and 1B1.2, the base offense level is 38. If the Court does not make this finding, then, pursuant to U.S.S.G. §§ 2D 1.1 (a)(5) and (c)(5), the base offense level is 30.

*See* ECF 220-1, Plea Agreement at 3. As detailed below, it is the defense's position that § 2D1.1(a)(2) is inapplicable since Marine did not stipulate to the higher offense or base offense level. Further, the Government has not shown by a preponderance of the evidence that death resulted from Marine's role in the offense, which would be insufficient to trigger § 2D1.1(a)(2) in any event.

###   i.   U.S.S.G § 2D1.1(a)(2) is Inapplicable as a Matter of Law

In 2024, § 2D1.1(a)(2) was amended to "clarif[y] that the alternative enhanced base offense levels at §2D1.1…are based on the offense of conviction, not relevant conduct," and they only apply when "the individual is convicted of an offense under sections 841(b) or 960(b) to which the applicable enhanced statutory mandatory minimum term of imprisonment applies, or when the parties have stipulated to: (i) such an offense for purposes of calculating the guideline range under §1B1.2 (Applicable Guidelines); or (ii) such base offense level." *See* Amendments to the Sentencing Guidelines, Policy Statements, Official Commentary, and Statutory Index at 23,

https://www.ussc.gov/sites/default/files/pdf/amendment-process/official-text-amendments/202405_Amendments.pdf.  Here, the plea agreement makes clear that Marine pled guilty to § 841(b)(1)(C) with no applicable mandatory minimum, and that she did not stipulate to a base offense level of 38, or to an offense under § 841(b)(1)(C) which would mandate an offense level of 38.  In fact, in her plea agreement, Marine specifically disputed that the correct base offense level was 38 and reserved her right to argue for a base offense level of 30 at sentencing.

By clarifying § 2D1.1 in this manner, the Sentencing Commission essentially adopted the view of several circuits which have previously held that this enhanced base offense level only applies when "a resulting death (or serious bodily injury) [is] an element of the crime of conviction, proven beyond a reasonable doubt or admitted by the defendant." *United States v. Lawler*, 818 F.3d 281, 285 (7th Cir. 2016) (noting that the Third, Fifth, and Sixth Circuit have so held); *see also United States v. Pressler*, 256 F.3d 144, 157 n.7 (3d Cir.2001); *United States v. Rebmann*, 321 F.3d 540, 543–44 (6th Cir. 2003); *United States v. Greenough*, 669 F.3d 567, 573–75 (5th Cir. 2012).  Indeed, this Court raised the question of whether § 2D1.1(a)(2) was applicable at Marine's *Fatico* hearing on April 10, 2024 (ECF 223, Tr. at 100-101), citing *Lawler* and *Rebmann*.

The Government has asserted that under the plea agreement the base offense level should be 38 if the Court finds that the conspiracy charged in Count One distributed controlled substance(s) that caused the death of Julia Ghahramani, Amanda Scher, or Ross Mtangi.  *See* ECF 220, Government's Apr. 16, 2024 Letter at 3.  However, the Government's argument is inconsistent with the clarifying amendment to § 2D1.1(a)(2).  As amended § 2D1.1(a)(2) provides, the higher base offense level of 38 is only appropriate when the defendant stipulates to it.  The enhanced base offense level is not triggered by a finding, under the preponderance of the evidence

standard applicable at sentencing based on relevant conduct, that the conspiracy caused the deaths. Accordingly, the base offense level should be 30.

### ii. Even Under the Inapplicable Preponderance of the Evidence Standard, the Government has not Established that a Base Offense Level of 38 Should Apply

While the Court need not reach the question to appropriately calculate the base offense level, at the *Fatico* hearing, the Government did not present sufficient evidence for this Court to find, by a preponderance of the evidence, that it was Marine who handed drugs to Kaylen Rainey on March 17, 2021, or that it was reasonably foreseeable to her that drugs tainted with fentanyl would be distributed, resulting in the tragic deaths of Julia Ghahramani, Amanda Scher, and Ross Mtangi. The Government's only witness at the *Fatico* hearing, Rainey, testified that he did not remember what occurred on March 17, 2021. *See* ECF 223, *Fatico* Tr. at 14 ("Q. Mr. Rainey, I want to turn briefly to March 17, 2021. Do you specifically remember that day? A. No."). He further testified that he had no reason to believe that Marine knew that there was fentanyl in any of the narcotics that were distributed as part of the conspiracy. *See* ECF 223, *Fatico* Tr. at 16.

While Rainey testified to how, on other occasions, Marine would provide him with drugs at Ortega's direction, there is no evidence that Marine provided him with drugs on March 17, 2021, and any inference the Government would seek to draw that she did would be purely speculative, which is insufficient to meet the Government's burden at sentencing. *See United States v. Rivalta*, 892 F.2d 223, 230 (2d Cir. 1989) ("the government cannot meet its burden, even under only a preponderance standard, with evidence that is 'speculative, unsupported, and unreliable.'").

Indeed, Rainey's testimony and evidence from both the *Fatico* hearing and Ortega's trial show that there were multiple ways in which members of the conspiracy, including Rainey, would obtain drugs to distribute, other than from Marine. The evidence at Ortega's trial established that,

14

on March 15, 2021, Ortega and an unindicted co-conspirator bagged up the drugs that Rainey distributed on March 17, 2021. *See United States v. Ortega*, No. 22-CR-91 (RA) (1), 2023 WL 6140929, at *3 (S.D.N.Y. Sept. 20, 2023). The evidence shows that Rainey worked as a runner on March 15, 2021 and March 16, 2021, and thus he could have still had drugs leftover from working those days in his possession. *See* Ex. F at F30, F33-F37 (GX(E) 101-20 at 10, 13-17). Indeed, trial evidence showed that Rainey regularly had leftover drugs, including cocaine, which Ortega and the couriers referred to as "will," following his shifts, both before and after March 17, 2021. *See, e.g.*, Ex. F at F198-F199 (GX(E) 111-126 at 6-7) (on May 31, 2019, Rainey asking another co-conspirator, Lenny, to leave an extra bag, but then noting, "I got a whole pack and then 6 left over so I should be good."); Ex. F at F73-F74 (GX(E) 111-34 at 19-20) (on July 1, 2019, Rainey answering "Yeah" to Ortega's question of whether he had will put away.); Ex. F at F81 (GX(E) 111-58) (on October 20, 2020, Rainey answering "Yup" to Ortega's question of whether Rainey still had will from "the old batch."); Ex. F at F91-F93 (GX(E) 111-66 at 1-3) (on December 5, 2020, in response to Ortega's question about how much will Rainey had, answering "I have no idea I'm not at the crib," "But i think it's like 9 black," "And still some red," "I have a lot," "It's in my closet in the same spot in that bag"); Ex. F at F2-F3 (GX(E) 101-17 at 421-22) (on January 20, 2021, Ortega asking Drayton, "How there's no will…" and Drayton responding "Mik not around and he not with him," "Taking what K [had] left."); Ex. F at F109-F110 (GX 111-78 at 1-2) (on April 2, 2021, Rainey saying he was in the crib and "I just gave him my left over will too"). Notably, while in a text message from Ortega, Rainey was asked on March 17, 2021 if he had other drugs, "m and es," and he responded "neither", he did not respond at all to Ortega's text, which asked "You need will." Ex. F at F48 (GX 101-20 at 28). Since Rainey testified that he did not

even remember March 17, 2021, it is thus pure speculation that he did not have leftover "will" and needed to obtain it from Marine.

The evidence also showed that there were multiple places in the apartment where drugs were stored by Ortega, Rainey himself and others besides Marine, where Rainey also could have obtained drugs that day, even if he indeed did not have any leftover will. *See, e.g.*, Ex. F at F195 (GX 111-119 at 14) (on June 14, 2019, Rainey telling another drug runner he would "leave it in safe."); Ex. F at F75 (GX(E) 111-34 at 36) (on July 1, 2019, Rainey stating to Ortega, "You do remember i know the safe pword right?"); Ex. F at F4 (GX 101-17 at 543) (on February 12, 2021, in response to Drayton's question, "Where is it," Ortega responding, "The jacket."); Ex F at F112 (GX(E) 111-79 at 68) (on April 9, 2021, Ortega saying "Hey boss need your will," with Rainey responding, "Timbaland box."); Ex. F at F113 (GX 111-79 at 88) (on April 21, 2021, Ortega asking where Rainey put the will, with Rainey responding, "Timberland box."); Ex. F at F137 (GX(E) 111-106 at 82) (on October 21, 2021, Rainey responding "Yeah" to Ortega asking, "did you Grabbed a pack that was in the jacket."); Ex. F at F140-F142 (GX(E) 111-106 at 85-87) (on October 21, 2021, Rainey telling Ortega he left will in a coat pocket in the hallway closet.); Ex. F at F161 (GX(E) 111-107 at 99) (on November 28, 2021, Ortega telling Rainey he could find will, "In the jacket."); Ex. F at F166 (GX(E) 111-107 at 134) (on December 6, 2021, Rainey asking if another pack was in the closet;   Ex. F at F189 (GX 111-118 at 28) (on August 16, 2021, Ortega directing Rainey to a box in the kitchen cabinet).

Ortega also directed Rainey and others to pick up cocaine from other places, besides Marine's apartment. *See, e.g.*, Ex. F at F17-F19 (GX(E) 101-17 at 739-741) (on March 3, 2021, Ortega telling Drayton he was "by you" and directing Drayton to pick up will from him at the

beauty shop); Ex. F at F115 (GX(E) 111-80 at 7) (on May 8, 2021, in response to Rainey asking where to get the will from, Ortega responding, "Run up to La Jolla").

Rainey also could have gotten drugs from other members of the conspiracy, that day or on the previous two days, including from Ortega himself, Will Drayton, who was supposed to work on March 17, 2021, Will Drayton's mother, who lived across the street, "Mike," or others, as the evidence showed Rainey regularly got drugs from others, and in turn gave drugs to other members of the conspiracy. *See, e.g.*, Ex. F at F79 (GX(E) 111-47 at 3) (on September 5, 2020, Ortega listing the drugs "Mike" would give to Rainey, with Rainey responding, "copy."); Ex. F at F179-F180 (GX(E) 111-113 at 1-2) (on September 17, 2020, Rainey telling Drayton to "come get your stuff."); Ex. F at F184 (GX(E) 111-114 at 1) (on September 18, 2020, Rainey telling Drayton, "Bills told me give you one will"); Ex. F at F173-F177 (GX(E) 111-111 at 1-5) (August 3, 2020 exchange between Drayton and Rainey, where Drayton said if Kevin or his mom were not home, Drayton would "take the bags out," and Rainey saying "They not here" and "Well I am here."); Ex. F at F95-F96 (GX(E) 111-70 at 24-25) (on December 21, 2020, Ortega telling Rainey he could get the rest of the stuff he needed at "will crib"); Ex. F at F5-F12 (GX(E) 101-17 at 590-597) (on February 18, 2021, Ortega telling Drayton that "Kay has" and directing Drayton to call him.); Ex. F at F13-F14 (GX (E) 101-17 at 691-92) (on February 26, 2021, Drayton asking Ortega, "Did you leave anything out," with Ortega responding, "Yeh."); Ex. F at F101-F107 (GX(E) 111-77 at 13-19) (on March 29, 2021, Ortega directing Rainey to Will's mom's apartment.); Ex. F at F109-F110 (GX(E) 111-78 at 1-2) (on April 2, 2021, Rainey saying he was in the crib and "I just gave him my left over will too"); Ex. F at F126-F131 (GX(E) 111-82 at 35-40) (on May 24, 2021, when Rainey was running out of "reds," Ortega directing Rainey to "run over to the crib he's there,"

with Rainey later responding, "I'm going up to wills now."); Ex. F at F134-F135 (GX(E) 111-106 at 39-40) (on October 17, 2021, Ortega responding to Rainey when he said he did not have any will, "G is making it for you now."); Ex. F at F145-F146 (GX(E) 111-107 at 2-3) (on November 8, 2021, Ortega referring to the "pack I gave you," with Rainey noting "You gave me one red and black"); Ex. F at F156 (GX(E) 111-107 at 37) (Rainey, "Ima need a pack pa," and Ortega responding "OK cool pa I'll be there a few."); Ex. F at F154 (GX 111-107 at 28) (on November 13, 2021, Rainey telling Ortega he was leaving it in a cabinet in the kitchen and Ortega responding he was sending Kevin up to get it.); Ex. F at F163-F164 (GX(E)111-107 at 116-117) (on November 30, 2021, Rainey asking if "It's stuff in the coat?" and Ortega responding "Yeah.").

Since Rainey testified that he did not recall how he received the drugs he delivered on March 17, 2021, and there were any number of ways that he could have gotten the drugs that day, including from his own leftover supply of cocaine, or supplies of drugs left behind by others in the conspiracy, including Ortega, the Government did not establish by a preponderance of the evidence that it was Marine who gave Rainey cocaine on March 17, 2021, or that it was reasonably foreseeable to her that drugs tainted with fentanyl would be delivered on March 17, 2021, causing the tragic deaths. Indeed, Rainey himself, who delivered the drugs, testified that he was not aware that the drugs contained fentanyl. *See* ECF 223, *Fatico* Tr. at 16.

Further, as detailed above, even if this Court were to conclude that the Government established by a preponderance of the evidence that Marine gave Rainey drugs on March 17, 2021 which, unbeknownst to either Marine or Rainey, were tainted with fentanyl, that does not mean that a base offense level of 38 is warranted. Amended § 2D1.1 makes clear that this higher base

offense level would only apply if Marine had stipulated to the greater offense or greater base offense level.

### iii. The Remainder of the Guidelines Calculation

Once the Court determines the base offense level, which the defense believes is 30, the parties have stipulated that 2 levels should be added pursuant to U.S.S.G. § 2D1.1(b)(1) because a firearm was possessed as part of the conspiracy. While it may have been reasonably foreseeable to Marine that someone else in the conspiracy would carry a firearm, and thus the enhancement is warranted, notably, there is no evidence that the conspiracy was violent. While, at trial, Rainey testified that Marine kept a firearm in her closet "for protection" generally, there is no evidence that she herself ever used a gun to facilitate the drug trafficking conspiracy, and no gun was ever recovered from her home. The customers in the drug conspiracy were high-end customers who valued their privacy and received door-to-door deliveries. This case is thus different from many drug conspiracies, where drugs and gun violence go hand-in-hand. Thus, while the firearm enhancement applies, the defense urges the Court to factor in the non-violent nature of Marine's involvement in the conspiracy when considering a variance below the Guidelines.

In addition, the parties stipulated that 2 additional levels should be added pursuant to § 2D1.1(b)(12) because Marine maintained a premises for the purpose of manufacturing or distributing a controlled substance. Finally, a 3-level reduction is appropriate pursuant to U.S.S.G. § 3E1.1 because Marine has accepted responsibility and pled guilty in a timely manner.

As a result, according to the defense, Marine's offense level is 31, and, in Criminal History Category I, she has a Guidelines range of 108-135 months of imprisonment.

### iv. The Defense and the Government Disagree on Whether an Enhancement Under U.S.S.G. § 3C1.1 is Warranted

Probation and the Government have taken the position that a 2-level enhancement is warranted under U.S.S.G. § 3C1.1, Obstructing or Impeding the Administration of Justice, based on Marine's testimony at a *Fatico* hearing on April 10, 2024, when she was represented by prior counsel, John Russo. The enhancement applies, "If (1) the defendant willfully obstructed or impeded, or attempted to obstruct or impede, the administration of justice with respect to the investigation, prosecution, or sentencing of the instant offense of conviction, and (2) the obstructive conduct related to (A) the defendant's offense of conviction and any relevant conduct; or (B) a closely related offense." U.S.S.G. § 3C1.1. Under Second Circuit law, the enhancement is warranted only if the Court finds that the defendant had the "specific intent to obstruct justice, *i.e.*, that the defendant consciously acted with the purpose of obstructing justice." *United States v. Woodard*, 239 F.3d 159, 162 (2d Cir. 2001). While, admittedly, Marine's testimony at the *Fatico* hearing minimized her involvement in the offense, under the unique circumstances of this case, the defense submits that Marine's conduct was not willful, as a number of factors influenced her testimony on April 10, 2024, and she has reaffirmed her commitment to taking responsibility for her conduct through her re-allocation before this Court on December 13, 2024.

First, the record from the *Fatico* hearing makes clear that other witnesses were expected to testify on behalf of the defense on April 10, 2024, and Marine's testimony as the only defense witness that day was a surprise. On the day of the *Fatico* hearing, prior counsel, Russo expected Ortega to testify, but, during the *Fatico* hearing, Ortega's counsel advised against it, which was a surprise to Russo. ECF 223, *Fatico* Tr. at 3, 42. The record also shows that Russo expected Marine's other son Keven Quezada to testify but found out the day before the hearing that he

would not be doing so.  *See id*. at 3.  Thus, without expecting to do so soon if at all, Russo presented Marine's testimony, surprising both of them.  *See* ECF 223, *Fatico* Tr. at 42 (Russo stating, "I have been advised… that Mr. Ortega has elected not to testify today… I'm somewhat at a loss because I spoke to him yesterday. That being said, the only witness I would have to call is Ms. Marine, who I guess is ready….").  After she took the stand and the Court advised her of her Fifth Amendment rights, Marine asked to speak with Russo privately; Russo then hastily advised Marine about her Fifth Amendment rights.  *See id*. at 43-45.  ██████████████████████████ ███████████████████████████████████████████████████████  the time period for this consultation was simply insufficient for Marine to have a full understanding of her rights.  Indeed, Marine expressed to Dr. Drob that "Mr. Russo, did not explain the legal issues clearly."  Ex. A at 7.

The record is also clear that Marine was misadvised by her counsel about the elements of the offense to which she pled.  Russo insisted to the Court at the *Fatico* hearing that testimony from Marine that she participated in a drug conspiracy by holding money was sufficient to enter a guilty plea to her role in the conspiracy, even if she did not know that her son was selling drugs. ECF 223, *Fatico* Tr. at 94.  Further, even during the *Fatico* hearing, Russo made clear that Marine was "emphatic" that she did not want to withdraw her guilty plea.  *Id*. at 95.  Thus, while Marine took full responsibility for handling money for the conspiracy, which her lawyer had advised her was sufficient to enter a guilty plea, she disclaimed knowledge that her son was involved in selling drugs.  But in doing so, she did not think that her testimony made her any less guilty of the underlying offense.

It is also clear from the record that when Russo presented Marine's testimony, he did not review the transcripts from Ortega's trial, and thus he could not have reviewed this evidence with Marine in preparation for her testimony.  *See, e.g*., ECF 223, *Fatico* Tr. at 42 (Russo referencing testimony from an agent who did not actually testify at the Ortega trial.)  Indeed, a text message Russo sent to Marine's daughter, Melanie, on April 8, 2024, shows that in response to Melanie's concern that Marine was not prepared and was "freaking out," Russo gave specific instructions as to how she should testify at the hearing, which she ultimately followed.  *See* Ex. G.  (Russo stating, "It very simple. She didn't hold or distribute drugs. She just received money at times.  Period.  There was no Drug Safe in the hallway.  Period.").  ███████████████████████

███████████████████████████████████████████████████████████████

██████ her lack of preparation, her inability to review the evidence against her, and her lack of understanding of the legal contours of the offense to which she entered a guilty plea, her testimony at the *Fatico* hearing was more a reflection of the deficient legal advice[2] she received than of a willful attempt to obstruct justice.  The defense therefore respectfully urges the Court not to apply the enhancement, or, if the Court does apply the enhancement, to vary below the Guidelines in light of the unusual circumstances of this case.

---

[2] *See* ABA Standard 4-4.6 of the Criminal Justice Standards for the Defense Function, Fourth Edition (2017) (outlining defense counsel's obligation to prepare in advance of court proceedings, including by reviewing relevant documents), available at https://www.americanbar.org/groups/criminal_justice/resources/standards/defense-function/.
*See also id*. at ABA Standard 4-5.1 ("Defense counsel should provide the client with advice sufficiently in advance of decisions to allow the client to consider available options, and avoid unnecessarily rushing the accused into decisions.").

### III.    The 3553 Factors Warrant a Below-Guidelines Sentence

Pursuant to 18 U.S.C. § 3553(a) and *United States v. Booker*, 543 U.S. 220 (2005), this Court must impose a sentence "sufficient, but not greater than necessary," to achieve the objectives of sentencing, specifically with regard to the factors set forth at § 3553(a).  Among the factors to be considered under § 3553(a) are (1) the nature and circumstances of the offense, (2) the history and characteristics of the defendant, and (3) the need for the sentence imposed—(A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (B) to afford adequate deterrence to criminal conduct; (C) to protect the public from future crimes of the defendant; and (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner; and (4) the need to avoid unwarranted sentencing disparities.  After taking into account these factors, we urge the Court to sentence Marine to a substantially below-Guidelines sentence given the numerous mitigating factors in her life.

### A.  Marine's Background and Characteristics Warrant Leniency

Marine's lack of prior criminal history and her long track record of hard work in legitimate, modest employment, which has extended into her time at the MDC, warrant leniency.  As Marine's counselor at the MDC notes, she is "utilizing her incarceration for a positive outlook in life.  Her goal is to return to her community and be a productive citizen."  Ex. E at E1.

████████████████████████████████████████, while not excusing her conduct, also lessen her culpability for the offense, warranting leniency.  *See, e.g., Hall v. Fla.*, 572 U.S. 701, 709 (2014) ("The diminished capacity of the intellectually disabled lessens moral culpability and hence the retributive value of the punishment."); *Atkins v. Virginia*, 536 U.S. 304,

318 and 309 n.5 (2002) (those with mental retardation, who are typically those with an IQ of less than 70 or 75 on the intellectual function prong of the test, "have diminished capacities to understand and process information, to communicate, to abstract from mistakes and learn from experience, to engage in logical reasoning, to control impulses" and there is "abundant evidence that … in group settings they are followers rather than leaders. Their deficiencies do not warrant an exemption from criminal sanctions, but they do diminish their personal culpability.")

Marine is also exceptionally devoted to her family, which in turn provides her with a strong support network to ensure that she will stay on track when she is released. Marine's friends and family all describe her as a devoted mother, who was always loving and kind and opened her home to all. Marine's daughter, Melanie, describes how her mother is the "foundation" of their family, who is "selfless, hardworking" and "always put others before herself." Ex. B at B1. Melanie describes how, after her father passed away when she was only 15 years old, her mother raised her children as a single parent in a household surrounded by love. *Id*. Marine's sister, Carmen, likewise recounts how Marine struggled after her husband died and she was left with 3 children, no job, and no savings to support her family, but how she picked herself up and found a job at the Javits Center which filled her with pride. Ex. B at B3. Carmen also writes how Marine took care of their older sister during the last months of her life when she was dying. *Id*.

Marine is also exceptionally devoted to her grandchildren. Melanie describes how her mother helped her immeasurably when Melanie had her son at a young age, and what an incredible grandmother she became. Ex. B at B1. Finally, as Eryka Diaz states in her letter, Marine invited Diaz to spend her lunch breaks at Marine's apartment when she worked nearby for several years, cooking for her and even watching Diaz's daughter when she could not find a babysitter, so that

she could go to work. Exhibit B at B5. These examples show how, despite Marine's offense and the struggles and limitations she faced in her life, she is, at heart, a kind and loving person who has worked hard throughout her life to provide for her family and friends, and she is committed to doing so in the future.

In light of Ortega's strong influence on Marine's involvement in the offense conduct, Ortega's lengthy term of incarceration assures that, when she is released, Marine will be living in a healthier environment. Indeed, Marine's daughter Melanie has offered to have Marine live with her full-time in New Jersey, which ensures that the environmental factors that contributed to her involvement in the offense would not be present when she is released. Marine's history and characteristics and her strong prospects for future rehabilitation thus warrant leniency.

### B. Marine's Age and Serious Medical Conditions Warrant Leniency

A substantially below-Guidelines sentence is also warranted in light of Marine's age, 60, and the fact that she has already developed serious medical conditions that will require costly and intensive treatment at the Bureau of Prisons ("BOP") as she ages, and that would be better treated in the community. It is well established that the BOP is ill-equipped to adequately treat the complex medical needs of aging inmates. *See* U.S. Dep't of Justice, Office of the Inspector General, The Impact of an Aging Inmate Population on the Federal Bureau of Prisons at 10 ("Aging inmates are more costly to incarcerate, primarily due to their medical needs."), available at https://oig.justice.gov/sites/default/files/reports/15-05.pdf; *id.* ("We found that an aging inmate, on average, costs 8 percent more to incarcerate than a younger inmate."); *id.* at 15 ("Aging inmates disproportionately require catastrophic medical care."); *id.* at 16-17 ("BOP institutions lack appropriate staffing levels to address the needs of an aging inmate population and provide limited

25

training for this purpose. . . . the increasing population of aging inmates has resulted in a need for increased trips outside of institutions to address their medical needs but . . . institutions lack Correctional Officers to staff these trips and have limited medical staff within institutions. As a result, aging inmates experience delays receiving medical care."); *id.* at 23 ("The physical infrastructure of BOP institutions cannot adequately house aging inmates."); C.J. Ciaramella, *Newly Released Government Records Reveal Horrible Neglect of Terminally Ill Woman in Federal Prison*, available at https://reason.com/2023/05/03/newly-released-government-records-reveal-horrible-neglect-of-terminally-ill-woman-in-federal-prison/ ("A woman who died in federal prison suffered in pain for eight months while waiting for a routine CT scan . . . . Doris Nelson was one of three inmates identified by a 2020 Reason investigation who had died since 2018 from alleged medical neglect at Federal Correctional Institution (FCI) Aliceville, a federal women's prison in Alabama.").

███████████████████████████████████████████████████████████

█████████████ he BOP's well-established record of failing to provide timely medical care to aging inmates with complex medical needs, a lengthy prison sentence could have grave consequences for Marine's health and life expectancy. A substantially below Guidelines sentence, which could include a period of home detention or supervised release with conditions, would enable Marine to obtain access to specialists in the community who are better equipped to treat her complex conditions than in the Bureau of Prisons.

Indeed, age and medical needs are widely recognized as valid grounds for a downward variance under § 3553(a). *See, e.g.,* U.S.S.G. § 5H1.1; *United States v. Rioux,* 97 F.3d 648, 662–63 (2d Cir.1996) (defendant's medical conditions coupled with his prior civic good deeds permitted

a 10 point downward departure); *United States v. Barbato*, No. 00 CR. 1028 (SWK), 2002 WL 31556376, at *5 (S.D.N.Y. Nov. 15, 2002) (granting 7-level downward departure based on defendant's age and medical conditions); *United States v. Gigante*, 989 F. Supp. 436, 443 (E.D.N.Y. 1998) (69-year old defendant with heart issues with guideline range of 262 - 327 months was sentenced to 12 years based on his age and medical issues). The defense respectfully urges the Court to grant a substantial downward variance to account for Marine's age and her likely need for intensive medical care.

### C. A Below-Guidelines Sentence Would be Sufficient, But Not Greater than Necessary, to Serve the Goals of Sentencing

A below Guidelines sentence would also be sufficient but not greater than necessary to serve the goals of punishment, general and specific deterrence, and impressing upon Marine the seriousness of her offense.

In light of her role in the conspiracy, sentencing Marine to a substantially below Guidelines sentence would not detract from the need to send a message of general deterrence. The defense recognizes that fentanyl overdoses have had a devastating effect on society. But even according to Rainey, Marine had no knowledge that any of the drugs were laced with fentanyl, and thus she did not knowingly fuel the fentanyl epidemic. *See* ECF 223, *Fatico* Tr. at 16. This Court has recognized that illegal drugs, including cocaine, are inherently dangerous, but "not to the same degree as fentanyl." ECF 154, Drayton Sentencing Tr. at 8-9; *see also id*. 19 ("while cocaine is undoubtedly highly addictive and an incredibly dangerous drug that does indeed destroy people and families and neighborhoods and communities, fentanyl, as we learned at the trial of Billy Ortega, is significantly more potent and deadly than cocaine."); *Id*. ("it matters to me at sentencing if someone deliberately sold fentanyl, which is nothing short of poison. I not only want to deter

both Mr. Drayton and others from selling any illegal narcotics, but specifically want the public to know that if you are caught selling fentanyl, *especially if you knowingly do it*, but either way, your sentence will be especially harsh.") (emphasis added).

This Court sent a powerful message of deterrence to would-be-fentanyl traffickers when sentencing Ortega to 30 years in prison. *See* ECF 177, Ortega Sentencing Tr. at 68 ("Mr. Ortega will be almost 70 years old when he gets out of prison, and I think that is sending a very serious message to would-be fentanyl dealers, that if they sell this poison on our streets, they should expect to spend the bulk of their lives in prison.") Since Marine was not aware the drugs were laced with fentanyl, a substantially below-Guidelines sentence would be sufficient, but not greater than necessary, to meet the goal of general deterrence.

While transacting in drugs is undoubtedly serious, Marine was not a supervisor in the conspiracy, and she acted solely at the direction of Ortega, who coerced and verbally abused her. Her involvement in the offense was also non-violent and, despite the firearms enhancement, she did not personally use a firearm in connection with this offense. *See, e.g., Gall v. United States*, 552 U.S. 38, 50 (2007) (sentencing courts are directed to make an "individualized assessment" of the sentence warranted by § 3553(a) "based on the facts presented.") In light of her non-supervisory, non-violent role in the offense, a below-Guidelines sentence is warranted. *See, e.g.*, PSR ¶¶ 60-63 (describing the various conspirators roles in the offense).

A substantially-below guidelines sentence would also be sufficient but not greater than necessary to serve the goals of specific deterrence. Marine is 60 years old and this is her first and only criminal offense. It has been well-established that the recidivism rate for people Marine's age is low. *See* U.S. Sentencing Commission, Older Offenders in the Federal System at 42-43

(July 2022) (The recidivism rate of older offenders (21.3%) is less than half that of offenders under the age of 50 (53.4%)), available at https://www.ussc.gov/sites/default/files/pdf/research-and-publications/research-publications/2022/20220726_Older-Offenders.pdf; *see also id*. at 44 ("The older offenders . . . recidivated for less serious crimes than offenders under the age of 50. The most common recidivism events for older offenders were supervision violations (16.0%) and administration of justice offenses (12.3%)."); U.S. Dep't of Justice, Office of the Inspector General, The Impact of an Aging Inmate Population on the Federal Bureau of Prisons at iii (Feb. 2016) ("Aging inmates commit less misconduct while incarcerated and have a lower rate of re-arrest once released. . . . Based on our analysis, the rate of recidivism of aging inmates is significantly lower than the 41 percent re-arrest rate that the BOP's research has found for all federal inmates."), *available at* https://oig.justice.gov/sites/default/files/reports/15-05.pdf; *id*. ("Over a year ago, the Department concluded that aging inmates are generally less of a public safety threat . . . .").

In fact, the Sentencing Guidelines were recently amended to specifically note that, "[a]ge may be a reason to depart downward in a case in which the defendant is elderly and infirm and where a form of punishment such as home confinement might be equally efficient as and less costly than incarceration…. The age-crime curve, one of the most consistent findings in criminology, demonstrates that criminal behavior tends to decrease with age. … Accordingly, in an appropriate case, the court may consider whether a form of punishment other than imprisonment might be sufficient to meet the purposes of sentencing." U.S.S.G. 5H1.1.

In light of these statistics, and the fact that Marine herself is a first-time offender who has had no disciplinary issues on pretrial release or since she has been incarcerated at the MDC, it is

simply not necessary to sentence Marine to a lengthy term of imprisonment to protect the public. *See* U.S. Sentencing Commission, Older Offenders in the Federal System at 32 (approximately 25 percent of offenders aged 60 to 64 were sentenced to penalties other than imprisonment in 2021); *id*. at 34 (offenders aged 60 to 64 had an average Guidelines minimum of 63 months in 2021 but were sentenced to an average of only 43 months' imprisonment); *id*. at 38 (over 42 percent of offenders aged 60 to 64 were granted variances in 2021).

Moreover, Marine, who has never previously served a prison sentence, has already been harshly punished for her offense during the 15 months she has been incarcerated at the MDC. She has endured endless lockdowns in which she is locked in her cell for hours on end. *See United States v. Parish*, No. 13 CR. 829 (AT), 2024 WL 3904626, at *5 (S.D.N.Y. Aug. 22, 2024) ("The conditions at MDC, for example, include 'near-perpetual' lockdowns that prohibit detained persons 'from leaving [their cells] for visits, calls, showers, classes, or exercise'—conditions that are 'tantamount to solitary or near-solitary confinement.'"). "And, the physical conditions of MDC include mold, contaminated drinking water, broken lights, and broken emergency call buttons." *Id*. at *5.

Marine, a non-violent offender, has also been a witness to numerous fights on her floor, causing her to fear for her safety. Ex. A at 7. *See also United States v. Colucci*, No. 23-CR-417, 2024 WL 3643857, at *4 (E.D.N.Y. Aug. 5, 2024) (at the MDC, "Chaos reigns, along with uncontrolled violence… this Court has identified shocking instances of brutal violence within the facility" over the last few months, including two murders and two stabbings); *United States v. Griffin*, No. 22-CR-408 (EK), 2024 WL 2891686, at *3 (E.D.N.Y. June 10, 2024) ("it has been

well documented that the MDC has an ongoing issue with frequent lockdowns due to violence and the threat of violence").

Conditions at the MDC are so inhumane that it has become "routine for judges in both [the Southern] District and the Eastern District to give reduced sentences to defendants based on the conditions of confinement in the MDC." *United States v. Chavez*, No. 22-CR-303 (JMF), 2024 WL 50233, at *1 (S.D.N.Y. Jan. 4, 2024); *United States v. Santana*, No. 22 CR. 368 (VM), 2024 WL 2275037, at *2 (S.D.N.Y. May 20, 2024) ("Given the severe prison conditions that prevail at the MDC (conditions that amount to imposing harsher punishments on prisoners), this Court and others have adjusted sentences of defendants in custody there for lengthy periods."); *Colucci*, 2024 WL 3643857, at *7 (sentencing defendant to 9 months imprisonment, but if designated to the MDC, then defendant can serve sentence on home incarceration).

Distinguishing her from the average prisoner who endured harsh conditions at the MDC,

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████. We therefore urge the Court to take into account the harsh, painful and stressful conditions Marine has endured at the MDC when imposing sentencing. *See Colucci*, 2024 WL 3643857, at *7 ("A sentence served at MDC is materially different and necessarily disparate from one served elsewhere.").

Marine will also repeatedly be reminded of the seriousness of her offense, as her son will be spending decades in prison for his role in running the drug trafficking business, and Ortega's incarceration will continue to have a devastating impact on Ortega's children, her grandchildren whom she loves, for the rest of their lives. Thus, sentencing Marine with leniency would protect

her health, and it would not detract from impressing upon Marine the seriousness of the offense, which she and her family will be continuously reminded of for decades no matter her sentence.

**D. A Substantially-Below Guidelines Sentence is Warranted to Avoid Unwarranted Sentencing Disparities**

A substantially below-Guidelines sentence would also avoid unwarranted sentencing disparities. Ortega was the undisputed leader of the conspiracy. PSR ¶ 60. Moreover, he is the only charged member of the conspiracy who was aware the cocaine was a strong batch, and could be deadly and nonetheless chose to distribute it anyway. None of these aggravating factors that were present in Ortega's case are present here. Marine is thus much differently situated than Ortega, who received a 30-year sentence, and her sentence should be substantially lower than his.

Marine is also less culpable than William Drayton, who received a 78-month sentence for his role as a supervisor in the drug conspiracy, even though he, unlike Marine, had a prior criminal history. PSR ¶ 61. *See* ECF 154, Drayton Sentencing Tr. at 7 (Government: "But he also was a supervisor, and he supervised other runners, including Rainy. He directed them where to receive drugs on many occasions, including from his own mother's apartment. And he accepted large amounts of narcotics proceeds on behalf of Ortega for the organization."); *id*. at 10 (Government: "It's nevertheless important to send a message in this case that those who work in supervisory capacities for dangerous narcotics delivery services over a long period of time warrant substantial punishment — even if they are not charged with or taking responsibility for known fatalities that were caused by that organization."). Indeed, it was only by a quirk of fate that Drayton happened not to be working on March 17, 2021, the day the fentanyl-laced drugs were delivered. *Id*. at 9 (the Government arguing, "And even right up until that day, it was [Drayton's] day to plan to work that day, he would have delivered the fatal doses had he not had some type of dispute with Ortega

and told Ortega to use [Rainey], which Ortega did that day. So he was prepared to deliver the drugs that killed the victims. And, in fact, he previously delivered drugs to Julia and Amanda on prior occasions."); *Id.* at 18 (The Court: "And while he was not the courier who delivered the drugs on that fatal day, he was both the runner and a mid-level supervisor who profited from sales just like this one and had, in fact, delivered drugs to at least two of the victims on another occasion."); *Id.* at 18 ("I'm considering not only Mr. Drayton's involvement in this drug organization, but about the reality, even if it was borne simply out of chance, that he didn't deliver those deadly drugs on March 17, 2021, as well as the fact that there's no definitive evidence that he knew that the organization was selling narcotics laced with fentanyl.")

Marine, a first-time offender who acted solely at the direction of Ortega, had no discretion, did not supervise anyone, and undisputedly had no knowledge that the drugs contained fentanyl, should not be sentenced more harshly than William Drayton. This is particularly the case when, as noted above, there were numerous ways Rainey could have obtained the tainted drugs he delivered on March 17, 2021, other than from Marine.

Further, the *Fatico* hearing established that others in the conspiracy who played roles in the conspiracy comparable to Marine were not prosecuted at all, including Drayton's mother, who also knowingly helped her son distributed drugs. ECF 223, *Fatico* Tr. 14, 31, 33, 38-39 ("THE COURT: So Drayton's mother allowed her apartment to be used to store drugs. THE WITNESS: Yes. THE COURT: And do you know if she did that knowingly? THE WITNESS: Yes.")

It would be disproportionate to sentence Marine to over a decade in prison for her role in the conspiracy when other key players in the conspiracy who played greater or similar roles, will face far less, or no, serious consequences. We therefore urge the Court to sentence Marine with

leniency, and to a sentence substantially less than that of Drayton, to avoid unwarranted sentencing disparities.

### A. Conclusion

For the foregoing reasons, we respectfully urge the Court to sentence Marine to a substantially below-Guidelines sentence.

Dated: February 7, 2025

Respectfully submitted,

/s/ Kristen Santillo

Kristen Santillo, Esq.
Fern Mechlowitz, Esq.
Gelber & Santillo PLLC
52 Duane Street, 7th Floor
New York, NY 10007
(212) 227-4743
ksantillo@gelbersantillo.com
*Attorneys for Defendant Josefina Marine*

CC:  Assistant U.S. Attorney Michael R. Herman

# EXHIBIT A
# (Filed Under Seal)

# EXHIBIT B

To Honorable Judge Ronnie Abrams,

I am writing this letter with a heart full of love and admiration for my mother, Josefina Marine. She is not only my mother but the foundation of our family, a selfless, hardworking woman who has always put others before herself. Since my father passed away when I was just 15 years old, she has been my only parent, my guiding force, and the person I could always depend on. Her absence has left a void in our lives that is impossible to fill.

Despite the challenges she faces in prison, my mother remains the strong, determined woman she has always been. She refuses to let her circumstances define her and has made every effort to better herself and contribute in meaningful ways. She has earned multiple certificates in various programs, taken advantage of every opportunity for growth, and works hard in the prison laundry. Her work ethic has never wavered, and even in the most difficult of situations, she finds a way to be productive and help those around her.

One of the most inspiring things about my mother is her ability to learn and adapt. Even in prison, she has found ways to bring warmth and love to our family. She recently taught herself how to crochet—a skill she had never attempted before. But in true fashion, she was determined to learn and, with patience and perseverance, became quite good at it. She even sent us handmade socks, a small but incredibly meaningful gift that reminded us of how much she loves us. Those socks weren't just stitches of yarn; they were a symbol of her resilience, her love, and her unwavering presence in our lives despite the distance.

When I became a mother at a young age, she was my rock. She helped me raise my son, providing him with love, guidance, and stability. Their bond is something truly special—he adores her, and she has been an incredible grandmother. Seeing them separated has been heartbreaking, yet she continues to be a source of strength and love, even from afar. I bring my children to visit her as often as possible because I know how much they need her, and she needs them. But every visit is a painful reminder of how much we are missing without her home.

I understand the gravity of this case, and I do not wish to take away from the pain others have experienced. My intention is not to dismiss the past but to show who my mother truly is—a hardworking, selfless, and determined woman who continues to grow and contribute, even in the most difficult of circumstances. She has taken every opportunity to better herself, to work hard, and to remain a loving presence in our family's lives.

Her health has also been a growing concern, and with her medical conditions, I worry about how much time we have left with her. Every day apart is a day lost, not just for me but for her grandchildren, who desperately miss the warmth and guidance only a grandmother can provide.

I humbly ask for your compassion. My mother is not just another inmate—she is a mother, a grandmother, and the heart of our family. She has worked tirelessly, even behind bars, to be a better person, and I truly believe that, given the opportunity, she will continue to be a positive

force in the lives of those around her.

We love her and miss her more than words can express. Having her home again would mean everything to us.

Thank you for taking the time to read my letter and for your consideration. No matter the outcome, I will always be grateful for the love, strength, and values my mother has instilled in me, and I hope to see her home again where she belongs.

Sincerely,
Melanie Quezada

Dear Honorable Judge Ronnie Abrams,

My name is Carmen Marine Josefina Marine's sister. I'm older by a year. Letting that be a reason for us to be very close growing up and understanding like no other as the youngest girls of all of our siblings..

Growing up we parted ways when we started having own kids. Even then we managed to stay in-contact over phone since lives became busy with kids and husbands then. We always made the time specially  on the weekends at my mother's house to get together. Those weekends were always so important for family to unite at my mom's house. My mother raised us to be close and always support one another for when she no longer will be with us..

Over the years we all realized how Josefina Marine took so much after my mother's character's. Even though she had some downfalls Josefina managed to be caring beautiful person who loved to spend time with family making dinners and plans. We all learned so much over the years to stay strong no matter hurdle that comes by. When Josefina lost her husband we all then knew who she was.. Being a stay at home mom to now losing a husband and was left with 3 children with no job.. And no savings to support her kids.. We as her family did everything, we could to help her but she showed us how incredible she is and the strength she took to get up and find her a job to support her Family. That is called strength not weak-minded person.  She loved her kids. Like we all do love our kids.. But she was determined to find a job At the Javis Center she was so proud of finally working and doing something that was helping feel independent and sufficient for kids. She called me every day about her times at the job. And now that she was doing well, she wanted to get another job to make more money and she did at Macy's. We all were proud of her. She deserved everything she was living.. She such a selfless person loving. She will invite the nieces, nephews, sisters, and brother. For family get together whenever she had the time.

As time went by, she was focused in her job and started feeling pain in the breast. Doctor's appointment after appointments we find out it was cancer.. Josefina was thinking she was dying then and there. I mean just imagine hearing you have cancer it's like a death sentence.. it was now 2018 she called me and told me her diagnosis. This was the first time I heard her distraught in a long time since the death or mother and husband. I was like wait you're not dying yet we are going to fight this together. Now I will say we spend so many years raising our kids being grandparents the best way can. Now instead of just seeing each other on days she wasn't working we became very close. We became so close again just like when was little. I knew my sister needed me. I was at there at every surgery making sure my sister was okay. I will and stay with her because the second surgery she was major. And did I watch my sister go through all this hurdles and manage to show us love and that the pain was temporary. My sister is not perfect like no human is. But my sister's strength showed me that being a loving person to others is what we live for.  Your honor My sister is most humble loving person. Always looking to see others happy even If it was at her cost. She did it.

Her now having to move to her eldest sister's when the case took a turn for the worst. Josefina going through health issues was now on house arrest. Took care of our Dying older sister the last months of life while working and not knowing what was the fate of life will be in the next couple months.

She managed to do Sunday dinners at my mothers like we used to back in the day. We manage to rekindle all these sad stories, and made memories. Just she like my mother would wish she did after her death.

I see so much of my loving mother in Josefina. And I pray that this Letter can give you an understanding of how important she is to our family and clarity whom she is and mean to us.
Thank you for your time.

Sincerely,
Carmen Marine

Honorable Judge,

My name is Eryka D Diaz and I am writing this letter to urge leniency in the sentencing of Josefina Marine.

I have known Ms. Josefina for the course of 13 years as I am really good friends with her daughter Melanie. I have always felt welcomed in her home, and she always treated me as one of her own. From the years 2015-2018 I worked in Bowery Kitchen Supplies which was located in the Chelsea market just a few short blocks from her home, Josefina will allow me to kill time on my lunch breaks at her home even when her daughter wasn't present and always making sure I went back to my shift on a full stomach. Ms. Josefina would watch my daughter Aaliyah if I didn't have a sitter, making sure she was well taken care of. I've always felt welcomed and loved by Ms. Josefina.

Theres no doubt in my mind Ms. Josefina will do whatever it takes to correct any wrongs. She is more than her record perceives her to be, she is loving, kind and a nurturer to anyone who surrounds her. I know it would be greatly appreciated on behalf of myself and many others if Josefina were granted this opportunity to be reunited with her friends and Family sooner than later.

Thank you,

Eryka D Diaz

# EXHIBIT C
# (Filed Under Seal)

# EXHIBIT D
## (Filed Under Seal)

# EXHIBIT E

January 21, 2025

Mr. Stephen Espinet
Correctional Counselor
80 29th Street
Brooklyn, NY 11232
(718) 840-4200

Honorable Judge Rony Abram,

Please be advised that Ms. Marine, Josefina has been in the Metropolitan Detention Center for approximately fifteenth months.   During her time here at MDC Brooklyn she has received no incident reports.   Ms. Marine has completed several education and self-help courses; to include she is enrolled in our G.E.D. program.   The attached documents are a current copy of her education/self-help transcript.   She is currently assigned as a laundry orderly for the institution, and her work performance are outstanding with minimal supervision.   In her time here at MDC Brooklyn, she has shown commitment in utilizing her incarceration for a positive outlook in life. Her goal is to return to her community and be a productive citizen.   If you have any questions, please do not hesitate to contact me.

Sincerely,

Mr. Stephen Espinet,
Correctional Counselor

REGISTER NO: 25345-510    NAME..: MARINE                 FUNC: DIS

FORMAT.....: TRANSCRIPT    RSP OF: BRO-BROOKLYN MDC

-------------------------- EDUCATION INFORMATION --------------------------

FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME

BRO  GED UNK    GED STATUS UNKNOWN             10-30-2023 1841 CURRENT

-------------------------- EDUCATION COURSES --------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|----------|-------------|------------|-----------|------|----|----|-----|
| BRO F | TALKPOPC, MODERN FEMINISM | 11-28-2024 | 12-20-2024 | P | C | P | 12 |
| BRO F | FEMALE BOOK CLUB | 10-11-2024 | 12-09-2024 | P | C | P | 12 |
| BRO F | RECREATION & LEISURE JOURNAL | 08-05-2024 | 08-12-2024 | P | C | P | 7 |
| BRO F | YOGA/STRESS REDUCTION PRGM | 06-17-2024 | 06-20-2024 | P | C | P | 4 |
| BRO F | ORIGAMI | 05-06-2024 | 06-03-2024 | P | C | P | 5 |
| BRO F | CU ASTRONOMY CLASS IN SPANISH | 04-01-2024 | 05-13-2024 | P | C | P | 12 |
| BRO F | FEMALE ESL | 01-12-2024 | 02-16-2024 | P | C | P | 80 |
| BRO F | EFFECTIVE WRITING | 12-01-2023 | 01-12-2024 | P | C | P | 12 |
| BRO F | GED ACE MATH | 12-30-2023 | 01-12-2024 | P | C | P | 40 |
| BRO F | SOFT SKILLS | 12-01-2023 | 12-12-2023 | P | C | P | 12 |

G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

E-2

REG NO..: 25345-510 NAME....: MARINE, JOSEFINA
CATEGORY: PTO        FUNCTION: DIS        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
BRO    AGE BDY C  HEALTHY AGING BODY COMP      12-19-2024 1129 01-03-2025 112⁹
BRO    AGE BDY C  HEALTHY AGING BODY COMP      03-20-2024 1039 03-20-2024 103⁹
BRO    AGE BDY P  HEALTHY AGING BODY PART      03-20-2024 1037 03-20-2024 103⁹

G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

E-3

```
REG NO..: 25345-510 NAME....: MARINE, JOSEFINA
CATEGORY: WSP        FUNCTION: PRT        FORMAT:

FCL   ASSIGNMENT  DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
BRO   GR HME C    GR HLTHIER ME COMP          10-25-2024 1225 10-25-2024 1225
BRO   GR HME P    GR HLTHIER ME PART          09-26-2024 0800 10-25-2024 1225
BRO   GR WIWP C   GR WOMN IN WRKPLCE COMP     08-13-2024 0801 08-13-2024 0801
BRO   GR WIWP P   GR WOMN IN WRKPLCE PART     06-10-2024 0817 08-13-2024 0801
BRO   GR SQO C    GR SQUARE ONE COMP          08-01-2024 1026 08-01-2024 1026
BRO   GR SQO P    GR SQUARE ONE PART          06-12-2024 0758 08-01-2024 1026
BRO   GR UYFS C   GR UNDRSTNDNG FLNGS COMP    05-16-2024 1400 05-21-2024 1400
BRO   GR UYFS P   GR UNDRSTNDNG FLNGS PART    04-26-2024 0827 05-16-2024 1400
BRO   PAR TPONC   PARENT OR NOT TO PARENT CMPL 04-11-2024 0757 04-11-2024 0757
BRO   PAR TPONP   PARENT OR NOT TO PARENT PART 03-18-2024 1051 04-11-2024 0757
BRO   GR AYS C    GR ASSERT YRSELF COMP       03-20-2024 1200 03-22-2024 1200
BRO   GR AYS P    GR ASSERT YRSELF PART       01-24-2024 1153 03-20-2024 1200
BRO   GR STNW C   GR START NOW COMP           03-14-2024 0928 03-15-2024 0928
BRO   GR STNW P   GR START NOW PART           11-09-2023 1424 03-14-2024 0928
BRO   PAR ONEC    PHASE ONE COMPLETE          12-19-2023 1204 12-19-2023 1204
BRO   PAR ONEP    PHASE ONE PART              11-21-2023 1220 12-19-2023 1204
BRO   GR AGE C    GR AGING WELL COMP          12-08-2023 0836 12-08-2023 0836
BRO   GR AGE P    GR AGING WELL PART          11-09-2023 1426 12-08-2023 0836
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

# EXHIBIT F

(Excerpts of Exhibits Produced in US v. Ortega)

GX(E)101-17

From: +16464215555 (owner)
To: +15512482481 Wills New #

Lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 1/18/2021 1:12:53 PM(UTC-5) | | |

**Status:** Sent

1/18/2021 1:12:53 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x56EFF49 (Table: message, chat, handle; Size: 137584640 bytes)

From: +15512482481 Wills New #
To: +16464215555 (owner)

Lucky

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 1/18/2021 3:05:33 PM(UTC-5) | |

**Status:** Read

1/18/2021 2:14:18 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x56EF30C (Table: message, handle, chat; Size: 137584640 bytes)

From: +16464215555 (owner)
To: +15512482481 Wills New #

How there's no will mother fucker

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 1/18/2021 3:05:56 PM(UTC-5) | | |

**Status:** Sent

1/18/2021 3:05:55 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x56F0D07 (Table: message, chat, handle; Size: 137584640 bytes)

From: +16464215555 (owner)
To: +15512482481 Wills New #

**Attachments:**

Title: Michael Sister's Number #.vcf
Size: 0
File name: ~/Library/SMS/Attachments/72/02/CA461CF5-EFC6-4F23-A8BA-D8D7478FB246/Michael Sister's Number #.vcf
~/Library/SMS/Attachments/72/02/CA461CF5-EFC6-4F23-A8BA-D8D7478FB246/Michael Sister's Number #.vcf
(Empty File)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 1/20/2021 4:00:11 PM(UTC-5) | | |

**Status:** Sent

1/20/2021 4:00:03 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x570A386 (Table: message, chat, attachment, handle; Size: 137584640 bytes)

From: +15512482481 Wills New #
To: +16464215555 (owner)

Mik not around and he not with him

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 1/20/2021 4:01:36 PM(UTC-5) | |

**Status:** Read

1/20/2021 4:01:35 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x570BF3F (Table: message, handle, chat; Size: 137584640 bytes)

From: +15512482481 Wills New #
To: +16464215555 (owner)

Taking what k hade left

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 1/20/2021 4:04:10 PM(UTC-5) | |

**Status:** Read

1/20/2021 4:03:54 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x570BCD7 (Table: message, handle, chat; Size: 137584640 bytes)

From: +15512482481 Wills New #
To: +16464215555 (owner)

Were is it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 2/12/2021 11:42:34 PM(UTC-5) | |

**Status:** Read

2/12/2021 11:42:34 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x58EA890 (Table: message, handle, chat; Size: 137584640 bytes)

From: +16464215555 (owner)
To: +15512482481 Wills New #

The jacket

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 2/12/2021 11:42:46 PM(UTC-5) | | |

**Status:** Sent

2/12/2021 11:42:44 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x58EA660 (Table: message, chat, handle; Size: 137584640 bytes)

From: +16464215555 (owner)
To: +15512482481 Wills New #

Who's in the house

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 2/12/2021 11:43:01 PM(UTC-5) | | |

**Status:** Sent

2/12/2021 11:43:00 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x58EA403 (Table: message, chat, handle; Size: 137584640 bytes)

From: +15512482481 Wills New #
To: +16464215555 (owner)

**Attachments:**



Title: tmp.gif
Size: 1689737
File name: ~/Library/SMS/Attachments/44/04/A87BB013-E624-485E-9143-
BCB93D5F5876/tmp.gif
~/Library/SMS/Attachments/44/04/A87BB013-E624-485E-9143-
BCB93D5F5876/tmp.gif

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 2/17/202 1 11:53:17 PM(UTC -5) | |

**Status:** Read

2/17/2021 11:53:06 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5978AA4 (Table:
message, handle, attachment, chat, Size: 137584640 bytes)
File system Extraction.zip/root/private/var/mobile/Library/SMS/Attachments/44/04/A87BB013-
E624-485E-9143-BCB93D5F5876/tmp.gif :  (Size: 1689737 bytes)

From: +16464215555 (owner)
To: +15512482481 Wills New #

Laughed at an image

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 2/17/2021 11:54:32 PM(UTC-5) | | |

**Status:** Sent

2/17/2021 11:54:29 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5978793 (Table:
message, chat, handle; Size: 137584640 bytes)

From: +15512482481 Wills New #
To: +16464215555 (owner)

Anyone home

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 2/18/202 1 1:44:48 PM(UTC -5) | |

**Status:** Read

2/18/2021 1:44:36 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x597DF3F (Table:
message, handle, chat; Size: 137584640 bytes)

F5

From: +16464215555 (owner)
To: +15512482481 Wills New #

No

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 2/18/2021 1:44:57 PM(UTC-5) | | |

**Status:** Sent

2/18/2021 1:44:56 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x597DD0D (Table: message, chat, handle; Size: 137584640 bytes)

From: +15512482481 Wills New #
To: +16464215555 (owner)

Sad

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 2/18/2021 1:45:03 PM(UTC-5) | |

**Status:** Read

2/18/2021 1:45:03 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x597DAB6 (Table: message, handle, chat; Size: 137584640 bytes)

From: +16464215555 (owner)
To: +15512482481 Wills New #

Why what's wong

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 2/18/2021 1:45:22 PM(UTC-5) | | |

**Status:** Sent

2/18/2021 1:45:21 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x597D896 (Table: message, chat, handle; Size: 137584640 bytes)

F6

From: +15512482481 Wills New #
To: +16464215555 (owner)

Can k get to it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 2/18/2021 1:45:26 PM(UTC-5) | |

**Status:** Read

2/18/2021 1:45:26 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x597D61F (Table: message, handle; Size: 137584640 bytes)

From: +16464215555 (owner)
To: +15512482481 Wills New #

No

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 2/18/2021 1:45:33 PM(UTC-5) | | |

**Status:** Sent

2/18/2021 1:45:32 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x597D3E7 (Table: message, chat, handle; Size: 137584640 bytes)

From: +15512482481 Wills New #
To: +16464215555 (owner)

We're the lady

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 2/18/2021 1:45:41 PM(UTC-5) | |

**Status:** Read

2/18/2021 1:45:40 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x597EF3F (Table: message, handle, chat; Size: 137584640 bytes)

F7

From: +16464215555 (owner)
To: +15512482481 Wills New #

Work

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 2/18/2021 1:45:48 PM(UTC-5) | | |

**Status:** Sent

2/18/2021 1:45:48 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x597ED05 (Table: message, chat, handle; Size: 137584640 bytes)

From: +15512482481 Wills New #
To: +16464215555 (owner)

Tell her on my way

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 2/18/2021 1:45:56 PM(UTC-5) | |

**Status:** Read

2/18/2021 1:45:56 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x597EAAA (Table: message, handle, chat; Size: 137584640 bytes)

From: +16464215555 (owner)
To: +15512482481 Wills New #

You left home again

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 2/18/2021 1:46:58 PM(UTC-5) | | |

**Status:** Sent

2/18/2021 1:46:58 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x597E86A (Table: message, chat, handle; Size: 137584640 bytes)

F8

From: +15512482481 Wills New #
To: +16464215555 (owner)

Yep rushing cuz this one wanna fight cuz I am out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 2/18/2021 1:47:26 PM(UTC-5) | |

**Status:** Read

2/18/2021 1:47:25 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x597E5EF (Table: message, handle, chat; Size: 137584640 bytes)

From: +15512482481 Wills New #
To: +16464215555 (owner)

Na

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 2/18/2021 1:47:28 PM(UTC-5) | |

**Status:** Read

2/18/2021 1:47:27 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x597E367 (Table: message, handle, chat; Size: 137584640 bytes)

From: +15512482481 Wills New #
To: +16464215555 (owner)

I dipped

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 2/18/2021 1:47:38 PM(UTC-5) | |

**Status:** Read

2/18/2021 1:47:37 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x597FF3F (Table: message, handle, chat; Size: 137584640 bytes)

F9

From: +16464215555 (owner)
To: +15512482481 Wills New #

Attachments:



Title: E9152852-49C1-4FAF-898C-776909F62A22.gif
Size: 5948307
File name: ~/Library/SMS/Attachments/88/08/03198BD8-1090-42D2-A82B-
19D2ABDB55CD/E9152852-49C1-4FAF-898C-776909F62A22.gif
~/Library/SMS/Attachments/88/08/03198BD8-1090-42D2-A82B-
19D2ABDB55CD/E9152852-49C1-4FAF-898C-776909F62A22.gif

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 2/18/2021 1:49:05 PM(UTC-5) | | |

**Status:** Sent

2/18/2021 1:48:46 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x597FD15 (Table:
message, chat, attachment, handle; Size: 137584640 bytes)
File system Extraction.zip/root/private/var/mobile/Library/SMS/Attachments/88/08/03198BD8-
1090-42D2-A82B-19D2ABDB55CD/E9152852-49C1-4FAF-898C-776909F62A22.gif :  (Size:
5948307 bytes)

From: +16464215555 (owner)
To: +15512482481 Wills New #

Kay has

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 2/18/2021 1:49:05 PM(UTC-5) | | |

**Status:** Sent

2/18/2021 1:48:47 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x597FA6F (Table:
message, chat, handle; Size: 137584640 bytes)

From: +15512482481 Wills New #
To: +16464215555 (owner)

He has some ?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 2/18/2021 1:49:42 PM(UTC-5) | |

**Status:** Read

2/18/2021 1:49:37 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x597F80C (Table:
message, handle, chat; Size: 137584640 bytes)



From: +16464215555 (owner)
To: +15512482481 Wills New #

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 2/18/2021 1:49:50 PM(UTC-5) | | |

**Status:** Sent

2/18/2021 1:49:50 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x597F5D8 (Table: message, chat, handle; Size: 137584640 bytes)

From: +15512482481 Wills New #
To: +16464215555 (owner)

You sure he home

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 2/18/2021 2:04:24 PM(UTC-5) | |

**Status:** Read

2/18/2021 2:02:09 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x597F37B (Table: message, handle, chat; Size: 137584640 bytes)



From: +16464215555 (owner)
To: +15512482481 Wills New #

**Attachments:**

Title: D67FED52-2E77-4EA2-904B-A924ACFC6F72.gif
Size: 626208
File name: ~/Library/SMS/Attachments/52/02/42F92E37-E0F6-49F2-AC8D-CD414D0F4F91/D67FED52-2E77-4EA2-904B-A924ACFC6F72.gif
~/Library/SMS/Attachments/52/02/42F92E37-E0F6-49F2-AC8D-CD414D0F4F91/D67FED52-2E77-4EA2-904B-A924ACFC6F72.gif

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 2/18/2021 2:05:53 PM(UTC-5) | | |

**Status:** Sent

2/18/2021 2:05:49 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5980F49 (Table: message, chat, attachment, handle; Size: 137584640 bytes)
File system Extraction.zip/root/private/var/mobile/Library/SMS/Attachments/52/02/42F92E37-E0F6-49F2-AC8D-CD414D0F4F91/D67FED52-2E77-4EA2-904B-A924ACFC6F72.gif : (Size: 626208 bytes)

F11

From: +15512482481 Wills New #
To: +16464215555 (owner)

Did u call

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 2/18/2021 2:06:57 PM(UTC-5) | |

**Status:** Read

2/18/2021 2:06:46 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5980C99 (Table: message, handle, chat; Size: 137584640 bytes)

From: +16464215555 (owner)
To: +15512482481 Wills New #

No

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 2/18/2021 2:07:06 PM(UTC-5) | | |

**Status:** Sent

2/18/2021 2:07:05 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5980A6B (Table: message, chat, handle; Size: 137584640 bytes)

From: +15512482481 Wills New #
To: +16464215555 (owner)

Well call

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 2/18/2021 2:07:22 PM(UTC-5) | |

**Status:** Read

2/18/2021 2:07:12 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5980814 (Table: message, handle, chat; Size: 137584640 bytes)

F12

From: +15512482481 Wills New #
To: +16464215555 (owner)

What ?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 2/26/2021 1:37:31 PM(UTC -5) | |

**Status:** Read

2/26/2021 1:37:19 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5A381EA (Table: message, handle, chat; Size: 137584640 bytes)

From: +15512482481 Wills New #
To: +16464215555 (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 2/26/2021 1:37:31 PM(UTC -5) | |

**Status:** Read

2/26/2021 1:37:22 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5A39F3F (Table: message, handle, chat; Size: 137584640 bytes)

From: +15512482481 Wills New #
To: +16464215555 (owner)

Did u leave anything out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 2/26/2021 1:37:31 PM(UTC -5) | |

**Status:** Read

2/26/2021 1:37:29 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5A39D17 (Table: message, handle, chat; Size: 137584640 bytes)

F13

From: +16464215555 (owner)
To: +15512482481 Wills New #

Yeh

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 2/26/2021 1:37:35 PM(UTC-5) | | |

**Status:** Sent

2/26/2021 1:37:35 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5A39ACB (Table: message, chat, handle; Size: 137584640 bytes)

From: +16464215555 (owner)
To: +15512482481 Wills New #

Yo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 2/26/2021 3:19:14 PM(UTC-5) | | |

**Status:** Sent

2/26/2021 3:19:12 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5A3987A (Table: message, chat, handle; Size: 137584640 bytes)

From: +16464215555 (owner)
To: +15512482481 Wills New #

Where you at bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 2/26/2021 3:19:17 PM(UTC-5) | | |

**Status:** Sent

2/26/2021 3:19:17 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5A3962B (Table: message, chat, handle; Size: 137584640 bytes)

From: +15512482481 Wills New #
To: +16464215555 (owner)

Lmfao

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 3/2/2021 6:15:56 PM(UTC-5) | |

**Status:** Read

3/2/2021 6:15:42 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5A82F3F (Table: message, handle, chat; Size: 137584640 bytes)

From: +16464215555 (owner)
To: +15512482481 Wills New #

Sup buddy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 3/3/2021 1:29:41 PM(UTC-5) | | |

**Status:** Sent

3/3/2021 1:29:40 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5A8A53B (Table: message, chat, handle; Size: 137584640 bytes)

From: +16464215555 (owner)
To: +15512482481 Wills New #

Hey have someone meeting you at 450 at 3 pm Sharp for 10 bartenders it's in the crib

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 3/3/2021 1:30:43 PM(UTC-5) | | |

**Status:** Sent

3/3/2021 1:30:42 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5A8BF49 (Table: message, chat, handle; Size: 137584640 bytes)

From: +15512482481 Wills New #
To: +16464215555 (owner)

Is ppl there

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| +16464215555 | | 3/3/2021 1:32:14 PM(UTC-5) | |

**Status:** Read

3/3/2021 1:31:57 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5A8B8D9 (Table: message, handle, chat; Size: 137584640 bytes)

From: +15512482481 Wills New #
To: +16464215555 (owner)

I need shit also

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| +16464215555 | | 3/3/2021 1:32:14 PM(UTC-5) | |

**Status:** Read

3/3/2021 1:32:12 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5A8B69B (Table: message, handle, chat; Size: 137584640 bytes)

From: +16464215555 (owner)
To: +15512482481 Wills New #

Ok how many will you have on you

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| +15512482481 Wills New # | 3/3/2021 1:33:44 PM(UTC-5) | | |

**Status:** Sent

3/3/2021 1:33:44 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5A8B461 (Table: message, chat, handle; Size: 137584640 bytes)

F16

From: +15512482481 Wills New #
To: +16464215555 (owner)

Not much like 4 5

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 3/3/2021 1:34:04 PM(UTC -5) | |

**Status:** Read

3/3/2021 1:34:00 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5A8B1CC (Table: message, handle, chat; Size: 137584640 bytes)

From: +16464215555 (owner)
To: +15512482481 Wills New #

Hey I'm by you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 3/3/2021 1:34:09 PM(UTC-5) | | |

**Status:** Sent

3/3/2021 1:34:09 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5A8CF49 (Table: message, chat, handle; Size: 137584640 bytes)

From: +15512482481 Wills New #
To: +16464215555 (owner)

Doing

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 3/3/2021 1:34:20 PM(UTC -5) | |

**Status:** Read

3/3/2021 1:34:20 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5A8CCD4 (Table: message, handle, chat; Size: 137584640 bytes)

F17

From: +16464215555 (owner)
To: +15512482481 Wills New #

I'm at the Shop

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 3/3/2021 1:34:27 PM(UTC-5) | | |

**Status:** Sent

3/3/2021 1:34:27 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5A8CAAE (Table: message, chat, handle; Size: 137584640 bytes)

From: +16464215555 (owner)
To: +15512482481 Wills New #

Stop by

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 3/3/2021 1:34:35 PM(UTC-5) | | |

**Status:** Sent

3/3/2021 1:34:34 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5A8C843 (Table: message, chat, handle; Size: 137584640 bytes)

From: +15512482481 Wills New #
To: +16464215555 (owner)

What shop

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16464215555 | | 3/3/2021 1:35:24 PM(UTC-5) | |

**Status:** Read

3/3/2021 1:35:20 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5A8C5E2 (Table: message, handle, chat; Size: 137584640 bytes)

From: +16464215555 (owner)
To: +15512482481 Wills New #

The Beauty studio we Have you for got

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 3/3/2021 1:36:21 PM(UTC-5) | | |

**Status:** Sent

3/3/2021 1:36:20 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5A8C3B6 (Table: message, chat, handle; Size: 137584640 bytes)

From: +16464215555 (owner)
To: +15512482481 Wills New #

37 Warren 10 will

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 3/3/2021 4:23:06 PM(UTC-5) | | |

**Status:** Sent

3/3/2021 4:23:05 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5A905E4 (Table: message, chat, handle; Size: 137584640 bytes)

From: +16464215555 (owner)
To: +15512482481 Wills New #

He's coming out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 Wills New # | 3/3/2021 4:23:14 PM(UTC-5) | | |

**Status:** Sent

3/3/2021 4:23:14 PM(UTC-5)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5A90377 (Table: message, chat, handle; Size: 137584640 bytes)

GX(E)101-20



## Timeline (2326)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|------|-----------|-------------|-----------|-----------|-------|-------------|---------|
| 1 | Instant Messages | Incoming | | | 3/15/2021 12:44:02 AM(UTC-4) | **From:** +19177439333 Matt Rob Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Hey man. If I needed 200 do you have people around? In the West Village. **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C2659E (Table: message, handle, chat; Size: 137584640 bytes) | |
| 2 | Instant Messages | Outgoing | | | 3/15/2021 12:44:25 AM(UTC-4) | **From:** +16464215555 (owner) **To:** +19177439333 Matt Rob Friend **To:** +19177439333 Matt Rob Friend | Hey full address **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C262F3 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 3 | Instant Messages | Incoming | | | 3/15/2021 12:45:16 AM(UTC-4) | **From:** +19177439333 Matt Rob Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | 142 Bleecker Street, 10012. In a rush - ETA. Sorry. **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C27F3F (Table: message, handle, chat; Size: 137584640 bytes) | |
| 4 | Instant Messages | Outgoing | | | 3/15/2021 12:45:29 AM(UTC-4) | **From:** +16464215555 (owner) **To:** +19177439333 Matt Rob Friend **To:** +19177439333 Matt Rob Friend | Brb **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C277DF (Table: message, chat, handle; Size: 137584640 bytes) | |
| 5 | Instant Messages | Outgoing | | | 3/15/2021 12:45:45 AM(UTC-4) | **From:** +16464215555 (owner) **To:** +13479895039 Kaitlyn Bro **To:** +13479895039 Kaitlyn Bro | 142 Bleecker Street, 200$ **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C28F41 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 6 | Instant Messages | Outgoing | | | 3/15/2021 12:46:22 AM(UTC-4) | **From:** +16464215555 (owner) **To:** +19177439333 Matt Rob Friend **To:** +19177439333 Matt Rob Friend | 25 or lees **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C288D4 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 7 | Instant Messages | Incoming | | | 3/15/2021 12:47:40 AM(UTC-4) | **From:** +19177439333 Matt Rob Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Okay. It needs to be 20 or we are off elsewhere. Get your boy to get his skates on. **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C2866B (Table: message, handle, chat; Size: 137584640 bytes) | |
| 8 | Instant Messages | Outgoing | 1 | | 3/15/2021 12:48:26 AM(UTC-4) | **From:** +16464215555 (owner) **To:** +19177439333 Matt Rob Friend **To:** +19177439333 Matt Rob Friend | _Library_SMS_Attachments_aa_10_90C14916-BF56-4558-89B4-0825DAF7FEA4_2446B48E-DA84-41AB-835F-7F185A8AB7E1.gif_ **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C283AA (Table: message, chat, attachment, handle; Size: 137584640 bytes) File system Extraction.zip/root/private/var/mobile/Library/SMS/Attachments/aa/10/90C14916-BF56-4558-89B4-0825DAF7FEA4/2446B48E-DA84-41AB-835F-7F185A8AB7E1.gif :  (Size: 483556 bytes) | |

**GOVERNMENT EXHIBIT**

**101-20**

22 Cr. 91 (RA)

F21

| 9 | Instant Messages | Incoming | | | 3/15/2021 12:49:35 AM(UTC-4) | **From:** +19177439333 Matt Rob Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Thanks. **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C29F3F (Table: message, handle, chat; Size: 137584640 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 10 | Instant Messages | Incoming | | | 3/15/2021 12:53:28 AM(UTC-4) | **From:** +13479895039 Kaitlyn Bro **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Here **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C29D0D (Table: message, handle, chat; Size: 137584640 bytes) | |
| 11 | Instant Messages | Outgoing | | | 3/15/2021 12:53:56 AM(UTC-4) | **From:** +16464215555 (owner) **To:** +13479895039 Kaitlyn Bro **To:** +13479895039 Kaitlyn Bro | Coming **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C29AE3 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 12 | Instant Messages | Outgoing | | | 3/15/2021 12:54:00 AM(UTC-4) | **From:** +16464215555 (owner) **To:** +19177439333 Matt Rob Friend **To:** +19177439333 Matt Rob Friend | Hey **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C2988C (Table: message, chat, handle; Size: 137584640 bytes) | |
| 13 | Instant Messages | Outgoing | | | 3/15/2021 12:54:06 AM(UTC-4) | **From:** +16464215555 (owner) **To:** +19177439333 Matt Rob Friend **To:** +19177439333 Matt Rob Friend | Come out black kid **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C2963B (Table: message, chat, handle; Size: 137584640 bytes) | |
| 14 | Instant Messages | Incoming | | | 3/15/2021 12:56:30 AM(UTC-4) | **From:** +19177439333 Matt Rob Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | I'm out here. **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C293C2 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 15 | Instant Messages | Incoming | | | 3/15/2021 12:56:50 AM(UTC-4) | **From:** +13479895039 Kaitlyn Bro **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Tell him hurry up it's cold **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C2AF3F (Table: message, handle, chat; Size: 137584640 bytes) | |
| 16 | Instant Messages | Outgoing | | | 3/15/2021 9:28:32 AM(UTC-4) | **From:** +16464215555 (owner) **To:** +19293045049 G Man **To:** +19293045049 G Man | Yoo **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C2ACEB (Table: message, handle, chat; Size: 137584640 bytes) | |
| 17 | Instant Messages | Outgoing | | | 3/15/2021 9:28:35 AM(UTC-4) | **From:** +16464215555 (owner) **To:** +19293045049 G Man **To:** +19293045049 G Man | Was good **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C2AAAB (Table: message, chat, handle; Size: 137584640 bytes) | |
| 18 | Instant Messages | Outgoing | | | 3/15/2021 9:28:45 AM(UTC-4) | **From:** +16464215555 (owner) **To:** +19293045049 G Man **To:** +19293045049 G Man | You want this or no **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C2A859 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 19 | Instant Messages | Incoming | | | 3/15/2021 9:28:59 AM(UTC-4) | **From:** +19293045049 G Man **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Free Msg: Receiver 9293045049 unable to receive message - Message Blocking is active. **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C2A62C (Table: message, chat; Size: 137584640 bytes) | |
| 20 | Instant Messages | Incoming | | | 3/15/2021 9:29:02 AM(UTC-4) | **From:** +19293045049 G Man **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Free Msg: Receiver 9293045049 unable to receive message - Message Blocking is active. **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C2BF7C (Table: message, chat; Size: 137584640 bytes) | |
| 21 | Instant Messages | Incoming | | | 3/15/2021 9:29:11 AM(UTC-4) | **From:** +19293045049 G Man **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Free Msg: Receiver 9293045049 unable to receive message - Message Blocking is active. **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C2B9A3 (Table: message, chat; Size: 137584640 bytes) | |

| 22 | Instant Messages | | | | 3/15/2021 9:29:26 AM(UTC-4) | | Source:<br>**Source Extraction:** File System<br>**Source file:** File System<br>Extraction.zip/root/private/var/mobile/Library/Recents/Recents : 0x226E9 (Size: 622592 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 23 | Instant Messages | | | | 3/15/2021 9:29:27 AM(UTC-4) | **Participants:**<br>+16464215555,<br>+19175661690 | Source:<br>**Source Extraction:** File System<br>**Source file:** File System<br>Extraction.zip/root/private/var/mobile/Library/Recents/Recents : 0x226DB (Size: 622592 bytes) | |
| 24 | Instant Messages | Outgoing | | | 3/15/2021 9:29:27 AM(UTC-4) | **From:** +16464215555 (owner)<br>**To:** +19175661690<br>**To:** +19175661690 | Yo bro call me asp<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system<br>Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C2B397 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 25 | Instant Messages | Incoming | | | 3/15/2021 9:30:05 AM(UTC-4) | **From:** +19293045049 G Man<br>**To:** +16464215555 (owner)<br>**To:** +16464215555 (owner) | Yoooo<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system<br>Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C2CF3F (Table: message, handle, chat; Size: 137584640 bytes) | |
| 26 | Instant Messages | Incoming | | | 3/15/2021 9:30:10 AM(UTC-4) | **From:** +19293045049 G Man<br>**To:** +16464215555 (owner)<br>**To:** +16464215555 (owner) | I just woke up<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system<br>Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C2CD0F (Table: message, handle, chat; Size: 137584640 bytes) | |
| 27 | Instant Messages | Incoming | | | 3/15/2021 9:30:13 AM(UTC-4) | **From:** +19293045049 G Man<br>**To:** +16464215555 (owner)<br>**To:** +16464215555 (owner) | Boutta be omw<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system<br>Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C2CACD (Table: message, handle, chat; Size: 137584640 bytes) | |
| 28 | Call Log | Outgoing | | | 3/15/2021 10:57:30 AM(UTC-4) | **From:** 16464215555@s.whatsapp.net<br>**To:** 16463395724@s.whatsapp.net FEFE MARINE | 00:00:00<br>**Source:** WhatsApp<br>**Source Extraction:** File System<br>**Source file:** File System<br>Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/calls.log : 0x2DF1 (Size: 40206 bytes)<br>File system<br>Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes)<br>File system<br>Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0xD927 (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes)<br>File system<br>Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x403A36 (Table: ZWAPROFILEPUSHNAME; Size: 32362496 bytes) | |
| 29 | Call Log | Outgoing | | | 3/15/2021 11:01:40 AM(UTC-4) | **From:** 16464215555@s.whatsapp.net<br>**To:** 16463395724@s.whatsapp.net FEFE MARINE | 00:00:00<br>**Source:** WhatsApp<br>**Source Extraction:** File System<br>**Source file:** File System<br>Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/calls.log : 0x2D69 (Size: 40206 bytes)<br>File system<br>Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes)<br>File system<br>Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0xD927 (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes)<br>File system<br>Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x403A36 (Table: ZWAPROFILEPUSHNAME; Size: 32362496 bytes) | |

| 30 | Instant Messages | Outgoing | | | 3/15/2021 11:36:24 AM(UTC-4) | From: +16464215555 (owner) To: +19293045049 G Man To: +19293045049 G Man | Bro where are you Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C2C897 (Table: message, chat, handle; Size: 137584640 bytes) | |
|----|------|------|--|--|------|------|------|--|
| 31 | Log Entries | | | | 3/15/2021 12:08:51 PM(UTC-4) | | Facetime audio: Apple authentication process has been performed for the following apple-ids: +19174853295 Source: Identity Lookup Service Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/P references/com.apple.identityservices.idstatus cache.plist : 0x6C02 (Size: 113451 bytes) | |
| 32 | Instant Messages | Incoming | | | 3/15/2021 12:09:21 PM(UTC-4) | From: +15512482481 Wills New # To: +16464215555 (owner) To: +16464215555 (owner) | 3/11/2021 ———— 190 Allen St, 4 will 400 714 7th ave Time square ———— Cab 19 Cab 17 Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C2DF3F (Table: message, handle, chat; Size: 137584640 bytes) | |
| 33 | Instant Messages | Incoming | | | 3/15/2021 12:09:29 PM(UTC-4) | From: +15512482481 Wills New # To: +16464215555 (owner) To: +16464215555 (owner) | 3/13/2021 ———— 555 West 59th St 16 e 5 m 620$ 445 Fifth Ave 2 will 200 519 Hudson street 2 will 200 Stk 2 will 200 109 west 10th 2 m 200 1 bank street 2will 200 223 2nd Ave 2 will 200 121 Hudson street, 2 will 200$ 413 E. 12th St. 200$ 6 W 33rd St 4will 400$ will ———— Cab 20 Cab 17 Cab 18 Cab 12 Cab 13 Cab 15 Cab 20 Cab 18 Cab 16 Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C2FF3F (Table: message, handle, chat; Size: 137584640 bytes) | |
| 34 | Instant Messages | Incoming | | | 3/15/2021 12:09:41 PM(UTC-4) | From: +15512482481 Wills New # To: +16464215555 (owner) To: +16464215555 (owner) | 3/10/2021 ———— 190 Allen St, 4will 400 424 E 57th, St, 5 yellow 200$ 63 Perry st  2will 200 50 e 8st 300$ ———— Cab 18 Cab 16 Cab 12 Cab 21 Cab 19 Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C31F3F (Table: message, handle, chat; Size: 137584640 bytes) | |
| 35 | Instant Messages | Outgoing | | | 3/15/2021 12:16:53 PM(UTC-4) | From: +16464215555 (owner) To: +15512482481 Wills New # To: +15512482481 Wills New # | Time square how how much again Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C32F49 (Table: message, chat, handle; Size: 137584640 bytes) | |

| 36 | Call Log | Outgoing | | | 3/15/2021 12:22:27 PM(UTC-4) | **From:** 16464215555@s.whatsapp.net **To:** 16463395724@s.whatsapp.net FEFE MARINE | 00:00:00 **Source:** WhatsApp **Source Extraction:** File System Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/calls.log : 0x2CDB (Size: 40206 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0xD927 (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x403A36 (Table: ZWAPROFILEPUSHNAME; Size: 32362496 bytes) | |
| 37 | Instant Messages | Outgoing | | | 3/15/2021 12:23:48 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +15512482481 Wills New # **To:** +15512482481 Wills New # | ? **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C32CC4 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 38 | Instant Messages | Outgoing | | | 3/15/2021 12:27:45 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19293045049 G Man **To:** +19293045049 G Man | Bro **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C32A71 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 39 | Instant Messages | Incoming | | | 3/15/2021 12:27:54 PM(UTC-4) | **From:** +19293045049 G Man **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Yo **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C32816 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 40 | Instant Messages | Incoming | | | 3/15/2021 12:27:57 PM(UTC-4) | **From:** +19293045049 G Man **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Smoking **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C325EC (Table: message, handle, chat; Size: 137584640 bytes) | |
| 41 | Instant Messages | Outgoing | | | 3/15/2021 12:27:59 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19293045049 G Man **To:** +19293045049 G Man | Make sure nobody's around you when you do it **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C323BA (Table: message, chat, handle; Size: 137584640 bytes) | |
| 42 | Instant Messages | Incoming | | | 3/15/2021 12:28:00 PM(UTC-4) | **From:** +19293045049 G Man **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Mike crib **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C33F3F (Table: message, chat, handle; Size: 137584640 bytes) | |
| 43 | Instant Messages | Incoming | | | 3/15/2021 12:28:04 PM(UTC-4) | **From:** +19293045049 G Man **To:** +16464215555 (owner) **To:** +16464215555 (owner) | I know **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C33D07 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 44 | Instant Messages | Outgoing | | | 3/15/2021 12:28:05 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19293045049 G Man **To:** +19293045049 G Man | Ok cool **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C33AD7 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 45 | Instant Messages | Outgoing | | | 3/15/2021 12:28:14 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19293045049 G Man **To:** +19293045049 G Man | I'll call you to come up **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C33876 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 46 | Instant Messages | Incoming | | | 3/15/2021 12:28:15 PM(UTC-4) | **From:** +19293045049 G Man **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Imma go up when you closer **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C335EF (Table: message, chat, handle; Size: 137584640 bytes) | |

5

| 47 | Instant Messages | Incoming | | | 3/15/2021 12:28:20 PM(UTC-4) | **From:** +19293045049 G Man<br>**To:** +16464215555 (owner)<br>**To:** +16464215555 (owner) | Ok cool<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C33395 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 48 | Instant Messages | Outgoing | | | 3/15/2021 12:28:24 PM(UTC-4) | **From:** +16464215555 (owner)<br>**To:** +19293045049 G Man<br>**To:** +19293045049 G Man | Ok cool<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C34F41 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 49 | Instant Messages | Incoming | | | 3/15/2021 12:33:09 PM(UTC-4) | **From:** +19174203002 Lil Mike<br>**To:** +16464215555 (owner)<br>**To:** +16464215555 (owner) | Hey<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C34CDE (Table: message, handle, chat; Size: 137584640 bytes) | |
| 50 | Instant Messages | Outgoing | | | 3/15/2021 12:33:23 PM(UTC-4) | **From:** +16464215555 (owner)<br>**To:** +19174203002 Lil Mike<br>**To:** +19174203002 Lil Mike | Hi<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C34ABE (Table: message, handle, chat; Size: 137584640 bytes) | |
| 51 | Instant Messages | Outgoing | | | 3/15/2021 12:33:31 PM(UTC-4) | **From:** +16464215555 (owner)<br>**To:** +19174203002 Lil Mike<br>**To:** +19174203002 Lil Mike | Have some bud<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C34871 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 52 | Instant Messages | Incoming | | | 3/15/2021 12:33:41 PM(UTC-4) | **From:** +19174203002 Lil Mike<br>**To:** +16464215555 (owner)<br>**To:** +16464215555 (owner) | You ?<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C34602 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 53 | Instant Messages | Outgoing | | | 3/15/2021 12:33:55 PM(UTC-4) | **From:** +16464215555 (owner)<br>**To:** +19174203002 Lil Mike<br>**To:** +19174203002 Lil Mike | Si<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C343DE (Table: message, handle, chat; Size: 137584640 bytes) | |
| 54 | Instant Messages | Incoming | | | 3/15/2021 12:33:59 PM(UTC-4) | **From:** +19174203002 Lil Mike<br>**To:** +16464215555 (owner)<br>**To:** +16464215555 (owner) | Lol<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C34185 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 55 | Instant Messages | Incoming | | | 3/15/2021 12:34:31 PM(UTC-4) | **From:** +19174203002 Lil Mike<br>**To:** +16464215555 (owner)<br>**To:** +16464215555 (owner) | Was going to say I'm leave bud behind w Jorge<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C35F3F (Table: message, handle, chat; Size: 137584640 bytes) | |
| 56 | Instant Messages | Incoming | | | 3/15/2021 12:34:44 PM(UTC-4) | **From:** +19174203002 Lil Mike<br>**To:** +16464215555 (owner)<br>**To:** +16464215555 (owner) | Gotta get my hair cut and fit for tm<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C35CBB (Table: message, handle, chat; Size: 137584640 bytes) | |
| 57 | Instant Messages | Outgoing | | | 3/15/2021 12:34:52 PM(UTC-4) | **From:** +16464215555 (owner)<br>**To:** +19174203002 Lil Mike<br>**To:** +19174203002 Lil Mike | Ok boss<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C35A59 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 58 | Instant Messages | Outgoing | | | 3/15/2021 12:34:59 PM(UTC-4) | **From:** +16464215555 (owner)<br>**To:** +19174203002 Lil Mike<br>**To:** +19174203002 Lil Mike | What's tomorrow<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C35800 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 59 | Instant Messages | Incoming | | | 3/15/2021 12:35:21 PM(UTC-4) | **From:** +19174203002 Lil Mike<br>**To:** +16464215555 (owner)<br>**To:** +16464215555 (owner) | You should get me a amiri hat<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C35291 (Table: message, handle, chat; Size: 137584640 bytes) | |

| 60 | Instant Messages | Incoming | | | 3/15/2021 12:35:26 PM(UTC-4) | **From:** +19174203002 Lil Mike **To:** +16464215555 (owner) **To:** +16464215555 (owner) | My bday **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C36F3F (Table: message, handle, chat; Size: 137584640 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 61 | Instant Messages | Outgoing | | | 3/15/2021 12:40:02 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19174203002 Lil Mike **To:** +19174203002 Lil Mike | Let me see how it looks like **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C36D17 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 62 | Instant Messages | Outgoing | | | 3/15/2021 1:28:10 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19293045049 G Man **To:** +19293045049 G Man | Bro go up **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C36A8E (Table: message, chat, handle; Size: 137584640 bytes) | |
| 63 | Instant Messages | Outgoing | | | 3/15/2021 1:28:24 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19293045049 G Man **To:** +19293045049 G Man | Be for mr leave **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C36829 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 64 | Instant Messages | Incoming | | | 3/15/2021 1:28:25 PM(UTC-4) | **From:** +19293045049 G Man **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Cool **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C365B6 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 65 | Instant Messages | Outgoing | | | 3/15/2021 1:28:29 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19293045049 G Man **To:** +19293045049 G Man | I'm almost there **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3638C (Table: message, chat, handle; Size: 137584640 bytes) | |
| 66 | Instant Messages | Incoming | | | 3/15/2021 1:28:34 PM(UTC-4) | **From:** +19293045049 G Man **To:** +16464215555 (owner) **To:** +16464215555 (owner) | She not leaving **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C37F3F (Table: message, handle, chat; Size: 137584640 bytes) | |
| 67 | Instant Messages | Outgoing | | | 3/15/2021 1:28:50 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19293045049 G Man **To:** +19293045049 G Man | Where you a **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C37CFD (Table: message, chat, handle; Size: 137584640 bytes) | |
| 68 | Call Log | Outgoing | | | 3/15/2021 1:28:58 PM(UTC-4) | **From:** 16464215555@s.whats app.net **To:** 16463395724@s.whats app.net FEFE MARINE | 00:00:37 **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/calls.log : 0x2C50 (Size: 40206 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.n et.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0xD927 (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x403A36 (Table: ZWAPROFILEPUSHNAME; Size: 32362496 bytes) | |
| 69 | Instant Messages | Incoming | | | 3/15/2021 1:29:07 PM(UTC-4) | **From:** +19293045049 G Man **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Tay tay room **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C37A92 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 70 | Instant Messages | Outgoing | | | 3/15/2021 1:29:42 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19293045049 G Man **To:** +19293045049 G Man | Ok **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x3785E (Table: message, chat, handle; Size: 137584640 bytes) | |

| 71 | Instant Messages | Outgoing | 1 | | 3/15/2021 1:30:18 PM(UTC-4) | **From:** (owner) | /var/tmp/com.apple.messages/com.apple.MobileSMS/Media/1 D195288-0101-49DF-9A29-42CD9C32286D/Audio Message.caf **(Empty File)** **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x829E3EB (Table: attachment; Size: 137584640 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 72 | Instant Messages | Outgoing | | | 3/15/2021 1:30:43 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19293045049 G Man **To:** +19293045049 G Man | Don't have it out **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C37607 (Table: message, handle; Size: 137584640 bytes) | |
| 73 | Instant Messages | Incoming | | | 3/15/2021 1:41:42 PM(UTC-4) | **From:** +19174203002 Lil Mike **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Yo **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C3738C (Table: message, handle, chat; Size: 137584640 bytes) | |
| 74 | Instant Messages | Incoming | | | 3/15/2021 1:41:46 PM(UTC-4) | **From:** +19174203002 Lil Mike **To:** +16464215555 (owner) **To:** +16464215555 (owner) | I came back **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C38F3F (Table: message, handle, chat; Size: 137584640 bytes) | |
| 75 | Instant Messages | Incoming | | | 3/15/2021 1:41:56 PM(UTC-4) | **From:** +19174203002 Lil Mike **To:** +16464215555 (owner) **To:** +16464215555 (owner) | I'm go up to headquarters **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C38D05 (Table: message, handle; Size: 137584640 bytes) | |
| 76 | Instant Messages | Outgoing | | | 3/15/2021 1:42:14 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19174203002 Lil Mike **To:** +19174203002 Lil Mike | Ok **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C38AB3 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 77 | Instant Messages | Incoming | | | 3/15/2021 1:42:28 PM(UTC-4) | **From:** +19174203002 Lil Mike **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Tato **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C3885A (Table: message, handle, chat; Size: 137584640 bytes) | |
| 78 | Instant Messages | Outgoing | | | 3/15/2021 2:21:17 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19174203002 Lil Mike **To:** +19174203002 Lil Mike | 5mi **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C38638 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 79 | Instant Messages | Incoming | | | 3/15/2021 3:45:08 PM(UTC-4) | **From:** +19174203002 Lil Mike **To:** +16464215555 (owner) **To:** +16464215555 (owner) | I'm ring **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C383DF (Table: message, chat, handle; Size: 137584640 bytes) | |
| 80 | Instant Messages | Outgoing | | | 3/15/2021 3:45:24 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19174203002 Lil Mike **To:** +19174203002 Lil Mike | Ok **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C381AF (Table: message, chat, handle; Size: 137584640 bytes) | |

| 81 | Call Log | Incoming | | | 3/15/2021 4:39:07 PM(UTC-4) | **From:** 16463395724@s.whats app.net FEFE MARINE **To:** 16464215555@s.whats app.net | 00:00:00 **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/calls.log : 0x2BB5 (Size: 40206 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.n et.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0xD927 (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x403A36 (Table: ZWAPROFILEPUSHNAME; Size: 32362496 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 82 | Instant Messages | Incoming | | | 3/15/2021 4:39:07 PM(UTC-4) | **From:** System Message System Message **Participants:** 16464215555@s.whats app.net (owner), 16463395724@s.whats app.net FEFE MARINE | Missed Video call **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x1713478 (Table: ZWAMESSAGE; Size: 32362496 bytes) | |
| 83 | Call Log | Outgoing | | | 3/15/2021 4:43:04 PM(UTC-4) | **From:** 16464215555@s.whats app.net **To:** 16463395724@s.whats app.net FEFE MARINE | 00:00:00 **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/calls.log : 0x2B2D (Size: 40206 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.n et.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0xD927 (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x403A36 (Table: ZWAPROFILEPUSHNAME; Size: 32362496 bytes) | |
| 84 | Call Log | Outgoing | | | 3/15/2021 4:43:18 PM(UTC-4) | **From:** 16464215555@s.whats app.net **To:** 16463395724@s.whats app.net FEFE MARINE | 00:00:42 **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/calls.log : 0x2AA3 (Size: 40206 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.n et.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0xD927 (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x403A36 (Table: ZWAPROFILEPUSHNAME; Size: 32362496 bytes) | |
| 85 | Instant Messages | Incoming | | | 3/15/2021 4:52:51 PM(UTC-4) | **From:** +19177439333 Matt Rob Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Can I get 200 at 142 Bleecker Street, NY, 10012? Let me know an ETA, please. **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C39F3F (Table: message, handle, chat; Size: 137584640 bytes) | |

| 86 | Instant Messages | Outgoing | | | 3/15/2021 4:53:25 PM(UTC-4) | From: +16464215555 (owner) To: +19177439333 Matt Rob Friend To: +19177439333 Matt Rob Friend | Will do brb with time Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C39789 (Table: message, chat, handle; Size: 137584640 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 87 | Instant Messages | Incoming | | | 3/15/2021 5:15:42 PM(UTC-4) | From: +19177439333 Matt Rob Friend To: +16464215555 (owner) To: +16464215555 (owner) | ETA? Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3950A (Table: message, handle, chat; Size: 137584640 bytes) | |
| 88 | Instant Messages | Outgoing | | | 3/15/2021 5:22:32 PM(UTC-4) | From: +16464215555 (owner) To: +19177439333 Matt Rob Friend To: +19177439333 Matt Rob Friend | Hey bro 25 min cool Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C392E8 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 89 | Instant Messages | Incoming | | | 3/15/2021 5:25:29 PM(UTC-4) | From: +19177439333 Matt Rob Friend To: +16464215555 (owner) To: +16464215555 (owner) | Cool, thanks. Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3AF3F (Table: message, handle, chat; Size: 137584640 bytes) | |
| 90 | Instant Messages | Outgoing | | | 3/15/2021 5:27:09 PM(UTC-4) | From: +16464215555 (owner) To: +13479895039 Kaitlyn Bro To: +13479895039 Kaitlyn Bro | 142 Bleecker Street, NY, 10012 Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3AD0B (Table: message, chat, handle; Size: 137584640 bytes) | |
| 91 | Instant Messages | Outgoing | | | 3/15/2021 5:27:11 PM(UTC-4) | From: +16464215555 (owner) To: +13479895039 Kaitlyn Bro To: +13479895039 Kaitlyn Bro | 200$ Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3A5AE (Table: message, chat, handle; Size: 137584640 bytes) | |
| 92 | Instant Messages | Incoming | | | 3/15/2021 5:28:29 PM(UTC-4) | From: +19174203002 Lil Mike To: +16464215555 (owner) To: +16464215555 (owner) | Coming up w sis Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3A353 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 93 | Instant Messages | Incoming | | | 3/15/2021 5:28:34 PM(UTC-4) | From: +19174203002 Lil Mike To: +16464215555 (owner) To: +16464215555 (owner) | I'm pass her a 8th Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3BF3F (Table: message, handle, chat; Size: 137584640 bytes) | |
| 94 | Instant Messages | Outgoing | | | 3/15/2021 5:28:42 PM(UTC-4) | From: +16464215555 (owner) To: +19174203002 Lil Mike To: +19174203002 Lil Mike | Cool Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3BCFD (Table: message, chat, handle; Size: 137584640 bytes) | |
| 95 | Instant Messages | Incoming | | | 3/15/2021 5:29:19 PM(UTC-4) | From: +19174203002 Lil Mike To: +16464215555 (owner) To: +16464215555 (owner) | Grab 1 from the bag Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3BAA0 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 96 | Instant Messages | Incoming | | | 3/15/2021 5:29:22 PM(UTC-4) | From: +19174203002 Lil Mike To: +16464215555 (owner) To: +16464215555 (owner) | Coming up Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3M856 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 97 | Instant Messages | Incoming | | | 3/15/2021 6:06:06 PM(UTC-4) | From: +13479895039 Kaitlyn Bro To: +16464215555 (owner) To: +16464215555 (owner) | Coming up Bleecker Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3B620 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 98 | Instant Messages | Outgoing | | | 3/15/2021 6:06:16 PM(UTC-4) | From: +16464215555 (owner) To: +13479895039 Kaitlyn Bro To: +13479895039 Kaitlyn Bro | Cool Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3B3D08 (Table: message, chat, handle; Size: 137584640 bytes) | |

| 99 | Instant Messages | Outgoing | | | 3/15/2021 6:06:30 PM(UTC-4) | From: +16464215555 (owner) To: +19177439333 Matt Rob Friend To: +19177439333 Matt Rob Friend | Hey come out Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3CF49 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 100 | Instant Messages | Incoming | | | 3/15/2021 6:07:31 PM(UTC-4) | From: +13479895039 Kaitlyn Bro To: +16464215555 (owner) To: +16464215555 (owner) | Here Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3CCDC (Table: message, handle, chat; Size: 137584640 bytes) | |
| 101 | Instant Messages | Outgoing | | | 3/15/2021 6:07:50 PM(UTC-4) | From: +16464215555 (owner) To: +13479895039 Kaitlyn Bro To: +13479895039 Kaitlyn Bro | Coming out Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3CAB2 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 102 | Instant Messages | Incoming | | | 3/15/2021 6:08:02 PM(UTC-4) | From: +19177439333 Matt Rob Friend To: +16464215555 (owner) To: +16464215555 (owner) | Coming. Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3C849 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 103 | Instant Messages | Incoming | | | 3/15/2021 6:46:16 PM(UTC-4) | From: +15858573967 Ivana Adams Friend To: +16464215555 (owner) To: +16464215555 (owner) | Ok have you reached out to the guy? Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3C617 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 104 | Instant Messages | Outgoing | | | 3/15/2021 8:07:27 PM(UTC-4) | From: +16464215555 (owner) To: +15512482481 Wills New # To: +15512482481 Wills New # | Hey after pay and cabs What's the total Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3CB7 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 105 | Instant Messages | Incoming | | | 3/15/2021 8:22:24 PM(UTC-4) | From: +15512482481 Wills New # To: +16464215555 (owner) To: +16464215555 (owner) | I gave it to u bro Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3DF3F (Table: message, handle, chat; Size: 137584640 bytes) | |
| 106 | Instant Messages | Outgoing | | | 3/15/2021 8:25:45 PM(UTC-4) | From: +16464215555 (owner) To: +15512482481 Wills New # To: +15512482481 Wills New # | 4820- cab & cut = 3949$ Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3DCFF (Table: message, chat, handle; Size: 137584640 bytes) | |
| 107 | Instant Messages | Outgoing | | | 3/15/2021 8:25:52 PM(UTC-4) | From: +16464215555 (owner) To: +15512482481 Wills New # To: +15512482481 Wills New # | Just want to be on the same page Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3DA88 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 108 | Instant Messages | Incoming | | | 3/15/2021 8:26:47 PM(UTC-4) | From: +15512482481 Wills New # To: +16464215555 (owner) To: +16464215555 (owner) | No Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MSsms.db : 0x5C3D7F5 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 109 | Instant Messages | Incoming | | | 3/15/2021 8:26:57 PM(UTC-4) | From: +15512482481 Wills New # To: +16464215555 (owner) To: +16464215555 (owner) | I got 3249 Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3D5CB (Table: message, handle, chat; Size: 137584640 bytes) | |
| 110 | Instant Messages | Outgoing | | | 3/15/2021 8:27:29 PM(UTC-4) | From: +16464215555 (owner) To: +15512482481 Wills New # To: +15512482481 Wills New # | You missed on 700 Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MSsms.db : 0x5C3D39D (Table: message, chat, handle; Size: 137584640 bytes) | |
| 111 | Instant Messages | Outgoing | | | 3/15/2021 8:28:11 PM(UTC-4) | From: +16464215555 (owner) To: +15512482481 Wills New # To: +15512482481 Wills New # | Times Square was 600$ Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3EF49 (Table: message, chat, handle; Size: 137584640 bytes) | |

| 112 | Instant Messages | Outgoing | | | 3/15/2021 8:53:08 PM(UTC-4) | From: +16464215555 (owner) To: +15512482481 Wills New # To: +15512482481 Wills New # | Hey 4920-600-271 = 4,049 Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3ECD4 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 113 | Instant Messages | Incoming | | | 3/15/2021 8:55:09 PM(UTC-4) | From: +15512482481 Wills New # To: +16464215555 (owner) To: +16464215555 (owner) | 3849 Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3E73B (Table: message, handle, chat; Size: 137584640 bytes) | |
| 114 | Instant Messages | Outgoing | | | 3/15/2021 8:56:20 PM(UTC-4) | From: +16464215555 (owner) To: +15512482481 Wills New # To: +15512482481 Wills New # | Bro what are you getting Wrong Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3E519 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 115 | Instant Messages | Incoming | | | 3/15/2021 10:16:43 PM(UTC-4) | From: +19174203002 Lil Mike To: +16464215555 (owner) To: +16464215555 (owner) | Coming back up Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3E288 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 116 | Instant Messages | Outgoing | | | 3/15/2021 10:16:54 PM(UTC-4) | From: +16464215555 (owner) To: +19174203002 Lil Mike To: +19174203002 Lil Mike | Cool Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3FF49 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 117 | Instant Messages | Outgoing | | | 3/16/2021 12:21:22 AM(UTC-4) | From: +16464215555 (owner) To: +15512482481 Wills New # To: +15512482481 Wills New # | 10 min Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3FCF6 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 118 | Instant Messages | Outgoing | | | 3/16/2021 12:21:24 AM(UTC-4) | From: +16464215555 (owner) To: +15512482481 Wills New # To: +15512482481 Wills New # | Away Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3FA9F (Table: message, chat, handle; Size: 137584640 bytes) | |
| 119 | Instant Messages | Outgoing | | | 3/16/2021 12:22:06 AM(UTC-4) | From: +16464215555 (owner) To: +15512482481 Wills New # To: +15512482481 Wills New # | Hey bro Confirming 4,49$ Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3F84C (Table: message, chat, handle; Size: 137584640 bytes) | |
| 120 | Instant Messages | Outgoing | | | 3/16/2021 12:37:39 AM(UTC-4) | From: +16464215555 (owner) To: +15512482481 Wills New # To: +15512482481 Wills New # | Yo Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3F5CF (Table: message, chat, handle; Size: 137584640 bytes) | |
| 121 | Instant Messages | Outgoing | | | 3/16/2021 12:37:44 AM(UTC-4) | From: +16464215555 (owner) To: +15512482481 Wills New # To: +15512482481 Wills New # | I'm here Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C3F380 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 122 | Instant Messages | Incoming | | | 3/16/2021 10:16:27 AM(UTC-4) | From: +19174203002 Lil Mike To: +16464215555 (owner) To: +16464215555 (owner) | Left all my bud and my earring Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C40F3F (Table: message, chat, handle; Size: 137584640 bytes) | |
| 123 | Instant Messages | Incoming | | | 3/16/2021 10:16:39 AM(UTC-4) | From: +19174203002 Lil Mike To: +16464215555 (owner) To: +16464215555 (owner) | Smh Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C40CDD (Table: message, chat, handle; Size: 137584640 bytes) | |
| 124 | Instant Messages | Incoming | | | 3/16/2021 10:16:47 AM(UTC-4) | From: +19174203002 Lil Mike To: +16464215555 (owner) To: +16464215555 (owner) | No more drinking son Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C40AB1 (Table: message, chat, handle; Size: 137584640 bytes) | |

| 125 | Instant Messages | Outgoing | | | 3/16/2021 10:17:24 AM(UTC-4) | From: +16464215555 (owner) To: +19174203002 Lil Mike To: +19174203002 Lil Mike | Where Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C4086D (Table: message, chat, handle; Size: 137584640 bytes) |
| 126 | Instant Messages | Incoming | | | 3/16/2021 10:17:39 AM(UTC-4) | From: +19174203002 Lil Mike To: +16464215555 (owner) To: +16464215555 (owner) | Ma Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C4060E (Table: message, handle, chat; Size: 137584640 bytes) |
| 127 | Instant Messages | Incoming | | | 3/16/2021 10:18:21 AM(UTC-4) | From: +19174203002 Lil Mike To: +16464215555 (owner) To: +16464215555 (owner) | I'm go later Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C403E6 (Table: message, handle, chat; Size: 137584640 bytes) |
| 128 | Instant Messages | Incoming | | | 3/16/2021 10:46:56 AM(UTC-4) | From: +19174203002 Lil Mike To: +16464215555 (owner) To: +16464215555 (owner) | About to ring Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C401A4 (Table: message, handle, chat; Size: 137584640 bytes) |
| 129 | Instant Messages | Outgoing | | | 3/16/2021 11:18:04 AM(UTC-4) | From: +16464215555 (owner) To: +13479895039 Kaitlyn Bro To: +13479895039 Kaitlyn Bro | Hey bro wen you have a chance pay this bill 646-421-5555 Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C41F41 (Table: message, chat, handle; Size: 137584640 bytes) |
| 130 | Instant Messages | Incoming | | | 3/16/2021 11:18:30 AM(UTC-4) | From: +13479895039 Kaitlyn Bro To: +16464215555 (owner) To: +16464215555 (owner) | Ight Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C41971 (Table: message, handle, chat; Size: 137584640 bytes) |
| 131 | Instant Messages | Incoming | | | 3/16/2021 11:18:41 AM(UTC-4) | From: +13479895039 Kaitlyn Bro To: +16464215555 (owner) To: +16464215555 (owner) | T-Mobile? Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C41745 (Table: message, handle, chat; Size: 137584640 bytes) |
| 132 | Instant Messages | Outgoing | | | 3/16/2021 11:18:44 AM(UTC-4) | From: +16464215555 (owner) To: +13479895039 Kaitlyn Bro To: +13479895039 Kaitlyn Bro | Yes sir Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C41511 (Table: message, chat, handle; Size: 137584640 bytes) |
| 133 | Instant Messages | Outgoing | 1 | | 3/16/2021 11:19:12 AM(UTC-4) | From: +16464215555 (owner) To: +13479895039 Kaitlyn Bro To: +13479895039 Kaitlyn Bro | _Library_SMS_Attac hments_33_03_D87C C4F8-B53D-43D8-9464-4230B57255BC_tmp. gif Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C412B0 (Table: message, chat, attachment, handle; Size: 137584640 bytes) File system Extraction.zip/root/private/var/mobile/Library/S MS/Attachments/33/03/D87CC4F8-B53D-43D8-9464-4230B57255BC/tmp.gif :  (Size: 1564076 bytes) |
| 134 | Instant Messages | Incoming | | | 3/16/2021 12:09:04 PM(UTC-4) | From: +19174203002 Lil Mike To: +16464215555 (owner) To: +16464215555 (owner) | Ty Brody Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C42F3F (Table: message, handle, chat; Size: 137584640 bytes) |
| 135 | Instant Messages | Incoming | | | 3/16/2021 12:09:09 PM(UTC-4) | From: +19174203002 Lil Mike To: +16464215555 (owner) To: +16464215555 (owner) | Got it earlie e Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C42D09 (Table: message, handle, chat; Size: 137584640 bytes) |
| 136 | Instant Messages | Incoming | | | 3/16/2021 12:09:21 PM(UTC-4) | From: +19174203002 Lil Mike To: +16464215555 (owner) To: +16464215555 (owner) | I'm with ksav rn Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C42AC7 (Table: message, handle, chat; Size: 137584640 bytes) |

| 137 | Instant Messages | Incoming | | | 3/16/2021 12:09:31 PM(UTC-4) | **From:** +19174203002 Lil Mike **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Wassup bro work w him **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C4287F (Table: message, handle, chat; Size: 137584640 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 138 | Instant Messages | Incoming | | | 3/16/2021 12:09:35 PM(UTC-4) | **From:** +19174203002 Lil Mike **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Telling you **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C42631 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 139 | Instant Messages | Incoming | | | 3/16/2021 12:10:43 PM(UTC-4) | **From:** +19174203002 Lil Mike **To:** +16464215555 (owner) **To:** +16464215555 (owner) | I'll go half with you **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C423F5 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 140 | Instant Messages | Incoming | | | 3/16/2021 12:11:11 PM(UTC-4) | **From:** +19174203002 Lil Mike **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Let's put him in the Stu and get him someone to shoot the video **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C43F3F (Table: message, handle, chat; Size: 137584640 bytes) | |
| 141 | Instant Messages | Outgoing | | | 3/16/2021 12:28:27 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19177439333 Matt Rob Friend **To:** +19177439333 Matt Rob Friend | Good afternoon brother just want to confirm Was the bag double and sealed **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C43CA2 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 142 | Instant Messages | Incoming | | | 3/16/2021 12:37:31 PM(UTC-4) | **From:** +15712420614 John Chris Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Any luck on the addies **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C439BC (Table: message, handle, chat; Size: 137584640 bytes) | |
| 143 | Call Log | Incoming | | | 3/16/2021 12:54:55 PM(UTC-4) | **From:** 16463395724@s.whatsapp.net FEFE MARINE **To:** 16464215555@s.whatsapp.net | 00:00:00 **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/calls.log : 0x2A08 (Size: 40206 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0xD927 (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x403A36 (Table: ZWAPROFILEPUSHNAME; Size: 32362496 bytes) | |
| 144 | Instant Messages | Incoming | | | 3/16/2021 12:54:55 PM(UTC-4) | **From:** System Message System Message **Participants:** 16464215555@s.whatsapp.net (owner), 16463395724@s.whatsapp.net FEFE MARINE | Missed Video call **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x1713271 (Table: ZWAMESSAGE; Size: 32362496 bytes) | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 145 | Call Log | Outgoing | | | 3/16/2021 1:04:28 PM(UTC-4) | **From:** 16464215555@s.whats app.net **To:** 16463395724@s.whats app.net FEFE MARINE | 00:00:09 **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/calls.log : 0x2980 (Size: 40206 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.n et.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0xD927 (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x403A36 (Table: ZWAPROFILEPUSHNAME; Size: 32362496 bytes) | |
| 146 | Call Log | Outgoing | | | 3/16/2021 1:04:46 PM(UTC-4) | **From:** 16464215555@s.whats app.net **To:** 16463395724@s.whats app.net FEFE MARINE | 00:00:16 **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/calls.log : 0x28EB (Size: 40206 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.n et.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0xD927 (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x403A36 (Table: ZWAPROFILEPUSHNAME; Size: 32362496 bytes) | |
| 147 | Call Log | Incoming | | | 3/16/2021 1:05:16 PM(UTC-4) | **From:** 16463395724@s.whats app.net FEFE MARINE **To:** 16464215555@s.whats app.net | 00:00:07 **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/calls.log : 0x2858 (Size: 40206 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.n et.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0xD927 (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x403A36 (Table: ZWAPROFILEPUSHNAME; Size: 32362496 bytes) | |
| 148 | Log Entries | | | | 3/16/2021 1:05:39 PM(UTC-4) | | Facetime audio: Apple authentication process has been performed for the following apple-ids: +16463395724 **Source:** Identity Lookup Service **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/P references/com.apple.identityservices.idstatus cache.plist : 0x76E8 (Size: 113451 bytes) | |
| 149 | Instant Messages | Outgoing | | | 3/16/2021 1:07:21 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +15712420614 John Chris Friend **To:** +15712420614 John Chris Friend | Hey bro I'm waiting on them .. sorry **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C43774 (Table: message, chat, handle; Size: 137584640 bytes) | |

F35

| 150 | Instant Messages | Incoming | | | 3/16/2021 1:21:10 PM(UTC-4) | **From:** +19177439333 Matt Rob Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Pretty sure it was. **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C434D3 (Table: message, handle, chat; Size: 137584640 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 151 | Instant Messages | Outgoing | | | 3/16/2021 2:30:50 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19177439333 Matt Rob Friend **To:** +19177439333 Matt Rob Friend | Thank you brother how was this batch **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C43293 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 152 | Instant Messages | Incoming | | | 3/16/2021 2:32:41 PM(UTC-4) | **From:** +19177439333 Matt Rob Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Pretty good. **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C44F3F (Table: message, handle, chat; Size: 137584640 bytes) | |
| 153 | Instant Messages | Incoming | | | 3/16/2021 2:47:04 PM(UTC-4) | **From:** +16463522492 Ross **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Yo **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C44D03 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 154 | Instant Messages | Outgoing | | | 3/16/2021 2:49:30 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +16463522492 Ross **To:** +16463522492 Ross | Hey what's up my brother **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C44AEB (Table: message, chat, handle; Size: 137584640 bytes) | |
| 155 | Instant Messages | Incoming | | | 3/16/2021 2:54:32 PM(UTC-4) | **From:** +16463522492 Ross **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Free Msg: Unable to send message - Message Blocking is active. **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C448A6 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 156 | Instant Messages | Outgoing | | | 3/16/2021 2:54:51 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +16463522492 Ross **To:** +16463522492 Ross | Yo **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C445EB (Table: message, chat, handle; Size: 137584640 bytes) | |
| 157 | Instant Messages | Incoming | | | 3/16/2021 2:55:17 PM(UTC-4) | **From:** +16463522492 Ross **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Free Msg: Unable to send message - Message Blocking is active. **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C443D6 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 158 | Instant Messages | Outgoing | | | 3/16/2021 2:56:15 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +13479895039 Kaitlyn Bro **To:** +13479895039 Kaitlyn Bro | Hey we have a Client But we have to get the phone bill pay I'm not able to text him back because he's going green **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C45F41 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 159 | Instant Messages | Incoming | | | 3/16/2021 2:57:36 PM(UTC-4) | **From:** +13479895039 Kaitlyn Bro **To:** +16464215555 (owner) **To:** +16464215555 (owner) | I'm heading to T-Mobile in a few **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C45BF3 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 160 | Instant Messages | Outgoing | | | 3/16/2021 2:57:46 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +13479895039 Kaitlyn Bro **To:** +13479895039 Kaitlyn Bro | Cool **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C459BB (Table: message, chat, handle; Size: 137584640 bytes) | |
| 161 | Instant Messages | Outgoing | | | 3/16/2021 3:14:28 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19174203002 Lil Mike **To:** +19174203002 Lil Mike | Phone died **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C45739 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 162 | Instant Messages | Incoming | | | 3/16/2021 3:19:30 PM(UTC-4) | **From:** +19174203002 Lil Mike **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Free Msg: Unable to send message - Message Blocking is active. **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C45502 (Table: message, chat, handle; Size: 137584640 bytes) | |

| 163 | Instant Messages | Incoming | | | 3/16/2021 3:56:27 PM(UTC-4) | From: +13479895039 Kaitlyn Bro To: +16464215555 (owner) To: +16464215555 (owner) | It's paid Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C45235 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 164 | Instant Messages | Outgoing | | | 3/16/2021 3:56:54 PM(UTC-4) | From: +16464215555 (owner) To: +16463522492 Ross To: +16463522492 Ross | Yo Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C46F84 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 165 | Instant Messages | Outgoing | | | 3/16/2021 3:57:02 PM(UTC-4) | From: +16464215555 (owner) To: +16463522492 Ross To: +16463522492 Ross | Was up bro Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C46D77 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 166 | Instant Messages | Incoming | | | 3/16/2021 4:03:38 PM(UTC-4) | From: +16463522492 Ross To: +16464215555 (owner) To: +16464215555 (owner) | Yo Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C46B13 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 167 | Instant Messages | Incoming | | | 3/16/2021 4:15:06 PM(UTC-4) | From: +16463522492 Ross To: +16464215555 (owner) To: +16464215555 (owner) | 303 Lexington Ave Manhattan Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C468E9 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 168 | Instant Messages | Outgoing | | | 3/16/2021 4:15:33 PM(UTC-4) | From: +16464215555 (owner) To: +16463522492 Ross To: +16463522492 Ross | Cool How many invites can Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C46290 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 169 | Instant Messages | Incoming | | | 3/16/2021 4:15:41 PM(UTC-4) | From: +16463522492 Ross To: +16464215555 (owner) To: +16464215555 (owner) | 3 Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C47F3F (Table: message, chat, handle; Size: 137584640 bytes) | |
| 170 | Instant Messages | Incoming | | | 3/16/2021 4:16:27 PM(UTC-4) | From: +16463522492 Ross To: +16464215555 (owner) To: +16464215555 (owner) | What time? Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C47D19 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 171 | Instant Messages | Incoming | | | 3/16/2021 4:24:07 PM(UTC-4) | From: +16463522492 Ross To: +16464215555 (owner) To: +16464215555 (owner) | ? Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C47AE1 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 172 | Instant Messages | Outgoing | | | 3/16/2021 4:26:37 PM(UTC-4) | From: +16464215555 (owner) To: +16463522492 Ross To: +16463522492 Ross | 30min Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C478C5 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 173 | Instant Messages | Incoming | | | 3/16/2021 4:28:09 PM(UTC-4) | From: +16463522492 Ross To: +16464215555 (owner) To: +16464215555 (owner) | Ok Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C47668 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 174 | Instant Messages | Outgoing | | | 3/16/2021 4:32:18 PM(UTC-4) | From: +16464215555 (owner) To: +13479895039 Kaitlyn Bro To: +13479895039 Kaitlyn Bro | 303 Lexington Ave Manhattan Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C48F49 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 175 | Instant Messages | Outgoing | | | 3/16/2021 4:32:21 PM(UTC-4) | From: +16464215555 (owner) To: +13479895039 Kaitlyn Bro To: +13479895039 Kaitlyn Bro | 300$ Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C488D8 (Table: message, chat, handle; Size: 137584640 bytes) | |

| 176 | Instant Messages | Incoming | | | 3/16/2021 4:46:31 PM(UTC-4) | From: +13479895039 Kaitlyn Bro To: +16464215555 (owner) To: +16464215555 (owner) | Here Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C4867D (Table: message, chat; Size: 137584640 bytes) | |
| 177 | Instant Messages | Incoming | | | 3/16/2021 4:47:07 PM(UTC-4) | From: +13479895039 Kaitlyn Bro To: +16464215555 (owner) To: +16464215555 (owner) | Yo Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C48451 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 178 | Instant Messages | Outgoing | | | 3/16/2021 4:51:04 PM(UTC-4) | From: +16464215555 (owner) To: +13479895039 Kaitlyn Bro To: +13479895039 Kaitlyn Bro | Coming out Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C4822B (Table: message, chat, handle; Size: 137584640 bytes) | |
| 179 | Instant Messages | Outgoing | | | 3/16/2021 4:51:57 PM(UTC-4) | From: +16464215555 (owner) To: +16463522492 Ross To: +16463522492 Ross | Come out Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C49F49 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 180 | Instant Messages | Outgoing | | | 3/16/2021 4:52:02 PM(UTC-4) | From: +16464215555 (owner) To: +16463522492 Ross To: +16463522492 Ross | He's there Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C49CEE (Table: message, chat, handle; Size: 137584640 bytes) | |
| 181 | Instant Messages | Incoming | | | 3/16/2021 4:57:26 PM(UTC-4) | From: +13479895039 Kaitlyn Bro To: +16464215555 (owner) To: +16464215555 (owner) | What's taking him so long? Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C49A81 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 182 | Instant Messages | Outgoing | | | 3/16/2021 4:57:37 PM(UTC-4) | From: +16464215555 (owner) To: +13479895039 Kaitlyn Bro To: +13479895039 Kaitlyn Bro | Calling him Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C49827 (Table: message, chat; Size: 137584640 bytes) | |
| 183 | Instant Messages | Incoming | | | 3/16/2021 5:00:06 PM(UTC-4) | From: +13479895039 Kaitlyn Bro To: +16464215555 (owner) To: +16464215555 (owner) | ?? Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C495BC (Table: message, chat; Size: 137584640 bytes) | |
| 184 | Instant Messages | Outgoing | | | 3/16/2021 5:00:08 PM(UTC-4) | From: +16464215555 (owner) To: +16463522492 Ross To: +16463522492 Ross | Yooo Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C4939E (Table: message, chat, handle; Size: 137584640 bytes) | |
| 185 | Instant Messages | Outgoing | | | 3/16/2021 5:00:23 PM(UTC-4) | From: +16464215555 (owner) To: +13479895039 Kaitlyn Bro To: +13479895039 Kaitlyn Bro | Brb Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C4AF41 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 186 | Instant Messages | Incoming | | | 3/16/2021 5:02:43 PM(UTC-4) | From: +13479895039 Kaitlyn Bro To: +16464215555 (owner) To: +16464215555 (owner) | Bruh it's cold what's going on Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C4ACE8 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 187 | Instant Messages | Incoming | | | 3/16/2021 5:04:40 PM(UTC-4) | From: +16463522492 Ross To: +16464215555 (owner) To: +16464215555 (owner) | Yo Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C4A626 (Table: message, chat; Size: 137584640 bytes) | |
| 188 | Instant Messages | Incoming | | | 3/16/2021 5:07:36 PM(UTC-4) | From: +16463522492 Ross To: +16464215555 (owner) To: +16464215555 (owner) | Yooo Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C4A3FC (Table: message, chat; Size: 137584640 bytes) | |

F38

| 189 | Instant Messages | Incoming | | | 3/16/2021 5:08:55 PM(UTC-4) | From: +16463522492 Ross To: +16464215555 (owner) To: +16464215555 (owner) | I'm calling u bro Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C4A1CE (Table: message, handle, chat; Size: 137584640 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 190 | Instant Messages | Incoming | | | 3/16/2021 5:09:26 PM(UTC-4) | From: +19174203002 Lil Mike To: +16464215555 (owner) To: +16464215555 (owner) | Yeah lol Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C4BF3F (Table: message, handle, chat; Size: 137584640 bytes) | |
| 191 | Instant Messages | Incoming | | | 3/16/2021 5:11:33 PM(UTC-4) | From: +16463522492 Ross To: +16464215555 (owner) To: +16464215555 (owner) | Yo I'm here Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C4BD0B (Table: message, handle, chat; Size: 137584640 bytes) | |
| 192 | Instant Messages | | | | 3/16/2021 5:12:23 PM(UTC-4) | | Source: Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/Recents/Recents : 0x2265B (Size: 622592 bytes) | |
| 193 | Instant Messages | Incoming | | | 3/16/2021 5:12:23 PM(UTC-4) | From: +19174511611 To: +16464215555 (owner) To: +16464215555 (owner) | Took 1106 Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C4A886 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 194 | Instant Messages | Outgoing | | | 3/16/2021 5:12:23 PM(UTC-4) | From: +16464215555 (owner) To: +16463522492 Ross To: +16463522492 Ross | Hey apt Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C4AA88 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 195 | Instant Messages | Incoming | | | 3/16/2021 5:12:28 PM(UTC-4) | From: +19174511611 To: +16464215555 (owner) To: +16464215555 (owner) | Room 1106 Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C4BB08 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 196 | Instant Messages | | | | 3/16/2021 5:12:28 PM(UTC-4) | From: +19174511611 | Source: Recents Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/Recents/Recents : 0x2264D (Size: 622592 bytes) | |
| 197 | Instant Messages | Outgoing | | | 3/16/2021 5:12:48 PM(UTC-4) | From: +16464215555 (owner) To: +13479895039 Kaitlyn Bro To: +13479895039 Kaitlyn Bro | Room 1106 Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C4B8AA (Table: message, chat, handle; Size: 137584640 bytes) | |
| 198 | Instant Messages | Incoming | | | 3/16/2021 5:14:04 PM(UTC-4) | From: +16463522492 Ross To: +16464215555 (owner) To: +16464215555 (owner) | Room 1106 Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C4B645 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 199 | Locations | | | Yes | 3/16/2021 6:38:50 PM(UTC-4) | | (40.853500, -73.930100, 84.398) Location Info: (40.853500, -73.930100) Source: Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/Attachments/6b/11/840AC140-F9C3-4456-8CF0-529553547062/IMG_4513.mov : 0x1796C4 (Size: 1545948 bytes) | |
| 200 | Instant Messages | Incoming | | | 3/16/2021 7:41:01 PM(UTC-4) | From: 12012480610@s.whatsapp.net Evan A Mara Friend Participants: 12012480610@s.whatsapp.net Evan A Mara Friend , 16464215555@s.whatsapp.net (owner) | Ever get them blue back? Source: WhatsApp Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x17132F7 (Table: ZWAMESSAGE; Size: 32362496 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0x3C8DE (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) | |

| 201 | Instant Messages | Outgoing | | | 3/16/2021 7:42:02 PM(UTC-4) | **From:** 16464215555@s.whats app.net (owner) **To:** 12012480610@s.whats app.net Evan A Mara Friend **To:** 12012480610@s.whats app.net Evan A Mara Friend | Na bro only Bananas **Source:** WhatsApp **Source Extraction:** File System **Source file:** File System Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x17130B7 (Table: ZWAMESSAGE; Size: 32362496 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.n et.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0x3C8DE (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) | |
| 202 | Instant Messages | Incoming | | | 3/16/2021 7:42:18 PM(UTC-4) | **From:** 12012480610@s.whats app.net Evan A Mara Friend **Participants:** 12012480610@s.whats app.net Evan A Mara Friend , 16464215555@s.whats app.net (owner) | Dammm **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x1717551 (Table: ZWAMESSAGE; Size: 32362496 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0x3C8DE (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) | |
| 203 | Instant Messages | Incoming | | | 3/16/2021 7:42:58 PM(UTC-4) | **From:** 12012480610@s.whats app.net Evan A Mara Friend **Participants:** 12012480610@s.whats app.net Evan A Mara Friend , 16464215555@s.whats app.net (owner) | Ya those things cant be. blown rite? and thats wasy too expensive for wat they sre? **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x1717490 (Table: ZWAMESSAGE; Size: 32362496 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0x3C8DE (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) | |
| 204 | Instant Messages | Incoming | | | 3/16/2021 8:48:15 PM(UTC-4) | **From:** +15712420614 John Chris Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | No problem could I get 2 invites **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C4B40F (Table: message, handle, chat; Size: 137584640 bytes) | |
| 205 | Instant Messages | | | | 3/16/2021 8:48:39 PM(UTC-4) | | **Source:** **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/R ecents/Recents : 0xE701 (Size: 622592 bytes) | |
| 206 | Instant Messages | | | | 3/16/2021 8:48:39 PM(UTC-4) | | **Source:** **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/R ecents/Recents : 0xE6F3 (Size: 622592 bytes) | |
| 207 | Instant Messages | Outgoing | | | 3/16/2021 8:48:39 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +15712420614 John Chris Friend **To:** +15712420614 John Chris Friend | Full address **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C4CF49 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 208 | Instant Messages | | | | 3/16/2021 8:49:38 PM(UTC-4) | | **Source:** **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/R ecents/Recents : 0xE6E5 (Size: 622592 bytes) | |
| 209 | Instant Messages | Incoming | | | 3/16/2021 8:49:38 PM(UTC-4) | **From:** +15712420614 John Chris Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | 10 Christopher st 1E **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C4CCDC (Table: message, handle, chat; Size: 137584640 bytes) | |
| 210 | Instant Messages | Outgoing | | | 3/16/2021 8:51:54 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +13479895039 Kaitlyn Bro **To:** +13479895039 Kaitlyn Bro | 10 Christopher st **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C4C68D (Table: message, handle, chat; Size: 137584640 bytes) | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 211 | Instant Messages | Outgoing | | | 3/16/2021 8:52:07 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +13479895039 Kaitlyn Bro **To:** +13479895039 Kaitlyn Bro | 200$ **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C4DF41 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 212 | Call Log | Incoming | | | 3/16/2021 9:18:39 PM(UTC-4) | **From:** 16463395724@s.whats app.net FEFE MARINE **To:** 16464215555@s.whats app.net | 00:00:00 **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/calls.log : 0x27C5 (Size: 40206 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.n et.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0xD927 (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x403A36 (Table: ZWAPROFILEPUSHNAME; Size: 32362496 bytes) | |
| 213 | Instant Messages | Incoming | | | 3/16/2021 9:18:39 PM(UTC-4) | **From:** System Message System Message **Participants:** 16464215555@s.whats app.net (owner), 16463395724@s.whats app.net FEFE MARINE | Missed Video call **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x1717407 (Table: ZWAMESSAGE; Size: 32362496 bytes) | |
| 214 | Instant Messages | Incoming | | | 3/16/2021 9:23:09 PM(UTC-4) | **From:** +13479895039 Kaitlyn Bro **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Here **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C4DCE6 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 215 | Instant Messages | Outgoing | | | 3/16/2021 9:23:23 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +13479895039 Kaitlyn Bro **To:** +13479895039 Kaitlyn Bro | Apt 1E **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C4DAC4 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 216 | Call Log | Outgoing | | | 3/16/2021 9:24:20 PM(UTC-4) | **From:** 16464215555@s.whats app.net **To:** 16463395724@s.whats app.net FEFE MARINE | 00:03:01 **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/calls.log : 0x2741 (Size: 40206 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.n et.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0xD927 (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x403A36 (Table: ZWAPROFILEPUSHNAME; Size: 32362496 bytes) | |
| 217 | Instant Messages | Incoming | | | 3/16/2021 9:43:57 PM(UTC-4) | **From:** +15858573967 Ivana Adams Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Hey what's taking this long? Originally I thought he was going to have them last Monday so I'm just not clear what the status is **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C4D865 (Table: message, handle, chat; Size: 137584640 bytes) | |

| 218 | Instant Messages | Incoming | | | 3/16/2021 9:46:44 PM(UTC-4) | From: +15082590658 Vanessa Rebecca's Friend To: +16464215555 (owner) To: +16464215555 (owner) | Hey sorry I didn't get back to you lady week **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C4EF3F (Table: message, handle, chat; Size: 137584640 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 219 | Instant Messages | Incoming | | | 3/16/2021 9:46:54 PM(UTC-4) | From: +15082590658 Vanessa Rebecca's Friend To: +16464215555 (owner) To: +16464215555 (owner) | Are you able to make a delivery tonight **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C4ECBD (Table: message, handle, chat; Size: 137584640 bytes) | |
| 220 | Instant Messages | Outgoing | | | 3/16/2021 9:47:09 PM(UTC-4) | From: +16464215555 (owner) To: +15082590658 Vanessa Rebecca's Friend To: +15082590658 Vanessa Rebecca's Friend | Hey no worries all good **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C4E738 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 221 | Instant Messages | Outgoing | | | 3/16/2021 9:47:11 PM(UTC-4) | From: +16464215555 (owner) To: +15082590658 Vanessa Rebecca's Friend To: +15082590658 Vanessa Rebecca's Friend | Yes **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C4E4BF (Table: message, chat, handle; Size: 137584640 bytes) | |
| 222 | Instant Messages | Outgoing | | | 3/16/2021 9:47:14 PM(UTC-4) | From: +16464215555 (owner) To: +15082590658 Vanessa Rebecca's Friend To: +15082590658 Vanessa Rebecca's Friend | Full address **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C4E26E (Table: message, chat, handle; Size: 137584640 bytes) | |
| 223 | Instant Messages | Incoming | | | 3/16/2021 9:47:16 PM(UTC-4) | From: +15082590658 Vanessa Rebecca's Friend To: +16464215555 (owner) To: +16464215555 (owner) | 389 8th ave **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C4FF3F (Table: message, handle, chat; Size: 137584640 bytes) | |
| 224 | Instant Messages | Outgoing | | | 3/16/2021 9:47:23 PM(UTC-4) | From: +16464215555 (owner) To: +15082590658 Vanessa Rebecca's Friend To: +15082590658 Vanessa Rebecca's Friend | How many invites **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C4F929 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 225 | Instant Messages | Incoming | | | 3/16/2021 9:47:31 PM(UTC-4) | From: +15082590658 Vanessa Rebecca's Friend To: +16464215555 (owner) To: +16464215555 (owner) | 2 **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C4F6B4 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 226 | Instant Messages | Outgoing | | | 3/16/2021 9:47:51 PM(UTC-4) | From: +16464215555 (owner) To: +13479895039 Kaitlyn Bro To: +13479895039 Kaitlyn Bro | 389 8th ave 200$ **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C50F41 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 227 | Instant Messages | Incoming | | | 3/16/2021 9:48:00 PM(UTC-4) | From: +15082590658 Vanessa Rebecca's Friend To: +16464215555 (owner) To: +16464215555 (owner) | Same as what we usually get **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C5092A (Table: message, handle, chat; Size: 137584640 bytes) | |
| 228 | Instant Messages | Outgoing | | | 3/16/2021 9:48:15 PM(UTC-4) | From: +16464215555 (owner) To: +15082590658 Vanessa Rebecca's Friend To: +15082590658 Vanessa Rebecca's Friend | Cool **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C506D8 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 229 | Instant Messages | Incoming | | | 3/16/2021 9:48:31 PM(UTC-4) | From: +15082590658 Vanessa Rebecca's Friend To: +16464215555 (owner) To: +16464215555 (owner) | Text me when close **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C5047B (Table: message, handle, chat; Size: 137584640 bytes) | |
| 230 | Instant Messages | Outgoing | | | 3/16/2021 9:48:42 PM(UTC-4) | From: +16464215555 (owner) To: +15082590658 Vanessa Rebecca's Friend To: +15082590658 Vanessa Rebecca's Friend | Cool **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C5023D (Table: message, chat, handle; Size: 137584640 bytes) | |

| 231 | Instant Messages | Incoming | | | 3/16/2021 10:21:25 PM(UTC-4) | **From:** +13479895039 Kaitlyn Bro **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Here **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C51F3F (Table: message, handle, chat; Size: 137584640 bytes) | |
| 232 | Instant Messages | Outgoing | | | 3/16/2021 10:21:39 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +13479895039 Kaitlyn Bro **To:** +13479895039 Kaitlyn Bro | Cool **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C51D15 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 233 | Instant Messages | Outgoing | | | 3/16/2021 10:21:49 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +15082590658 Vanessa Rebecca's Friend **To:** +15082590658 Vanessa Rebecca's Friend | Hey come out he's there **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C51AC2 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 234 | Instant Messages | Outgoing | | | 3/16/2021 10:21:53 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +15082590658 Vanessa Rebecca's Friend **To:** +15082590658 Vanessa Rebecca's Friend | Black kid **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C51845 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 235 | Instant Messages | Incoming | | | 3/16/2021 10:22:53 PM(UTC-4) | **From:** +15082590658 Vanessa Rebecca's Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | He's coming out **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C515DE (Table: message, handle, chat; Size: 137584640 bytes) | |
| 236 | Instant Messages | Outgoing | | | 3/16/2021 10:23:05 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +15082590658 Vanessa Rebecca's Friend **To:** +15082590658 Vanessa Rebecca's Friend | Cool **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C513A0 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 237 | Instant Messages | Outgoing | | | 3/17/2021 10:07:25 AM(UTC-4) | **From:** 16464215555@s.whats app.net  (owner) **To:** 16462465917@s.whats app.net Simba Bud **To:** 16462465917@s.whats app.net Simba Bud | I  you big boss .. you butter had fuck everything walking out there **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x1717F76 (Table: ZWAMESSAGE; Size: 32362496 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0x45951 (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) | |
| 238 | Instant Messages | Incoming | | | 3/17/2021 10:52:59 AM(UTC-4) | **From:** 16462465917@s.whats app.net Simba Bud **Participants:** 16464215555@s.whats app.net (owner), 16462465917@s.whats app.net Simba Bud | Ask ozzie how we gave it up.... **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x1717ED8 (Table: ZWAMESSAGE; Size: 32362496 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0x45951 (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) | |
| 239 | Instant Messages | Incoming | | | 3/17/2021 11:21:23 AM(UTC-4) | **From:** +19145897713 John Rizzo Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Hey bro how's it going? You good to come to queens today? **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C52FC0 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 240 | Instant Messages | Outgoing | | | 3/17/2021 11:22:38 AM(UTC-4) | **From:** +16464215555 (owner) **To:** +19145897713 John Rizzo Friend **To:** +19145897713 John Rizzo Friend | Hey was up bro yea **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C52AA0 (Table: message, handle, chat; Size: 137584640 bytes) | |

| 241 | Instant Messages | Incoming | | | 3/17/2021 11:23:01 AM(UTC-4) | **From:** +19145897713 John Rizzo Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Word nice **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C528AE (Table: message, handle, chat; Size: 137584640 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 242 | Instant Messages | Outgoing | | | 3/17/2021 11:23:15 AM(UTC-4) | **From:** +16464215555 (owner) **To:** +19145897713 John Rizzo Friend **To:** +19145897713 John Rizzo Friend | Tell me everything you need **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C526DA (Table: message, chat, handle; Size: 137584640 bytes) | |
| 243 | Instant Messages | Incoming | | | 3/17/2021 11:23:41 AM(UTC-4) | **From:** +19145897713 John Rizzo Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | I wanna get an of c and 6 e. Is that doable? **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C524D6 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 244 | Instant Messages | Outgoing | | | 3/17/2021 11:29:50 AM(UTC-4) | **From:** +16464215555 (owner) **To:** +19145897713 John Rizzo Friend **To:** +19145897713 John Rizzo Friend | Na thats 440$ bro **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C522B2 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 245 | Instant Messages | Incoming | | | 3/17/2021 11:30:20 AM(UTC-4) | **From:** +19145897713 John Rizzo Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Yea I can do that **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C53FC0 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 246 | Instant Messages | Outgoing | | | 3/17/2021 11:31:12 AM(UTC-4) | **From:** +16464215555 (owner) **To:** +19145897713 John Rizzo Friend **To:** +19145897713 John Rizzo Friend | Nice bro send me your full address and what's a good time for you **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C53DDA (Table: message, chat, handle; Size: 137584640 bytes) | |
| 247 | Instant Messages | Incoming | | | 3/17/2021 11:31:45 AM(UTC-4) | **From:** +19145897713 John Rizzo Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | 25-40 Shore Blvd Astoria ny 11102 **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C53B89 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 248 | Instant Messages | Incoming | | | 3/17/2021 11:32:56 AM(UTC-4) | **From:** +19145897713 John Rizzo Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | So it's my building tho it's near the park so if u can just call when ur next to the park I'll walk out so we don't gotta meet right in front of the building **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C53452 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 249 | Instant Messages | Incoming | | | 3/17/2021 11:33:31 AM(UTC-4) | **From:** +19145897713 John Rizzo Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Also whenever Imma head to the bank right now to get some $ and shit I'll be back home in like 30 so anytime after that I'll be home **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C54FC0 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 250 | Instant Messages | Incoming | | | 3/17/2021 11:33:40 AM(UTC-4) | **From:** +19145897713 John Rizzo Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Just gotta be before 5 cause I got work **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C54CE5 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 251 | Instant Messages | Outgoing | | | 3/17/2021 11:34:10 AM(UTC-4) | **From:** +16464215555 (owner) **To:** +19145897713 John Rizzo Friend **To:** +19145897713 John Rizzo Friend | Ok cool I'll say 3pm bc my guy comes in at 2pm **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C54AD5 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 252 | Instant Messages | Incoming | | | 3/17/2021 11:34:46 AM(UTC-4) | **From:** +19145897713 John Rizzo Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Okay cool **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C54213 (Table: message, handle, chat; Size: 137584640 bytes) | |

| 253 | Instant Messages | Outgoing | | | 3/17/2021 11:36:37 AM(UTC-4) | From: +16464215555 (owner) To: +15512482481 Wills New # To: +15512482481 Wills New # | 25-40 Shore Blvd Astoria ny 11102 3will 6es 440$ I told him 3 PM but he said he's ready whenever<br><br>You have to take the train There and back<br>Source: Native Messages<br>Source Extraction: File System<br>Source file: File system Extraction.zip/root/private/var/mobile/Library/S chat, handle; Size: 137584640 bytes) |
|---|---|---|---|---|---|---|---|
| 254 | Instant Messages | Incoming | | | 3/17/2021 12:04:03 PM(UTC-4) | From: +12019252034 Sohil conor's friend (owner) To: +16464215555 (owner) | Hey brotha!<br>Source: Native Messages<br>Source Extraction: File System<br>Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C553C8 (Table: message, handle, chat; Size: 137584640 bytes) |
| 255 | Instant Messages | Incoming | | | 3/17/2021 12:04:08 PM(UTC-4) | From: +12019252034 Sohil conor's friend (owner) To: +16464215555 (owner) | Still in town?<br>Source: Native Messages<br>Source Extraction: File System<br>Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C551D3 (Table: message, handle, chat; Size: 137584640 bytes) |
| 256 | Instant Messages | Incoming | | | 3/17/2021 12:39:24 PM(UTC-4) | From: +15512482481 Wills New # (owner) To: +16464215555 (owner) | Nigga u know that's not even going happen so dub that<br>Source: Native Messages<br>Source Extraction: File System<br>Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C56F83 (Table: message, handle, chat; Size: 137584640 bytes) |
| 257 | Instant Messages | Incoming | | | 3/17/2021 12:39:47 PM(UTC-4) | From: +15512482481 Wills New # To: +16464215555 (owner) To: +16464215555 (owner) | Or tell him come to me<br>Source: Native Messages<br>Source Extraction: File System<br>Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C56D36 (Table: message, handle, chat; Size: 137584640 bytes) |
| 258 | Instant Messages | Outgoing | | | 3/17/2021 12:39:51 PM(UTC-4) | From: +16464215555 (owner) To: +15512482481 Wills New # To: +15512482481 Wills New # | No<br>Source: Native Messages<br>Source Extraction: File System<br>Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C56B33 (Table: message, chat, handle; Size: 137584640 bytes) |
| 259 | Instant Messages | Outgoing | | | 3/17/2021 12:39:57 PM(UTC-4) | From: +16464215555 (owner) To: +15512482481 Wills New # To: +15512482481 Wills New # | You have to take the train there<br>Source: Native Messages<br>Source Extraction: File System<br>Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C56929 (Table: message, handle, chat; Size: 137584640 bytes) |
| 260 | Instant Messages | Outgoing | | | 3/17/2021 12:40:01 PM(UTC-4) | From: +16464215555 (owner) To: +15512482481 Wills New # To: +15512482481 Wills New # | Or Drive<br>Source: Native Messages<br>Source Extraction: File System<br>Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C566E5 (Table: message, handle, chat; Size: 137584640 bytes) |
| 261 | Instant Messages | Incoming | | | 3/17/2021 12:40:05 PM(UTC-4) | From: +15512482481 Wills New # (owner) To: +16464215555 (owner) | No train to queens<br>Source: Native Messages<br>Source Extraction: File System<br>Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C564C7 (Table: message, handle, chat; Size: 137584640 bytes) |
| 262 | Instant Messages | Incoming | | | 3/17/2021 12:40:10 PM(UTC-4) | From: +15512482481 Wills New # (owner) To: +16464215555 (owner) | No<br>Source: Native Messages<br>Source Extraction: File System<br>Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C562C2 (Table: message, handle, chat; Size: 137584640 bytes) |
| 263 | Instant Messages | Outgoing | | | 3/17/2021 12:40:17 PM(UTC-4) | From: +16464215555 (owner) To: +15512482481 Wills New # To: +15512482481 Wills New # | It's 30min Driving an hour<br>Source: Native Messages<br>Source Extraction: File System<br>Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C57F8D (Table: message, chat, handle; Size: 137584640 bytes) |
| 264 | Instant Messages | Incoming | | | 3/17/2021 12:40:19 PM(UTC-4) | From: +15512482481 Wills New # To: +16464215555 (owner) To: +16464215555 (owner) | U tell him come to me or dub<br>Source: Native Messages<br>Source Extraction: File System<br>Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C57D47 (Table: message, handle, chat; Size: 137584640 bytes) |
| 265 | Instant Messages | Incoming | | | 3/17/2021 12:40:38 PM(UTC-4) | From: +15512482481 Wills New # To: +16464215555 (owner) To: +16464215555 (owner) | Or tell him pay the cab<br>Source: Native Messages<br>Source Extraction: File System<br>Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C57B2E (Table: message, handle, chat; Size: 137584640 bytes) |

| 266 | Instant Messages | Outgoing | | | 3/17/2021 12:40:40 PM(UTC-4) | From: +16464215555 (owner) To: +15512482481 Wills New # To: +15512482481 Wills New # | Then you giving me that 440 then Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C57929 (Table: message, chat, handle; Size: 137584640 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 267 | Instant Messages | Incoming | | | 3/17/2021 12:40:47 PM(UTC-4) | From: +15512482481 Wills New # To: +16464215555 (owner) To: +16464215555 (owner) | No Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C576D9 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 268 | Instant Messages | Incoming | | | 3/17/2021 12:40:53 PM(UTC-4) | From: +15512482481 Wills New # To: +16464215555 (owner) To: +16464215555 (owner) | No one told u take that Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C574F6 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 269 | Instant Messages | Incoming | | | 3/17/2021 12:40:59 PM(UTC-4) | From: +15512482481 Wills New # To: +16464215555 (owner) To: +16464215555 (owner) | Or send this little nigga Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C572E7 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 270 | Instant Messages | Outgoing | | | 3/17/2021 12:41:26 PM(UTC-4) | From: +16464215555 (owner) To: +12019252034 Sohil conor's friend To: +12019252034 Sohil conor's friend | Hey bro yeah Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C58F8D (Table: message, chat, handle; Size: 137584640 bytes) | |
| 271 | Instant Messages | Incoming | | | 3/17/2021 12:42:54 PM(UTC-4) | From: +12019252034 Sohil conor's friend To: +16464215555 (owner) To: +16464215555 (owner) | Awesome Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C58D65 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 272 | Instant Messages | Incoming | | | 3/17/2021 12:43:48 PM(UTC-4) | From: +12019252034 Sohil conor's friend To: +16464215555 (owner) To: +16464215555 (owner) | Got any molly? Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C58B76 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 273 | Instant Messages | Outgoing | | | 3/17/2021 12:44:02 PM(UTC-4) | From: +16464215555 (owner) To: +12019252034 Sohil conor's friend To: +12019252034 Sohil conor's friend | Yes sir Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C58985 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 274 | Instant Messages | Incoming | | | 3/17/2021 12:44:57 PM(UTC-4) | From: +12019252034 Sohil conor's friend To: +16464215555 (owner) To: +16464215555 (owner) | Fuck yea Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C58767 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 275 | Instant Messages | Incoming | | | 3/17/2021 12:45:03 PM(UTC-4) | From: +12019252034 Sohil conor's friend To: +16464215555 (owner) To: +16464215555 (owner) | How much $ Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C58576 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 276 | Log Entries | | | | 3/17/2021 12:46:03 PM(UTC-4) | | com.apple.protectedcloudstorage.protectedcloudkeysyncing: Wifi In:0 Wifi Out:0 Wan In:1260214 Wan Out:757928 Source: iPhoneNetworkDataUsage Source Extraction: File System Source file: File system Extraction.zip/root/private/var/wireless/Library/Databases/DataUsage.sqlite : 0x5CB6C (Table: ZLIVEUSAGE; Size: 438272 bytes) File system Extraction.zip/root/private/var/wireless/Library/Databases/DataUsage.sqlite-wal : 0x163574 (Table: ZPROCESS; Size: 1878752 bytes) | |
| 277 | Instant Messages | Incoming | | | 3/17/2021 12:51:08 PM(UTC-4) | From: +15512482481 Wills New # To: +16464215555 (owner) To: +16464215555 (owner) | See if this nigga wanna work I am not taking no train Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C59F83 (Table: message, handle, chat; Size: 137584640 bytes) | |

| 278 | Call Log | Incoming | | | 3/17/2021 12:57:41 PM(UTC-4) | **From:** 16463395724@s.whats app.net FEFE MARINE **To:** 16464215555@s.whats app.net | 00:00:00 **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/calls.log : 0x26AA (Size: 40206 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.n et.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0xD927 (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x403A36 (Table: ZWAPROFILEPUSHNAME; Size: 32362496 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 279 | Instant Messages | Incoming | | | 3/17/2021 12:57:41 PM(UTC-4) | **From:** System Message System Message **Participants:** 16464215555@s.whats app.net (owner), 16463395724@s.whats app.net FEFE MARINE | Missed Video call **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x1717E50 (Table: ZWAMESSAGE; Size: 32362496 bytes) | |
| 280 | Instant Messages | Outgoing | | | 3/17/2021 1:11:34 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +12019252034 Sohil conor's friend **To:** +12019252034 Sohil conor's friend | For m is 100 a G **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C5838D (Table: message, chat, handle; Size: 137584640 bytes) | |
| 281 | Call Log | Outgoing | | | 3/17/2021 1:11:35 PM(UTC-4) | **From:** 16464215555@s.whats app.net **To:** 16463395724@s.whats app.net FEFE MARINE | 00:00:37 **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/calls.log : 0x2626 (Size: 40206 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.n et.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0xD927 (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x403A36 (Table: ZWAPROFILEPUSHNAME; Size: 32362496 bytes) | |
| 282 | Instant Messages | Incoming | | | 3/17/2021 1:13:00 PM(UTC-4) | **From:** +15512482481 Wills New # **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Did u call him **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C59D3A (Table: message, handle, chat; Size: 137584640 bytes) | |
| 283 | Instant Messages | Outgoing | | | 3/17/2021 1:13:38 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +13479895039 Kaitlyn Bro **To:** +13479895039 Kaitlyn Bro | Hey buddy you wanna take over today **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C59B41 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 284 | Instant Messages | Incoming | | | 3/17/2021 1:15:34 PM(UTC-4) | **From:** +13479895039 Kaitlyn Bro **To:** +16464215555 (owner) **To:** +16464215555 (owner) | I can **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C595F6 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 285 | Instant Messages | Outgoing | | | 3/17/2021 1:15:52 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +13479895039 Kaitlyn Bro **To:** +13479895039 Kaitlyn Bro | Cool **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C59415 (Table: message, chat, handle; Size: 137584640 bytes) | |

| 286 | Instant Messages | Outgoing | | | 3/17/2021 1:17:05 PM(UTC-4) | From: +16464215555 (owner) To: +13479895039 Kaitlyn Bro To: +13479895039 Kaitlyn Bro | Hey you have m and es Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C591FF (Table: message, chat, handle; Size: 137584640 bytes) | |
|-----|------------------|----------|---|---|------------------------------|-------------------------------------------------------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---|
| 287 | Instant Messages | Incoming | | | 3/17/2021 1:17:30 PM(UTC-4) | From: +13479895039 Kaitlyn Bro To: +16464215555 (owner) To: +16464215555 (owner) | Neither Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5AF83 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 288 | Instant Messages | Incoming | | | 3/17/2021 1:23:56 PM(UTC-4) | From: +13479895039 Kaitlyn Bro To: +16464215555 (owner) To: +16464215555 (owner) | $490 yesterday Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5AD94 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 289 | Log Entries | | | | 3/17/2021 1:25:06 PM(UTC-4) | | Facetime audio: Apple authentication process has been performed for the following apple-ids: +13479895039 Source: Identity Lookup Service Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/Preferences/com.apple.identityservices.idstatuscache.plist : 0x70EE (Size: 113451 bytes) | |
| 290 | Instant Messages | Incoming | | | 3/17/2021 1:25:41 PM(UTC-4) | From: +13479895039 Kaitlyn Bro To: +16464215555 (owner) To: +16464215555 (owner) | On a call Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5A87E (Table: message, handle, chat; Size: 137584640 bytes) | |
| 291 | Instant Messages | Outgoing | | | 3/17/2021 1:25:50 PM(UTC-4) | From: +16464215555 (owner) To: +13479895039 Kaitlyn Bro To: +13479895039 Kaitlyn Bro | You need will Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5A697 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 292 | Instant Messages | Outgoing | | | 3/17/2021 1:33:09 PM(UTC-4) | From: +16464215555 (owner) To: +15512482481 Wills New # To: +15512482481 Wills New # | Smh Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5A477 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 293 | Instant Messages | Outgoing | | | 3/17/2021 1:33:30 PM(UTC-4) | From: +16464215555 (owner) To: +15512482481 Wills New # To: +15512482481 Wills New # | Take the Month Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5A26B (Table: message, chat, handle; Size: 137584640 bytes) | |
| 294 | Instant Messages | Incoming | | | 3/17/2021 1:34:00 PM(UTC-4) | From: +15512482481 Wills New # To: +16464215555 (owner) To: +16464215555 (owner) | Nigga that's a deep train ride idk y you would even set that up Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5BF83 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 295 | Call Log | Outgoing | | | 3/17/2021 1:34:08 PM(UTC-4) | From: 16464215555@s.whatsapp.net To: 16463395724@s.whatsapp.net FEFE MARINE | 00:01:11 Source: WhatsApp Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/calls.log : 0x258F (Size: 40206 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0xD927 (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x403A36 (Table: ZWAPROFILEPUSHNAME; Size: 32362496 bytes) | |

| 296 | Instant Messages | Incoming | | | 3/17/2021 1:34:54 PM(UTC-4) | From: +15512482481 Wills New # To: +16464215555 (owner) To: +16464215555 (owner) | But that's fine see you in a month **Source:** Native Messages **Source Extraction:** File System **Source file:** File System Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5BD21 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 297 | Log Entries | | | | 3/17/2021 1:37:09 PM(UTC-4) | | com.apple.datausage.siri: Wifi In:0 Wifi Out:0 Wan In:211482 Wan Out:80893 **Source:** iPhoneNetworkDataUsage **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/wireless/Library/Databases/DataUsage.sqlite : 0x5CB25 (Table: ZLIVEUSAGE; Size: 438272 bytes) File system Extraction.zip/root/private/var/wireless/Library/Databases/DataUsage.sqlite-wal : 0x1A27E2 (Table: ZPROCESS; Size: 1878752 bytes) | |
| 298 | Instant Messages | Outgoing | | | 3/17/2021 1:38:33 PM(UTC-4) | From: +16464215555 (owner) To: +15512482481 Wills New # To: +15512482481 Wills New # | yeah you right he moved the rid use to me 30mi car 1hr . **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5BB02 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 299 | Instant Messages | Outgoing | | | 3/17/2021 1:38:54 PM(UTC-4) | From: +16464215555 (owner) To: +15512482481 Wills New # To: +15512482481 Wills New # | See you in a Month  bitch **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5B88C (Table: message, chat, handle; Size: 137584640 bytes) | |
| 300 | Instant Messages | Outgoing | | | 3/17/2021 1:39:18 PM(UTC-4) | From: +16464215555 (owner) To: +19145897713 John Rizzo Friend To: +19145897713 John Rizzo Friend | Hey bro you moved further I see **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5B68F (Table: message, chat, handle; Size: 137584640 bytes) | |
| 301 | Instant Messages | Incoming | | | 3/17/2021 1:39:22 PM(UTC-4) | From: +15512482481 Wills New # To: +16464215555 (owner) To: +16464215555 (owner) | What **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5B446 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 302 | Instant Messages | Incoming | | | 3/17/2021 1:41:51 PM(UTC-4) | From: +19145897713 John Rizzo Friend To: +16464215555 (owner) To: +16464215555 (owner) | Yea **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5B29C (Table: message, handle, chat; Size: 137584640 bytes) | |
| 303 | Instant Messages | Incoming | | | 3/17/2021 1:42:13 PM(UTC-4) | From: +19145897713 John Rizzo Friend To: +16464215555 (owner) To: +16464215555 (owner) | Still in Astoria **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5CFC0 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 304 | Instant Messages | Incoming | | | 3/17/2021 1:42:36 PM(UTC-4) | From: +19145897713 John Rizzo Friend To: +16464215555 (owner) To: +16464215555 (owner) | Like a mile an half from where I was **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5CDD2 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 305 | Instant Messages | Incoming | 1 | | 3/17/2021 1:45:24 PM(UTC-4) | From: +15512482481 Wills New # To: +16464215555 (owner) To: +16464215555 (owner) | _Library_SMS_Attachments_6b_11_840AC140-F9C3-4456-8CF0-529553547062_IMG_4513.mov **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5CB81 (Table: message, handle, attachment, chat; Size: 137584640 bytes) File system Extraction.zip/root/private/var/mobile/Library/SMS/Attachments/6b/11/840AC140-F9C3-4456-8CF0-529553547062/IMG_4513.mov : (Size: 1545948 bytes) | |

| 306 | Call Log | Incoming | | | | 3/17/2021 1:56:41 PM(UTC-4) | **From:** 16463395724@s.whats app.net FEFE MARINE **To:** 16464215555@s.whats app.net | 00:00:00 **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/calls.log : 0x24F8 (Size: 40206 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.n et.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0xD927 (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x403A36 (Table: ZWAPROFILEPUSHNAME; Size: 32362496 bytes) | |
| 307 | Instant Messages | Incoming | | | | 3/17/2021 1:56:41 PM(UTC-4) | **From:** System Message System Message **Participants:** 16464215555@s.whats app.net  (owner), 16463395724@s.whats app.net FEFE MARINE | Missed Voice Call **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x1717DCB (Table: ZWAMESSAGE; Size: 32362496 bytes) | |
| 308 | Call Log | Outgoing | | | | 3/17/2021 1:57:06 PM(UTC-4) | **From:** 16464215555@s.whats app.net **To:** 16463395724@s.whats app.net FEFE MARINE | 00:00:32 **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/calls.log : 0x2474 (Size: 40206 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.n et.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0xD927 (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x403A36 (Table: ZWAPROFILEPUSHNAME; Size: 32362496 bytes) | |
| 309 | Instant Messages | Incoming | | | | 3/17/2021 2:02:29 PM(UTC-4) | **From:** +12039647043 Julia Miles Cousin **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Hey **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C5C951 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 310 | Instant Messages | Outgoing | | | | 3/17/2021 2:02:43 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +12039647043 Julia Miles Cousin **To:** +12039647043 Julia Miles Cousin | Hey was up **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C5C787 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 311 | Instant Messages | Incoming | | | | 3/17/2021 2:03:33 PM(UTC-4) | **From:** +12039647043 Julia Miles Cousin **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Can u come thru? Last time was 3 hrs late, not to be rude, so can u make sure accurate ETA today please **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C5C5A5 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 312 | Instant Messages | Outgoing | | | | 3/17/2021 2:04:33 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19174203002  Lil Mike **To:** +19174203002  Lil Mike | Money Mike call me **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C5DF8D (Table: message, chat, handle; Size: 137584640 bytes) | |

| 313 | Instant Messages | Outgoing | | | 3/17/2021 2:05:09 PM(UTC-4) | From: +16464215555 (owner) To: +12039647043 Julia Miles Cousin To: +12039647043 Julia Miles Cousin | My apologies I'll Send them right now if you want **Source:** Native Messages **Source Extraction:** File System Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5DDA0 (Table: message, chat, handle; Size: 137584640 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 314 | Instant Messages | Incoming | | | 3/17/2021 2:05:29 PM(UTC-4) | From: +12039647043 Julia Miles Cousin To: +16464215555 (owner) To: +16464215555 (owner) | That would be great thank you really appreciate it **Source:** Native Messages **Source Extraction:** File System Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5DB72 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 315 | Instant Messages | Incoming | | | 3/17/2021 2:06:58 PM(UTC-4) | From: +12039647043 Julia Miles Cousin To: +16464215555 (owner) To: +16464215555 (owner) | 185 Avenue B #6G **Source:** Native Messages **Source Extraction:** File System Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5D942 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 316 | Instant Messages | Outgoing | | | 3/17/2021 2:07:20 PM(UTC-4) | From: +16464215555 (owner) To: +12039647043 Julia Miles Cousin To: +12039647043 Julia Miles Cousin | No worries we family **Source:** Native Messages **Source Extraction:** File System Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5D398 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 317 | Log Entries | | | | 3/17/2021 2:07:38 PM(UTC-4) | | Native Messages: Wifi In:0 Wifi Out:0 Wan In:105027 Wan Out:43566 **Source:** iPhoneNetworkDataUsage **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/wireless/Library/Databases/DataUsage.sqlite : 0x61593 (Table: ZLIVEUSAGE; Size: 438272 bytes) File system Extraction.zip/root/private/var/wireless/Library/Databases/DataUsage.sqlite-wal : 0x123E09 (Table: ZPROCESS; Size: 1878752 bytes) | |
| 318 | Log Entries | | | | 3/17/2021 2:08:01 PM(UTC-4) | | Native Messages: Wifi In:0 Wifi Out:0 Wan In:4008462 Wan Out:416434 **Source:** iPhoneNetworkDataUsage **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/wireless/Library/Databases/DataUsage.sqlite : 0x61570 (Table: ZLIVEUSAGE; Size: 438272 bytes) File system Extraction.zip/root/private/var/wireless/Library/Databases/DataUsage.sqlite-wal : 0x129E1D (Table: ZPROCESS; Size: 1878752 bytes) | |
| 319 | Instant Messages | Outgoing | | | 3/17/2021 2:08:58 PM(UTC-4) | From: +16464215555 (owner) To: +13479637850 Laura Lafayette St To: +13479637850 Laura Lafayette St | Hey my love so sorry .. my guys didn't know how to Handle Situation but I'm back now and I have a Juul for you .. Brand new **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5FF8D (Table: message, chat; Size: 137584640 bytes) | |
| 320 | Instant Messages | Outgoing | | | 3/17/2021 2:10:07 PM(UTC-4) | From: +16464215555 (owner) To: +13479637850 Laura Lafayette St To: +13479637850 Laura Lafayette St | Sorry took for ever to come back .. **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5FC78 (Table: message, chat; Size: 137584640 bytes) | |
| 321 | Instant Messages | Incoming | | | 3/17/2021 2:10:53 PM(UTC-4) | From: +12039647043 Julia Miles Cousin To: +16464215555 (owner) To: +16464215555 (owner) | **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5FA61 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 322 | Instant Messages | Incoming | | | 3/17/2021 2:11:06 PM(UTC-4) | From: +12039647043 Julia Miles Cousin To: +16464215555 (owner) To: +16464215555 (owner) | Lmk the ETA when u can **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5F88D (Table: message, handle, chat; Size: 137584640 bytes) | |
| 323 | Instant Messages | Outgoing | | | 3/17/2021 2:11:10 PM(UTC-4) | From: +16464215555 (owner) To: +13479895039 Kaitlyn Bro To: +13479895039 Kaitlyn Bro | 185 Avenue B #6G **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C5F662 (Table: message, chat, handle; Size: 137584640 bytes) | |

| 324 | Instant Messages | Outgoing | | | 3/17/2021 2:11:13 PM(UTC-4) | From: +16464215555 (owner) To: +13479895039 Kaitlyn Bro To: +13479895039 Kaitlyn Bro | 200$ Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C60F8D (Table: message, chat, handle; Size: 137584640 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 325 | Instant Messages | Outgoing | | | 3/17/2021 2:11:25 PM(UTC-4) | From: +16464215555 (owner) To: +13479895039 Kaitlyn Bro To: +13479895039 Kaitlyn Bro | Let me know ETA when you have it Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C60D79 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 326 | Instant Messages | Incoming | | | 3/17/2021 2:12:36 PM(UTC-4) | From: +13479895039 Kaitlyn Bro To: +16464215555 (owner) To: +16464215555 (owner) | lght Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C60B2B (Table: message, handle, chat; Size: 137584640 bytes) | |
| 327 | Instant Messages | Incoming | | | 3/17/2021 2:29:36 PM(UTC-4) | From: +19177439333 Matt Rob Friend To: +16464215555 (owner) To: +16464215555 (owner) | Hey man. Just on a follow up from yesterday - I gave most of my last bag to my buddy and he just called me this second to say he ended up in hospital last night. I am not blaming you, just warning you of a problem my buddy had. He had to get a Narcan shot and was released in the early hours. Just letting you know. Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C60944 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 328 | Log Entries | | | | 3/17/2021 2:33:50 PM(UTC-4) | | Facetime audio: Apple authentication process has been performed for the following apple-ids: +19177439333 Source: Identity Lookup Service Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/Preferences/com.apple.identityservices.idstatuscache.plist : 0x6EAE (Size: 113451 bytes) | |
| 329 | Instant Messages | Incoming | | | 3/17/2021 2:35:14 PM(UTC-4) | From: +13479895039 Kaitlyn Bro To: +16464215555 (owner) To: +16464215555 (owner) | 10 mins Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C61F83 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 330 | Instant Messages | Outgoing | | | 3/17/2021 2:36:22 PM(UTC-4) | From: +16464215555 (owner) To: +13479895039 Kaitlyn Bro To: +13479895039 Kaitlyn Bro | Cool Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C61D98 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 331 | Instant Messages | Outgoing | | | 3/17/2021 2:36:25 PM(UTC-4) | From: +16464215555 (owner) To: +12039647043 Julia Miles Cousin To: +12039647043 Julia Miles Cousin | Hey Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C61BC5 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 332 | Instant Messages | Outgoing | | | 3/17/2021 2:36:28 PM(UTC-4) | From: +16464215555 (owner) To: +12039647043 Julia Miles Cousin To: +12039647043 Julia Miles Cousin | 10min Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C619F9 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 333 | Instant Messages | Incoming | | | 3/17/2021 2:36:39 PM(UTC-4) | From: +12039647043 Julia Miles Cousin To: +16464215555 (owner) To: +16464215555 (owner) | Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C61823 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 334 | Instant Messages | Incoming | | | 3/17/2021 2:36:53 PM(UTC-4) | From: +12039647043 Julia Miles Cousin To: +16464215555 (owner) To: +16464215555 (owner) | Can they come upstairs pls Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C6164F (Table: message, handle, chat; Size: 137584640 bytes) | |
| 335 | Instant Messages | Incoming | | | 3/17/2021 2:36:58 PM(UTC-4) | From: +12039647043 Julia Miles Cousin To: +16464215555 (owner) To: +16464215555 (owner) | Instead of me going to car Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C6144D (Table: message, handle, chat; Size: 137584640 bytes) | |

| 336 | Instant Messages | Outgoing | | | 3/17/2021 2:37:07 PM(UTC-4) | From: +16464215555 (owner) To: +12039647043 Julia Miles Cousin To: +12039647043 Julia Miles Cousin | Hey yeah he's going up Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C61255 (Table: message, chat, handle; Size: 137584640 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 337 | Instant Messages | Incoming | | | 3/17/2021 2:39:42 PM(UTC-4) | From: +12039647043 Julia Miles Cousin To: +16464215555 (owner) To: +16464215555 (owner) | Awesome Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C62FC0 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 338 | Instant Messages | Incoming | | | 3/17/2021 2:40:43 PM(UTC-4) | From: +12019252034 Sohil conor's friend To: +16464215555 (owner) To: +16464215555 (owner) | Perf. Two invites plz Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C62DA7 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 339 | Instant Messages | Incoming | | | 3/17/2021 2:41:04 PM(UTC-4) | From: +12019252034 Sohil conor's friend To: +16464215555 (owner) To: +16464215555 (owner) | Will you be on west village around 5? Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C62B9C (Table: message, handle, chat; Size: 137584640 bytes) | |
| 340 | Instant Messages | Outgoing | | | 3/17/2021 2:52:29 PM(UTC-4) | From: +16464215555 (owner) To: +12019252034 Sohil conor's friend To: +12019252034 Sohil conor's friend | Hey yeah Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C6297D (Table: message, chat, handle; Size: 137584640 bytes) | |
| 341 | Instant Messages | Outgoing | | | 3/17/2021 2:52:52 PM(UTC-4) | From: +16464215555 (owner) To: +12019252034 Sohil conor's friend To: +12019252034 Sohil conor's friend | So two invites of m right Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C62767 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 342 | Instant Messages | Incoming | | | 3/17/2021 3:03:48 PM(UTC-4) | From: +12019252034 Sohil conor's friend To: +16464215555 (owner) To: +16464215555 (owner) | Perf will let you know what bar we end up at Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C6252A (Table: message, chat, handle; Size: 137584640 bytes) | |
| 343 | Instant Messages | Outgoing | | | 3/17/2021 3:04:19 PM(UTC-4) | From: +16464215555 (owner) To: +12019252034 Sohil conor's friend To: +12019252034 Sohil conor's friend | Cool Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C622FB (Table: message, chat, handle; Size: 137584640 bytes) | |
| 344 | Instant Messages | Incoming | | | 3/17/2021 3:10:34 PM(UTC-4) | From: +12019252034 Sohil conor's friend To: +16464215555 (owner) To: +16464215555 (owner) | Perf will let you know what bar we end up at Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C63FC0 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 345 | Instant Messages | Incoming | | | 3/17/2021 3:10:35 PM(UTC-4) | From: +12019252034 Sohil conor's friend To: +16464215555 (owner) To: +16464215555 (owner) | Perf will let you know what bar we end up at Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C63D9A (Table: message, handle, chat; Size: 137584640 bytes) | |
| 346 | Instant Messages | Incoming | | | 3/17/2021 3:10:36 PM(UTC-4) | From: +12019252034 Sohil conor's friend To: +16464215555 (owner) To: +16464215555 (owner) | Perf will let you know what bar we end up at Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C63B74 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 347 | Instant Messages | Incoming | | | 3/17/2021 3:10:38 PM(UTC-4) | From: +12019252034 Sohil conor's friend To: +16464215555 (owner) To: +16464215555 (owner) | Perf will let you know what bar we end up at Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C6394E (Table: message, handle, chat; Size: 137584640 bytes) | |
| 348 | Instant Messages | Incoming | | | 3/17/2021 3:26:55 PM(UTC-4) | From: +12019252034 Sohil conor's friend To: +16464215555 (owner) To: +16464215555 (owner) | Yessir Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C836EB (Table: message, handle, chat; Size: 137584640 bytes) | |

| 349 | Instant Messages | Incoming | | | 3/17/2021 3:47:26 PM(UTC-4) | **From:** +19145897713 John Rizzo Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Yo were you still coming? **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C6353B (Table: message, handle, chat; Size: 137584640 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 350 | Instant Messages | Incoming | | | 3/17/2021 3:55:42 PM(UTC-4) | **From:** +19175336300 Jason Phil friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Yo - he around to swing down? 10 pls **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C632FE (Table: message, handle, chat; Size: 137584640 bytes) | |
| 351 | Instant Messages | Incoming | | | 3/17/2021 3:55:48 PM(UTC-4) | **From:** +19175336300 Jason Phil friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Can he be here by 6? No ring pls :) **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C64F83 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 352 | Instant Messages | Incoming | | | 3/17/2021 3:56:07 PM(UTC-4) | **From:** +19177439333 Matt Rob Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Do you have any of the older batch? I'm heading upstate tomorrow and told my pal I would take him something up. Just let me know, please. Thanks. **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C64D5E (Table: message, handle, chat; Size: 137584640 bytes) | |
| 353 | Log Entries | | | | 3/17/2021 3:56:33 PM(UTC-4) | | com.apple.datausage.homekit: Wifi In:0 Wifi Out:0 Wan In:1839182 Wan Out:1046862 **Source:** iPhoneNetworkDataUsage **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/wireless/Library/Databases/DataUsage.sqlite : 0x5CADF (Table: ZLIVEUSAGE; Size: 438272 bytes) File system Extraction.zip/root/private/var/wireless/Library/Databases/DataUsage.sqlite-wal : 0x1BB8A2 (Table: ZPROCESS; Size: 1878752 bytes) | |
| 354 | Instant Messages | Outgoing | | | 3/17/2021 4:01:02 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19145897713 John Rizzo Friend **To:** +19145897713 John Rizzo Friend | Hey yesh my guy is running late **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C64781 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 355 | Instant Messages | Outgoing | | | 3/17/2021 4:01:21 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19177439333 Matt Rob Friend **To:** +19177439333 Matt Rob Friend | Hey bud yaa **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C64542 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 356 | Instant Messages | Outgoing | | | 3/17/2021 4:01:27 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19175336300 Jason Phil friend **To:** +19175336300 Jason Phil friend | Yes sir **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C64328 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 357 | Instant Messages | Incoming | | | 3/17/2021 4:01:45 PM(UTC-4) | **From:** +19145897713 John Rizzo Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | No doubt. Just cause I start work at 5 so I won't be able to meet up after that **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C65FC0 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 358 | Instant Messages | Outgoing | | | 3/17/2021 4:01:57 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +13479895039 Kaitlyn Bro **To:** +13479895039 Kaitlyn Bro | 37 Warren 10 will 1k **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C65D1A (Table: message, chat, handle; Size: 137584640 bytes) | |
| 359 | Instant Messages | Outgoing | | | 3/17/2021 4:02:19 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19145897713 John Rizzo Friend **To:** +19145897713 John Rizzo Friend | Hey at what time you get off **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C65B29 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 360 | Instant Messages | Outgoing | | | 3/17/2021 4:02:29 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19177439333 Matt Rob Friend **To:** +19177439333 Matt Rob Friend | Full address **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C658F0 (Table: message, chat, handle; Size: 137584640 bytes) | |

| 361 | Instant Messages | Incoming | | | 3/17/2021 4:04:07 PM(UTC-4) | **From:** +13479895039 Kaitlyn Bro **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Is this pack 100s or 200s **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C656C8 (Table: message, handle, chat; Size: 137584640 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 362 | Instant Messages | Incoming | | | 3/17/2021 4:04:31 PM(UTC-4) | **From:** +19175336300 Jason Phil friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C654B7 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 363 | Instant Messages | Outgoing | | | 3/17/2021 4:04:36 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +13479895039 Kaitlyn Bro **To:** +13479895039 Kaitlyn Bro | 200$ 5 of the blacks **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C652CA (Table: message, chat, handle; Size: 137584640 bytes) | |
| 364 | Instant Messages | Incoming | | | 3/17/2021 4:04:44 PM(UTC-4) | **From:** +19175336300 Jason Phil friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Tell him he can meet me in front of the taco place! **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C66F83 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 365 | Instant Messages | Incoming | | | 3/17/2021 4:04:49 PM(UTC-4) | **From:** +13479895039 Kaitlyn Bro **To:** +16464215555 (owner) **To:** +16464215555 (owner) | You lucky I'm on point **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C66D3C (Table: message, handle, chat; Size: 137584640 bytes) | |
| 366 | Instant Messages | Incoming | | | 3/17/2021 4:04:59 PM(UTC-4) | **From:** +19145897713 John Rizzo Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Not till like 7 but then I got some other stuff I gotta do. We can try again tomorrow if that's better **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C66B68 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 367 | Instant Messages | Incoming | | | 3/17/2021 4:05:05 PM(UTC-4) | **From:** +19177439333 Matt Rob Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Let me find out how much he wants. You do have the old batch, though? **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C665A6 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 368 | Instant Messages | Outgoing | | | 3/17/2021 4:05:06 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +13479895039 Kaitlyn Bro **To:** +13479895039 Kaitlyn Bro | The last person you saw you gave them two or 1 **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C66346 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 369 | Instant Messages | Outgoing | | | 3/17/2021 4:05:08 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +13479895039 Kaitlyn Bro **To:** +13479895039 Kaitlyn Bro | **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C67F85 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 370 | Instant Messages | Outgoing | | | 3/17/2021 4:05:53 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19145897713 John Rizzo Friend **To:** +19145897713 John Rizzo Friend | It's better today wen your done with work **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C67DB6 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 371 | Instant Messages | Incoming | | | 3/17/2021 4:06:18 PM(UTC-4) | **From:** +13479895039 Kaitlyn Bro **To:** +16464215555 (owner) **To:** +16464215555 (owner) | 1 **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C67853 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 372 | Instant Messages | Outgoing | | | 3/17/2021 4:06:24 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +13479895039 Kaitlyn Bro **To:** +13479895039 Kaitlyn Bro | Cool **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C67674 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 373 | Instant Messages | Outgoing | | | 3/17/2021 4:06:30 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19177439333 Matt Rob Friend **To:** +19177439333 Matt Rob Friend | Cool **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C67466 (Table: message, chat, handle; Size: 137584640 bytes) | |

| 374 | Log Entries | | | 3/17/2021 4:07:10 PM(UTC-4) | | Native Messages: Wifi In:0 Wifi Out:0 Wan In:671004 Wan Out:331852 **Source:** iPhoneNetworkDataUsage **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/wireless/Library/ Databases/DataUsage.sqlite : 0x5CB8F (Table: ZLIVEUSAGE; Size: 438272 bytes) File system Extraction.zip/root/private/var/wireless/Library/ Databases/DataUsage.sqlite-wal : 0x5498B (Table: ZPROCESS; Size: 1878752 bytes) | |
| 375 | Instant Messages | Incoming | | 3/17/2021 4:07:54 PM(UTC-4) | **From:** +12019252034 Sohil conor's friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | So change of plans I don't think I'll be able to pick up tn. Ill hit you up this weekend if that works **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C6724E (Table: message, handle, chat; Size: 137584640 bytes) | |
| 376 | Instant Messages | Incoming | | 3/17/2021 4:08:25 PM(UTC-4) | **From:** +19145897713 John Rizzo Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | If he can get here like right at 7 that's okay but then I'm not gonna be around after that **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C68FC0 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 377 | Instant Messages | Outgoing | | 3/17/2021 4:11:41 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19145897713 John Rizzo Friend **To:** +19145897713 John Rizzo Friend | I got your brother so exactly at 7 PM he has to be there **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C68D49 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 378 | Instant Messages | | | 3/17/2021 4:11:54 PM(UTC-4) | | **Source:** **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/R ecents/Recents : 0x599D0 (Size: 622592 bytes) | |
| 379 | Instant Messages | | | 3/17/2021 4:11:55 PM(UTC-4) | | **Source:** **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/R ecents/Recents : 0x599C2 (Size: 622592 bytes) | |
| 380 | Instant Messages | Outgoing | | 3/17/2021 4:11:55 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +12019252034 Sohil conor's friend **To:** +12019252034 Sohil conor's friend | Yeah cool no worries **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C68764 (Table: message, handle; Size: 137584640 bytes) | |
| 381 | Instant Messages | Incoming | | 3/17/2021 4:12:06 PM(UTC-4) | **From:** +19145897713 John Rizzo Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Yea **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C68569 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 382 | Instant Messages | Incoming | | 3/17/2021 4:12:54 PM(UTC-4) | **From:** +19145897713 John Rizzo Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | That's why I was trying to meet this afternoon cause it was more flexible uou know what I mean **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C69FC0 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 383 | Instant Messages | | | 3/17/2021 4:12:58 PM(UTC-4) | | **Source:** **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/R ecents/Recents : 0x599B4 (Size: 622592 bytes) | |
| 384 | Instant Messages | Incoming | | 3/17/2021 4:12:58 PM(UTC-4) | **From:** +12019252034 Sohil conor's friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Thanks. Hanging w the gf so difficult to sneak away **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C69989 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 385 | Instant Messages | | | 3/17/2021 4:14:00 PM(UTC-4) | | **Source:** **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/R ecents/Recents : 0x599A6 (Size: 622592 bytes) | |

| 386 | Instant Messages | | | | 3/17/2021 4:14:01 PM(UTC-4) | **Participants:** +16464215555, +12019252034 Sohil conor's friend | **Source:** **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/Recents/Recents : 0x59998 (Size: 622592 bytes) | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 387 | Instant Messages | Outgoing | | | 3/17/2021 4:14:01 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +12019252034 Sohil conor's friend **To:** +12019252034 Sohil conor's friend | No worries bro **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C6974C (Table: message, chat, handle; Size: 137584640 bytes) | |
| 388 | Instant Messages | Outgoing | | | 3/17/2021 4:14:20 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19145897713 John Rizzo Friend **To:** +19145897713 John Rizzo Friend | No worries bro Totally understand **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C69567 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 389 | Instant Messages | Incoming | | | 3/17/2021 4:15:42 PM(UTC-4) | **From:** +19145897713 John Rizzo Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Word. So yea 7 or else tomorrow or Friday afternoon works for me too **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C6AFC0 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 390 | Call Log | Incoming | | | 3/17/2021 4:18:14 PM(UTC-4) | **From:** 16463395724@s.whatsapp.net FEFE MARINE **To:** 16464215555@s.whatsapp.net | 00:00:55 **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/calls.log : 0x23DD (Size: 40206 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0xD927 (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x403A36 (Table: ZWAPROFILEPUSHNAME; Size: 32362496 bytes) | |
| 391 | Instant Messages | Outgoing | | | 3/17/2021 4:19:26 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19145897713 John Rizzo Friend **To:** +19145897713 John Rizzo Friend | He'll be there a 7 Exactly **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C6A618 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 392 | Instant Messages | Incoming | | | 3/17/2021 4:19:41 PM(UTC-4) | **From:** +19145897713 John Rizzo Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Okay cool thanks **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C6A418 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 393 | Instant Messages | Incoming | | | 3/17/2021 4:28:56 PM(UTC-4) | **From:** +13479895039 Kaitlyn Bro **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Here **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C6A1ED (Table: message, handle, chat; Size: 137584640 bytes) | |
| 394 | Instant Messages | Incoming | | | 3/17/2021 4:29:37 PM(UTC-4) | **From:** +13479895039 Kaitlyn Bro **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Herrrrreeeeee **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C6BF83 (Table: message, chat; Size: 137584640 bytes) | |
| 395 | Instant Messages | Incoming | | | 3/17/2021 4:29:44 PM(UTC-4) | **From:** +13479895039 Kaitlyn Bro **To:** +16464215555 (owner) **To:** +16464215555 (owner) | !!!!!!! **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C6BD8A (Table: message, handle, chat; Size: 137584640 bytes) | |
| 396 | Instant Messages | Incoming | | | 3/17/2021 4:30:55 PM(UTC-4) | **From:** +13479895039 Kaitlyn Bro **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Yoooooooo **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C6BB9D (Table: message, handle, chat; Size: 137584640 bytes) | |

| 397 | Instant Messages | Outgoing | | | 3/17/2021 4:33:04 PM(UTC-4) | From: +16464215555 (owner) To: +13479895039 Kaitlyn Bro To: +13479895039 Kaitlyn Bro | Coming Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C6B9AE (Table: message, chat, handle; Size: 137584640 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 398 | Instant Messages | Outgoing | | | 3/17/2021 4:33:15 PM(UTC-4) | From: +16464215555 (owner) To: +19175336300 Jason Phil friend To: +19175336300 Jason Phil friend | Hey come down Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C6B79C (Table: message, chat, handle; Size: 137584640 bytes) | |
| 399 | Instant Messages | Outgoing | | | 3/17/2021 4:33:30 PM(UTC-4) | From: +16464215555 (owner) To: +19175336300 Jason Phil friend To: +19175336300 Jason Phil friend | He's right In front Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C6B57C (Table: message, chat, handle; Size: 137584640 bytes) | |
| 400 | Instant Messages | Outgoing | | | 3/17/2021 4:33:33 PM(UTC-4) | From: +16464215555 (owner) To: +19175336300 Jason Phil friend To: +19175336300 Jason Phil friend | Black kid Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C6B34E (Table: message, chat, handle; Size: 137584640 bytes) | |
| 401 | Instant Messages | Incoming | | | 3/17/2021 4:33:48 PM(UTC-4) | From: +19175336300 Jason Phil friend To: +16464215555 (owner) To: +16464215555 (owner) | K Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C6CF83 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 402 | Instant Messages | Incoming | | | 3/17/2021 4:37:57 PM(UTC-4) | From: +19175336300 Jason Phil friend To: +16464215555 (owner) To: +16464215555 (owner) | Thankyousir Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C6CDA2 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 403 | Instant Messages | Outgoing | | | 3/17/2021 4:38:16 PM(UTC-4) | From: +16464215555 (owner) To: +19175336300 Jason Phil friend To: +19175336300 Jason Phil friend | Anytime my brother Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C6CBB5 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 404 | Instant Messages | Incoming | | | 3/17/2021 4:43:24 PM(UTC-4) | From: +16463522492 Ross To: +16464215555 (owner) To: +16464215555 (owner) | Yo yo Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C6C983 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 405 | Instant Messages | Outgoing | | | 3/17/2021 4:43:47 PM(UTC-4) | From: +16464215555 (owner) To: +16463522492 Ross To: +16463522492 Ross | Hey was up bro Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C6C7A2 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 406 | Instant Messages | Incoming | | | 3/17/2021 4:44:15 PM(UTC-4) | From: +16463522492 Ross To: +16464215555 (owner) To: +16464215555 (owner) | Can u meet up ? Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MSsms.db : 0x5C6C576 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 407 | Instant Messages | Outgoing | | | 3/17/2021 4:44:23 PM(UTC-4) | From: +16464215555 (owner) To: +16463522492 Ross To: +16463522492 Ross | Yesh full address Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C6C383 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 408 | Instant Messages | Outgoing | | | 3/17/2021 4:44:26 PM(UTC-4) | From: +16464215555 (owner) To: +16463522492 Ross To: +16463522492 Ross | How many invites Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MSsms.db : 0x5C6CF8D (Table: message, chat, handle; Size: 137584640 bytes) | |
| 409 | Instant Messages | Incoming | | | 3/17/2021 4:44:33 PM(UTC-4) | From: +16463522492 Ross To: +16464215555 (owner) To: +16464215555 (owner) | Three Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C6DD5D (Table: message, chat, handle; Size: 137584640 bytes) | |

| 410 | Instant Messages | Incoming | | | 3/17/2021 4:44:40 PM(UTC-4) | **From:** +16463522492 Ross **To:** +16464215555 (owner) **To:** +16464215555 (owner) | 303 Lexington Ave **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C6DB72 (Table: message, handle, chat; 137584640 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 411 | Instant Messages | | | | 3/17/2021 4:44:48 PM(UTC-4) | | **Source:** **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/Recents/Recents : 0x483C3 (Size: 622592 bytes) | |
| 412 | Instant Messages | Outgoing | | | 3/17/2021 4:44:48 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +16463522492 Ross **To:** +16463522492 Ross | Room **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C6D57F (Table: message, chat, handle; Size: 137584640 bytes) | |
| 413 | Instant Messages | | | | 3/17/2021 4:44:58 PM(UTC-4) | | **Source:** **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/Recents/Recents : 0x483B5 (Size: 622592 bytes) | |
| 414 | Instant Messages | Incoming | | | 3/17/2021 4:44:58 PM(UTC-4) | **From:** +16463522492 Ross **To:** +16464215555 (owner) **To:** +16464215555 (owner) | 1106 **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C6D367 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 415 | Instant Messages | | | | 3/17/2021 4:45:29 PM(UTC-4) | | **Source:** **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/Recents/Recents : 0x483A7 (Size: 622592 bytes) | |
| 416 | Instant Messages | | | | 3/17/2021 4:45:29 PM(UTC-4) | | **Source:** **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/Recents/Recents : 0x48399 (Size: 622592 bytes) | |
| 417 | Instant Messages | Outgoing | | | 3/17/2021 4:45:29 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +16463522492 Ross **To:** +16463522492 Ross | On the way **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C6EF8D (Table: message, chat, handle; Size: 137584640 bytes) | |
| 418 | Instant Messages | | | | 3/17/2021 4:46:17 PM(UTC-4) | | **Source:** **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/Recents/Recents : 0x4838B (Size: 622592 bytes) | |
| 419 | Instant Messages | Incoming | | | 3/17/2021 4:46:17 PM(UTC-4) | **From:** +16463522492 Ross **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Aiight bet **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C6ED69 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 420 | Instant Messages | Outgoing | | | 3/17/2021 4:46:56 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +13479895039 Kaitlyn Bro **To:** +13479895039 Kaitlyn Bro | 303 Lexington Ave 300$ 2 of the blk room 1106 **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C6EB76 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 421 | Instant Messages | Incoming | | | 3/17/2021 4:48:53 PM(UTC-4) | **From:** +15166723717 Amanda Melissa's friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Hey **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C6E554 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 422 | Instant Messages | Outgoing | | | 3/17/2021 4:49:01 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +15166723717 Amanda Melissa's friend **To:** +15166723717 Amanda Melissa's friend | Hi **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C6E377 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 423 | Instant Messages | Outgoing | | | 3/17/2021 4:49:06 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +15166723717 Amanda Melissa's friend **To:** +15166723717 Amanda Melissa's friend | Full address **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C6FF8D (Table: message, chat, handle; Size: 137584640 bytes) | |

| 424 | Instant Messages | Incoming | | | 3/17/2021 4:51:29 PM(UTC-4) | From: +15166723717 Amanda Melissa's friend To: +16464215555 (owner) To: +16464215555 (owner) | Question first...is it the same as it was Sunday? Because that was not good lol, had to get rid of it Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C6FD65 (Table: message, handle, chat; Size: 137584640 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 425 | Instant Messages | Outgoing | | | 3/17/2021 4:52:21 PM(UTC-4) | From: +16464215555 (owner) To: +15166723717 Amanda Melissa's friend To: +15166723717 Amanda Melissa's friend | No new Bach Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C6F744 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 426 | Instant Messages | Outgoing | | | 3/17/2021 4:52:26 PM(UTC-4) | From: +16464215555 (owner) To: +15166723717 Amanda Melissa's friend To: +15166723717 Amanda Melissa's friend | Batch Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C6F528 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 427 | Instant Messages | Incoming | | | 3/17/2021 4:52:41 PM(UTC-4) | From: +15166723717 Amanda Melissa's friend To: +16464215555 (owner) To: +16464215555 (owner) | Ok because that was bad lol Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C6F310 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 428 | Instant Messages | Incoming | | | 3/17/2021 4:53:04 PM(UTC-4) | From: +15166723717 Amanda Melissa's friend To: +16464215555 (owner) To: +16464215555 (owner) | Not gonna be home till 6 Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C70F83 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 429 | Instant Messages | Outgoing | | | 3/17/2021 4:54:03 PM(UTC-4) | From: +16464215555 (owner) To: +15166723717 Amanda Melissa's friend To: +15166723717 Amanda Melissa's friend | Always tell me pls Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C70D7E (Table: message, chat, handle; Size: 137584640 bytes) | |
| 430 | Instant Messages | Outgoing | | | 3/17/2021 4:54:08 PM(UTC-4) | From: +16464215555 (owner) To: +15166723717 Amanda Melissa's friend To: +15166723717 Amanda Melissa's friend | Same day or the next Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C70B54 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 431 | Instant Messages | Incoming | | | 3/17/2021 4:54:47 PM(UTC-4) | From: +15166723717 Amanda Melissa's friend To: +16464215555 (owner) To: +16464215555 (owner) | Ok I will. Like you know it's not good if you toss it Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C7091E (Table: message, handle, chat; Size: 137584640 bytes) | |
| 432 | Instant Messages | Outgoing | | | 3/17/2021 4:55:21 PM(UTC-4) | From: +16464215555 (owner) To: +15166723717 Amanda Melissa's friend To: +15166723717 Amanda Melissa's friend | Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C706D0 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 433 | Instant Messages | Outgoing | | | 3/17/2021 4:55:40 PM(UTC-4) | From: +16464215555 (owner) To: +15166723717 Amanda Melissa's friend To: +15166723717 Amanda Melissa's friend | Let me how's this one Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C704BC (Table: message, chat, handle; Size: 137584640 bytes) | |
| 434 | Instant Messages | Incoming | | | 3/17/2021 4:56:03 PM(UTC-4) | From: +15166723717 Amanda Melissa's friend To: +16464215555 (owner) To: +16464215555 (owner) | Ok. Yea that was like pure chemical paint thinner smell Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C7027E (Table: message, handle, chat; Size: 137584640 bytes) | |
| 435 | Instant Messages | Incoming | | | 3/17/2021 4:58:26 PM(UTC-4) | From: +19174203002 Lil Mike To: +16464215555 (owner) To: +16464215555 (owner) | Too Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C71F83 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 436 | Instant Messages | Incoming | | | 3/17/2021 4:58:28 PM(UTC-4) | From: +19174203002 Lil Mike To: +16464215555 (owner) To: +16464215555 (owner) | Too Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C71D9E (Table: message, handle, chat; Size: 137584640 bytes) | |

| 437 | Instant Messages | Incoming | | | 3/17/2021 5:01:18 PM(UTC-4) | **From:** +15166723717 Amanda Melissa's friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Should I let you know when I'm off train? **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C71BB9 (Table: message, handle, chat; Size: 137584640 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 438 | Instant Messages | Outgoing | | | 3/17/2021 5:01:29 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +15166723717 Amanda Melissa's friend **To:** +15166723717 Amanda Melissa's friend | Hey yeh **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C7198E (Table: message, chat, handle; Size: 137584640 bytes) | |
| 439 | Instant Messages | Incoming | | | 3/17/2021 5:01:30 PM(UTC-4) | **From:** +15166723717 Amanda Melissa's friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Or just know any time after 6 is cool **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C71770 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 440 | Instant Messages | Outgoing | | | 3/17/2021 5:01:51 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +15166723717 Amanda Melissa's friend **To:** +15166723717 Amanda Melissa's friend | Ready wen you are **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C7154F (Table: message, chat, handle; Size: 137584640 bytes) | |
| 441 | Instant Messages | Incoming | | | 3/17/2021 5:03:50 PM(UTC-4) | **From:** +15166723717 Amanda Melissa's friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | K **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C7131D (Table: message, chat, handle; Size: 137584640 bytes) | |
| 442 | Instant Messages | Incoming | | | 3/17/2021 5:54:38 PM(UTC-4) | **From:** +15166723717 Amanda Melissa's friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Walking from train **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C72F83 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 443 | Instant Messages | Outgoing | | | 3/17/2021 6:01:10 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +15166723717 Amanda Melissa's friend **To:** +15166723717 Amanda Melissa's friend | He's on the way **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C72D88 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 444 | Instant Messages | Outgoing | | | 3/17/2021 6:01:48 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +13479895039 Kaitlyn Bro **To:** +13479895039 Kaitlyn Bro | 50 e Eighth Street 200$ your girl **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C72B58 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 445 | Instant Messages | Incoming | | | 3/17/2021 6:02:05 PM(UTC-4) | **From:** +15166723717 Amanda Melissa's friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Thanks **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C72513 (Table: message, chat; Size: 137584640 bytes) | |
| 446 | Log Entries | | | | 3/17/2021 6:14:45 PM(UTC-4) | | YouTube: Wifi In:0 Wifi Out:0 Wan In:49076225 Wan Out:3375069 **Source:** iPhoneNetworkDataUsage **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/wireless/Library/ Databases/DataUsage.sqlite : 0x5CB48 (Table: ZLIVEUSAGE; Size: 438272 bytes) File system Extraction.zip/root/private/var/wireless/Library/ Databases/DataUsage.sqlite-wal : 0x16E305 (Table: ZPROCESS; Size: 1878752 bytes) | |
| 447 | Log Entries | | | | 3/17/2021 6:32:08 PM(UTC-4) | | com.apple.datausage.homekit: Wifi In:0 Wifi Out:0 Wan In:12390035 Wan Out:3135345 **Source:** iPhoneNetworkDataUsage **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/wireless/Library/ Databases/DataUsage.sqlite : 0x5CC1C (Table: ZLIVEUSAGE; Size: 438272 bytes) File system Extraction.zip/root/private/var/wireless/Library/ Databases/DataUsage.sqlite-wal : 0x124356 (Table: ZPROCESS; Size: 1878752 bytes) | |
| 448 | Instant Messages | Incoming | | | 3/17/2021 6:32:13 PM(UTC-4) | **From:** +15858573967 Ivana Adams Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Also could I get a couple of E? **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C72326 (Table: message, handle, chat; Size: 137584640 bytes) | |

| 449 | Instant Messages | Incoming | | | 3/17/2021 6:52:13 PM(UTC-4) | **From:** +19145897713 John Rizzo Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Be down in 10 minutes **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C73FC0 (Table: message, handle, chat; Size: 137584640 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 450 | Log Entries | | | | 3/17/2021 6:55:03 PM(UTC-4) | | com.apple.datausage.docsandsync: Wifi In:0 Wifi Out:0 Wan In:207363797 Wan Out:81969086 **Source:** iPhoneNetworkDataUsage **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/wireless/Library/Databases/DataUsage.sqlite : 0x5CC62 (Table: ZLIVEUSAGE; Size: 438272 bytes) File system Extraction.zip/root/private/var/wireless/Library/Databases/DataUsage.sqlite-wal : 0xBD505 (Table: ZPROCESS; Size: 1878752 bytes) | |
| 451 | Instant Messages | Incoming | | | 3/17/2021 6:55:45 PM(UTC-4) | **From:** +13479895039 Kaitlyn Bro **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Tell 8th I'm here **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C73D8B (Table: message, handle, chat; Size: 137584640 bytes) | |
| 452 | Instant Messages | Incoming | | | 3/17/2021 6:56:14 PM(UTC-4) | **From:** +13479895039 Kaitlyn Bro **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Yo **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C73B86 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 453 | Instant Messages | Incoming | | | 3/17/2021 6:57:06 PM(UTC-4) | **From:** +19145897713 John Rizzo Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Thanks brother and thank you for the throw in **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C739E0 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 454 | Instant Messages | Outgoing | | | 3/17/2021 7:07:23 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19145897713 John Rizzo Friend **To:** +19145897713 John Rizzo Friend | Any time brother **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C737C4 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 455 | Instant Messages | Outgoing | | | 3/17/2021 7:08:42 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +15858573967 Ivana Adams Friend **To:** +15858573967 Ivana Adams Friend | Hey **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C735A3 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 456 | Instant Messages | Outgoing | | | 3/17/2021 7:09:14 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19293045049 G Man **To:** +19293045049 G Man | Bro be there tomorrow early **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C74F85 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 457 | Instant Messages | Incoming | | | 3/17/2021 7:14:16 PM(UTC-4) | **From:** +19293045049 G Man **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Free Msg: Receiver 9293045049 unable to receive message - Message Blocking is active. **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C74A7C (Table: message, handle, chat; Size: 137584640 bytes) | |
| 458 | Instant Messages | Incoming | | | 3/17/2021 7:49:20 PM(UTC-4) | **From:** +19177439333 Matt Rob Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Hey pal. I need 400 of the old batch, please. I'm at GMT Tavern, 142 Bleecker Street, 10012. If you have it, please let me know an ETA. Thanks. **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C75F83 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 459 | Instant Messages | Outgoing | | | 3/17/2021 7:51:22 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +19177439333 Matt Rob Friend **To:** +19177439333 Matt Rob Friend | Hey bro give me 5 min brb **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C757A2 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 460 | Instant Messages | Incoming | | | 3/17/2021 7:51:41 PM(UTC-4) | **From:** +19177439333 Matt Rob Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | No worries. **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C75560 (Table: message, handle, chat; Size: 137584640 bytes) | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 461 | Log Entries | | | 3/17/2021 7:52:14 PM(UTC-4) | | com.apple.mobileslideshow: Wifi In:0 Wifi Out:0 Wan In:88587791 Wan Out:2702763 **Source:** iPhoneNetworkDataUsage **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/wireless/Library/Databases/DataUsage.sqlite : 0x5CBB2 (Table: ZLIVEUSAGE; Size: 438272 bytes) File system Extraction.zip/root/private/var/wireless/Library/Databases/DataUsage.sqlite-wal : 0x1C8F98 (Table: ZPROCESS; Size: 1878752 bytes) | |
| 462 | Log Entries | | | 3/17/2021 8:11:27 PM(UTC-4) | | Facetime audio: Apple authentication process has been performed for the following apple-ids: +16463522492 **Source:** Identity Lookup Service **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/Preferences/com.apple.identityservices.idstatuscache.plist : 0x6BCC (Size: 113451 bytes) | |
| 463 | Call Log | Outgoing | | 3/17/2021 8:12:35 PM(UTC-4) | **From:** 16464215555@s.whatsapp.net **To:** 16464205732@s.whatsapp.net  Cuzo Work Line | 00:00:19 **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/calls.log : 0x2346 (Size: 40206 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0x45CBA (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) | |
| 464 | Instant Messages | Outgoing | | 3/17/2021 8:14:01 PM(UTC-4) | **From:** +16464215555 (owner) **To:** +15166723717 Amanda Melissa's friend **To:** +15166723717 Amanda Melissa's friend | Hey how's this batch **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C75375 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 465 | Instant Messages | Incoming | | 3/17/2021 8:15:11 PM(UTC-4) | **From:** +15166723717 Amanda Melissa's friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | HAvnt tried yet, let you know in a few! **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C76F83 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 466 | Call Log | Incoming | | 3/17/2021 8:16:42 PM(UTC-4) | **From:** 19177551368@s.whatsapp.net Andrew **To:** 16464215555@s.whatsapp.net | 00:01:11 **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/calls.log : 0x22B3 (Size: 40206 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0xDD1F (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0xB4D9D1 (Table: ZWAPROFILEPUSHNAME; Size: 32362496 bytes) | |
| 467 | Instant Messages | Incoming | | 3/17/2021 8:19:58 PM(UTC-4) | **From:** +19177439333 Matt Rob Friend **To:** +16464215555 (owner) **To:** +16464215555 (owner) | Any news, pal? **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C76D56 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 468 | Instant Messages | | | 3/17/2021 8:21:07 PM(UTC-4) | | **Source:** **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/Recents/Recents : 0xE575 (Size: 622592 bytes) | |

| 469 | Instant Messages | Outgoing | | | 3/17/2021 8:21:07 PM(UTC-4) | From: +16464215555 (owner) To: +19177439333 Matt Rob Friend To: +19177439333 Matt Rob Friend | Hey bro sorry new one only .and yeh it's to Strong someone els just told me **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C76B65 (Table: message, chat, handle; Size: 137584640 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 470 | Instant Messages | Incoming | | | 3/17/2021 8:21:11 PM(UTC-4) | From: +15166723717 Amanda Melissa's friend To: +16464215555 (owner) To: +16464215555 (owner) | Def better **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C768BA (Table: message, handle, chat; Size: 137584640 bytes) | |
| 471 | Instant Messages | Outgoing | | | 3/17/2021 8:21:49 PM(UTC-4) | From: +16464215555 (owner) To: +15166723717 Amanda Melissa's friend To: +15166723717 Amanda Melissa's friend | Hey try not to do too much because it's really strong **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C766CF (Table: message, chat, handle; Size: 137584640 bytes) | |
| 472 | Instant Messages | Outgoing | | | 3/17/2021 8:22:49 PM(UTC-4) | From: +16464215555 (owner) To: +19175336300 Jason Phil friend To: +19175336300 Jason Phil friend | Hey bro this Batch is really Strong do Small Amounts pls **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C7645B (Table: message, chat, handle; Size: 137584640 bytes) | |
| 473 | Instant Messages | Outgoing | | | 3/17/2021 8:23:34 PM(UTC-4) | From: 16464215555@s.whats app.net (owner) To: 19292163519@s.whats app.net Karim To: 19292163519@s.whats app.net Karim | Sup bro just Checking in **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x1717D42 (Table: ZWAMESSAGE; Size: 32362496 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.n et.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0x3C73F (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) | |
| 474 | Log Entries | | | | 3/17/2021 8:28:32 PM(UTC-4) | | Facetime audio: Apple authentication process has been performed for the following apple-ids: +15166723717 **Source:** Identity Lookup Service **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/P references/com.apple.identityservices.idstatus cache.plist : 0x72E6 (Size: 113451 bytes) | |
| 475 | Log Entries | | | | 3/17/2021 8:30:23 PM(UTC-4) | | Facetime audio: Apple authentication process has been performed for the following apple-ids: +19175336300 **Source:** Identity Lookup Service **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/P references/com.apple.identityservices.idstatus cache.plist : 0x717E (Size: 113451 bytes) | |
| 476 | Instant Messages | | | | 3/17/2021 8:31:41 PM(UTC-4) | | **Source:** **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/R ecents/Recents : 0x449BE (Size: 622592 bytes) | |
| 477 | Instant Messages | Outgoing | | | 3/17/2021 8:31:41 PM(UTC-4) | From: +16464215555 (owner) To: +12039647043 Julia Miles Cousin To: +12039647043 Julia Miles Cousin | Hey **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C76213 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 478 | Instant Messages | Incoming | | | 3/17/2021 8:35:20 PM(UTC-4) | From: +19293045049 G Man To: +16464215555 (owner) To: +16464215555 (owner) | Tato **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C77F83 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 479 | Instant Messages | Incoming | | | 3/17/2021 8:35:21 PM(UTC-4) | From: +19293045049 G Man To: +16464215555 (owner) To: +16464215555 (owner) | I got you **Source:** Native Messages **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C77D9A (Table: message, handle, chat; Size: 137584640 bytes) | |

| 480 | Instant Messages | | | 3/17/2021 8:35:25 PM(UTC-4) | | Source:<br>**Source Extraction:** File System<br>**Source file:** File System Extraction.zip/root/private/var/mobile/Library/Recents/Recents : 0xE567 (Size: 622592 bytes) | |
|---|---|---|---|---|---|---|---|
| 481 | Instant Messages | Incoming | | 3/17/2021 8:35:25 PM(UTC-4) | **From:** +19177439333 Matt Rob Friend<br>**To:** +16464215555 (owner)<br>**To:** +16464215555 (owner) | Okay, no worries, my buddy doesn't want that. I have had a bit of the new stuff and it is weird - doesn't feel like a high, it's more of an opiate nod. Not a complaint, just my opinion. He'll catch you another time. Speak soon.<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C77BA7 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 482 | Instant Messages | Outgoing | | 3/17/2021 8:37:07 PM(UTC-4) | **From:** +16464215555 (owner)<br>**To:** +19293045049 G Man<br>**To:** +19293045049 G Man | Hold off I'll<br>Let me know wen just answer wen I call<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C777F7 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 483 | Instant Messages | Incoming | | 3/17/2021 8:37:56 PM(UTC-4) | **From:** +19175336300 Jason Phil friend<br>**To:** +16464215555 (owner)<br>**To:** +16464215555 (owner) | Thx for the heads up.<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C7757B (Table: message, handle, chat; Size: 137584640 bytes) | |
| 484 | Instant Messages | Incoming | | 3/17/2021 8:38:01 PM(UTC-4) | **From:** +19175336300 Jason Phil friend<br>**To:** +16464215555 (owner)<br>**To:** +16464215555 (owner) | Working so all good tonight<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C78F83 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 485 | Instant Messages | Outgoing | | 3/17/2021 8:38:20 PM(UTC-4) | **From:** +16464215555 (owner)<br>**To:** +19175336300 Jason Phil friend<br>**To:** +19175336300 Jason Phil friend | Thanks brother<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C78A5B (Table: message, chat, handle; Size: 137584640 bytes) | |
| 486 | Instant Messages | | | 3/17/2021 8:46:17 PM(UTC-4) | | Source:<br>**Source Extraction:** File System<br>**Source file:** File System Extraction.zip/root/private/var/mobile/Library/Recents/Recents : 0x68A14 (Size: 622592 bytes) | |
| 487 | Instant Messages | Outgoing | | 3/17/2021 8:46:17 PM(UTC-4) | **From:** +16464215555 (owner)<br>**To:** +15166723717 Amanda Melissa's friend<br>**To:** +15166723717 Amanda Melissa's friend | Hey boss lady you heard<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C78839 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 488 | Instant Messages | | | 3/17/2021 8:46:20 PM(UTC-4) | | Source:<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/Recents/Recents : 0x68A06 (Size: 622592 bytes) | |
| 489 | Instant Messages | | | 3/17/2021 8:46:20 PM(UTC-4) | | Source:<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/Recents/Recents : 0x689F8 (Size: 622592 bytes) | |
| 490 | Instant Messages | Outgoing | | 3/17/2021 8:46:20 PM(UTC-4) | **From:** +16464215555 (owner)<br>**To:** +15166723717 Amanda Melissa's friend<br>**To:** +15166723717 Amanda Melissa's friend | Lol<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C78607 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 491 | Instant Messages | | | 3/17/2021 8:46:29 PM(UTC-4) | | Source:<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/Recents/Recents : 0x449A2 (Size: 622592 bytes) | |
| 492 | Instant Messages | Outgoing | | 3/17/2021 8:46:29 PM(UTC-4) | **From:** +16464215555 (owner)<br>**To:** +12039647043 Julia Miles Cousin<br>**To:** +12039647043 Julia Miles Cousin | Hey you there<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C78436 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 493 | Instant Messages | Incoming | | 3/17/2021 8:48:05 PM(UTC-4) | **From:** +19175336300 Jason Phil friend<br>**To:** +16464215555 (owner)<br>**To:** +16464215555 (owner) | Thank you!<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C78211 (Table: message, handle, chat; Size: 137584640 bytes) | |

| 494 | Instant Messages | Outgoing | | | 3/17/2021 8:48:46 PM(UTC-4) | From: +16464215555 (owner) To: +19175336300 Jason Phil friend To: +19175336300 Jason Phil friend | Any time ..bro Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C79F8D (Table: message, chat, handle; Size: 137584640 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 495 | Instant Messages | | | | 3/17/2021 8:59:22 PM(UTC-4) | | Source: Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/Recents/Recents : 0x1DC8C (Size: 622592 bytes) | |
| 496 | Instant Messages | Incoming | | | 3/17/2021 8:59:22 PM(UTC-4) | From: +15858573967 Ivana Adams Friend To: +16464215555 (owner) To: +16464215555 (owner) | Hey Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C79D61 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 497 | Instant Messages | | | | 3/17/2021 9:04:25 PM(UTC-4) | | Source: Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/Recents/Recents : 0xE559 (Size: 622592 bytes) | |
| 498 | Instant Messages | | | | 3/17/2021 9:04:26 PM(UTC-4) | | Source: Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/Recents/Recents : 0xE54B (Size: 622592 bytes) | |
| 499 | Instant Messages | Outgoing | | | 3/17/2021 9:04:26 PM(UTC-4) | From: +16464215555 (owner) To: +19177439333 Matt Rob Friend To: +19177439333 Matt Rob Friend | No problem bro I'll have any stuff this week Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C79B84 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 500 | Instant Messages | | | | 3/17/2021 9:04:57 PM(UTC-4) | | Source: Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/Recents/Recents : 0xE53D (Size: 622592 bytes) | |
| 501 | Instant Messages | Incoming | | | 3/17/2021 9:04:57 PM(UTC-4) | From: +19177439333 Matt Rob Friend To: +16464215555 (owner) To: +16464215555 (owner) | Cool, thanks. Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C7991A (Table: message, handle, chat; Size: 137584640 bytes) | |
| 502 | Call Log | Incoming | | | 3/17/2021 9:20:57 PM(UTC-4) | From: 16463395724@s.whatsapp.net FEFE MARINE To: 16464215555@s.whatsapp.net | 00:00:00 Source: WhatsApp Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/calls.log : 0x221C (Size: 40206 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0xD927 (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x403A36 (Table: ZWAPROFILEPUSHNAME; Size: 32362496 bytes) | |
| 503 | Instant Messages | Incoming | | | 3/17/2021 9:20:57 PM(UTC-4) | From: System Message System Message Participants: 16464215555@s.whatsapp.net (owner), 16463395724@s.whatsapp.net FEFE MARINE | Missed Video call Source: WhatsApp Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x1717CBB (Table: ZWAMESSAGE; Size: 32362496 bytes) | |

| 504 | Call Log | Outgoing | | | 3/17/2021 9:26:17 PM(UTC-4) | From: 16464215555@s.whats app.net To: 16463395724@s.whats app.net FEFE MARINE | 00:00:51 Source: WhatsApp Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/calls.log : 0x2198 (Size: 40206 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.n et.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0xD927 (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x403A36 (Table: ZWAPROFILEPUSHNAME; Size: 32362496 bytes) | |
|---|---|---|---|---|---|---|---|---|
| 505 | Instant Messages | | | | 3/17/2021 9:26:52 PM(UTC-4) | | Source: Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/R ecents/Recents : 0x1DC7E (Size: 622592 bytes) | |
| 506 | Instant Messages | Incoming | | | 3/17/2021 9:26:52 PM(UTC-4) | From: +15858573967 Ivana Adams Friend To: +16464215555 (owner) To: +16464215555 (owner) | ? Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C79721 (Table: message, handle, chat; Size: 137584640 bytes) | |
| 507 | Instant Messages | Outgoing | | | 3/17/2021 9:46:38 PM(UTC-4) | From: +16464215555 (owner) To: +19293045049 G Man To: +19293045049 G Man | Yo Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C7954A (Table: message, chat, handle; Size: 137584640 bytes) | |
| 508 | Log Entries | | | | 3/17/2021 9:48:07 PM(UTC-4) | | com.apple.springboard: Wifi In:0 Wifi Out:0 Wan In:327211 Wan Out:38045 Source: iPhoneNetworkDataUsage Source Extraction: File System Source file: File system Extraction.zip/root/private/var/wireless/Library/ Databases/DataUsage.sqlite : 0x5CB02 (Table: ZLIVEUSAGE; Size: 438272 bytes) File system Extraction.zip/root/private/var/wireless/Library/ Databases/DataUsage.sqlite-wal : 0x1A2CD2 (Table: ZPROCESS; Size: 1878752 bytes) | |
| 509 | Instant Messages | Outgoing | | | 3/17/2021 9:59:20 PM(UTC-4) | From: +16464215555 (owner) To: +19293045049 G Man To: +19293045049 G Man | Yooo Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C79340 (Table: message, chat, handle; Size: 137584640 bytes) | |
| 510 | Instant Messages | Outgoing | | | 3/17/2021 10:02:04 PM(UTC-4) | From: +16464215555 (owner) To: +19293045049 G Man To: +19293045049 G Man | Hey get off the game Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C7AF8D (Table: message, chat, handle; Size: 137584640 bytes) | |
| 511 | Instant Messages | Outgoing | | | 3/17/2021 10:02:06 PM(UTC-4) | From: +16464215555 (owner) To: +19293045049 G Man To: +19293045049 G Man | How Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C7AD5F (Table: message, chat, handle; Size: 137584640 bytes) | |
| 512 | Instant Messages | | | | 3/17/2021 10:10:38 PM(UTC-4) | | Source: Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/R ecents/Recents : 0x1DC70 (Size: 622592 bytes) | |
| 513 | Instant Messages | Incoming | | | 3/17/2021 10:10:38 PM(UTC-4) | From: +15858573967 Ivana Adams Friend To: +16464215555 (owner) To: +16464215555 (owner) | Did you find any? Source: Native Messages Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Library/S MS/sms.db : 0x5C7AB4B (Table: message, handle, chat; Size: 137584640 bytes) | |

| 514 | Images | | | 3/17/2021 10:11:00 PM [Capture Time] | | IMG_4708.heic<br>**Source Extraction:** File System<br>File system Extraction.zip/root/private/var/mobile/Library/SMS/Attachments/d8/08/BE4CA9F1-EAC4-4BDA-A0F4-BD23BF732843/IMG_4708.heic : 0x0 (Size: 487984 bytes) | |
| 515 | Instant Messages | Incoming | 1 | 3/17/2021 10:13:17 PM(UTC-4) | **From:** +14048637485 Erik Vervroegen Shirley's friend **To:** +16464215555 (owner), To: +16462201678, To: michlop812@icloud.com Jason Lopez (owner) **To:** +16464215555 (owner), To: +16462201678, To: michlop812@icloud.com Jason Lopez (owner) | Library_SMS_Attachments_d8_08_BE4C A9F1-EAC4-4BDA-A0F4-BD23BF732843_IMG_4708.heic<br>**Source:** Native Messages<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x5C7A934 (Table: message, handle, attachment, chat; Size: 137584640 bytes)<br>File system Extraction.zip/root/private/var/mobile/Library/SMS/Attachments/d8/08/BE4CA9F1-EAC4-4BDA-A0F4-BD23BF732843/IMG_4708.heic : (Size: 487984 bytes) | |
| 516 | Instant Messages | Incoming | | 3/17/2021 10:18:12 PM(UTC-4) | **From:** 19292163519@s.whatsapp.net Karim **Participants:** 16464215555@s.whatsapp.net (owner), 19292163519@s.whatsapp.net Karim | sup fam<br>**Source:** WhatsApp<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x1717C45 (Table: ZWAMESSAGE; Size: 32362496 bytes)<br>File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0x3C73F (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) | |
| 517 | Instant Messages | Incoming | | 3/17/2021 10:18:19 PM(UTC-4) | **From:** 19292163519@s.whatsapp.net Karim **Participants:** 16464215555@s.whatsapp.net (owner), 19292163519@s.whatsapp.net Karim | you back<br>**Source:** WhatsApp<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x1717BCF (Table: ZWAMESSAGE; Size: 32362496 bytes)<br>File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0x3C73F (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) | |
| 518 | Instant Messages | Outgoing | | 3/17/2021 10:22:31 PM(UTC-4) | **From:** 16464215555@s.whatsapp.net (owner) **To:** 19292163519@s.whatsapp.net Karim **To:** 19292163519@s.whatsapp.net Karim | Yes sir<br>**Source:** WhatsApp<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x1717B56 (Table: ZWAMESSAGE; Size: 32362496 bytes)<br>File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes)<br>File system Extraction.zip/root/private/var/mobile/Containers/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0x3C73F (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) | |

| 519 | Instant Messages | Outgoing | | | 3/17/2021 10:22:39 PM(UTC-4) | From: 16464215555@s.whats app.net (owner) To: 19292163519@s.whats app.net Karim To: 19292163519@s.whats app.net Karim | What you up to bro Source: WhatsApp Source Extraction: File System Source file: File System Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x1717AD0 (Table: ZWAMESSAGE; Size: 32362496 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.n et.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0x3C73F (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) | |
| 520 | Instant Messages | Incoming | | | 3/17/2021 10:22:56 PM(UTC-4) | From: 19292163519@s.whats app.net Karim Participants: 16464215555@s.whats app.net (owner), 19292163519@s.whats app.net Karim | Long day just up from a nap Source: WhatsApp Source Extraction: File System Source file: File System Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x1717A44 (Table: ZWAMESSAGE; Size: 32362496 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0x3C73F (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) | |
| 521 | Instant Messages | Outgoing | | | 3/17/2021 10:25:45 PM(UTC-4) | From: 16464215555@s.whats app.net (owner) To: 19292163519@s.whats app.net Karim To: 19292163519@s.whats app.net Karim | If your going to be around way let me know have some every one is saying it's to Strong .. Give it to some girls and you let me know lol bro Source: WhatsApp Source Extraction: File System Source file: File System Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x171793F (Table: ZWAMESSAGE; Size: 32362496 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.n et.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0x3C73F (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) | |
| 522 | Instant Messages | Incoming | | | 3/17/2021 10:26:16 PM(UTC-4) | From: 19292163519@s.whats app.net Karim Participants: 16464215555@s.whats app.net (owner), 19292163519@s.whats app.net Karim | welcome back. I got do some research so I'm gonna make some coffee and settle in... Source: WhatsApp Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x171787A (Table: ZWAMESSAGE; Size: 32362496 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0x3C73F (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) | |
| 523 | Instant Messages | Incoming | | | 3/17/2021 10:26:26 PM(UTC-4) | From: 19292163519@s.whats app.net Karim Participants: 16464215555@s.whats app.net (owner), 19292163519@s.whats app.net Karim | tomorrow? Source: WhatsApp Source Extraction: File System Source file: File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x1717801 (Table: ZWAMESSAGE; Size: 32362496 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0x3C73F (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) | |

| 524 | Instant Messages | Outgoing | | | 3/17/2021 10:26:43 PM(UTC-4) | **From:** 16464215555@s.whats app.net (owner) **To:** 19292163519@s.whats app.net Karim **To:** 19292163519@s.whats app.net Karim | Yeah cool let me know **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x1717778 (Table: ZWAMESSAGE; Size: 32362496 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.n et.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0x3C73F (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) | |
| 525 | Instant Messages | Incoming | | | 3/17/2021 10:27:38 PM(UTC-4) | **From:** 19292163519@s.whats app.net Karim **Participants:** 16464215555@s.whats app.net (owner), 19292163519@s.whats app.net Karim | everyone like new goodies so I'll be happy to spread the word when i'm in the mix **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x17176B6 (Table: ZWAMESSAGE; Size: 32362496 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0x3C73F (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) | |
| 526 | Instant Messages | Outgoing | 1 | | 3/17/2021 10:28:14 PM(UTC-4) | **From:** 16464215555@s.whats app.net (owner) **To:** 19292163519@s.whats app.net Karim **To:** 19292163519@s.whats app.net Karim | c04dc8e1-06ba-4f0a-92ef-927915202dfe.mp4  **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x171763B (Table: ZWAMESSAGE, ZWAMEDIAITEM; Size: 32362496 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Library/Preferences/group.n et.whatsapp.WhatsApp.shared.plist : 0x669 (Size: 16996 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0x3C73F (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/Message/Media/192921635 19@s.whatsapp.net/c/0/c04dc8e1-06ba-4f0a-92ef-927915202dfe.mp4 :   (Size: 33395 bytes) | |
| 527 | Instant Messages | Incoming | | | 3/17/2021 10:28:57 PM(UTC-4) | **From:** 19292163519@s.whats app.net Karim **Participants:** 16464215555@s.whats app.net (owner), 19292163519@s.whats app.net Karim | **Source:** WhatsApp **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ChatStorage.sqlite : 0x17175C4 (Table: ZWAMESSAGE; Size: 32362496 bytes) File system Extraction.zip/root/private/var/mobile/Containe rs/Shared/AppGroup/A37705AF-F30F-4C3B-94E5-EAF2CA9E7D08/ContactsV2.sqlite : 0x3C73F (Table: ZWAADDRESSBOOKCONTACT; Size: 430080 bytes) | |

# GX(E)111-34

From: 16464215555@s.whatsapp.net Billz

Status: Read
Platform: Mobile

7/1/2019 12:35:19 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x2D46D4 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

Attachments:

Size: 9469
File name: 348daf6e-018e-4709-97ce-37a1db5c0eb8.opus
Path: https://mmg.whatsapp.net/d/f/AhRLFxav4S7WqgTfmIeOo8i-
LB7Q_9neBJL22V5B0sK7.enc
348daf6e-018e-4709-97ce-37a1db5c0eb8.opus

Platform: Mobile

7/1/2019 12:35:26 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x2D4668 (Table: ZWAMESSAGE, ZWAMEDIAITEM; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Message/
Media/16464215555@s.whatsapp.net/3/4/348daf6e-018e-4709-97ce-37a1db5c0eb8.opus :
(Size: 9469 bytes)

From: 16464215555@s.whatsapp.net Billz

Status: Read
Platform: Mobile

7/1/2019 12:35:29 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x2D45F1 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

Yo you have work put away
Status: Read
Platform: Mobile

7/1/2019 3:14:46 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x2D456C (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

Huh?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsa pp.net Billz | 7/1/2019 3:15:17 PM(UTC-4) | | |

**Status:** Delivered
**Platform:** Mobile

7/1/2019 3:15:16 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x2D44F7 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Pr
eferences/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

The will
**Status:** Read
**Platform:** Mobile

7/1/2019 3:15:26 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x2D4481 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

Do you have wiii put away
**Status:** Read
**Platform:** Mobile

7/1/2019 3:15:50 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x2D43FC (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

F73

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 7/1/2019 3:23:24 PM(UTC-4) | | |

**Status:** Delivered
**Platform:** Mobile

7/1/2019 3:23:22 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x2D4387 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

Cool

**Status:** Read
**Platform:** Mobile

7/1/2019 3:23:37 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x2D4315 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

Just know I'm a bad bitch blood

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 7/1/2019 3:23:41 PM(UTC-4) | | |

**Status:** Delivered
**Platform:** Mobile

7/1/2019 3:23:40 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x2D4284 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

Yup

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 7/1/2019 9:25:04 PM(UTC-4) | | |

**Status:** Delivered
**Platform:** Mobile

7/1/2019 9:25:03 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x2D69E8 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

I forgot to ask you how much will you have put away

**Status:** Read
**Platform:** Mobile

7/1/2019 9:25:19 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x2D6947 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

You do remember i know the safe pword right?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 7/1/2019 9:26:11 PM(UTC-4) | | |

**Status:** Delivered
**Platform:** Mobile

7/1/2019 9:26:09 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x2D68AA (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

GX(E)111-47

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

Talk to me nice i might run around for you today

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 9/5/2020 3:09:10 PM(UTC-4) | | |

**Status:** Delivered
**Platform:** Mobile

9/5/2020 3:09:08 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x338AF8 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferences/gro
up.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite :
0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

Wassup before i leave and get into some shit?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 9/5/2020 4:21:56 PM(UTC-4) | | |

**Status:** Delivered
**Platform:** Mobile

9/5/2020 4:21:54 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sql
ite : 0x338A56 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferen
ces/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqli
te : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

He's doing the account on everything
**Status:** Read
**Platform:** Mobile

9/5/2020 4:23:58 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3389BF (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

F77

GOVERNMENT
EXHIBIT
111-47
22 Cr. 91 (RA)

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

Ight

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 9/5/2020 4:34:50 PM(UTC-4) | | |

**Status:** Delivered
**Platform:** Mobile

9/5/2020 4:34:42 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x338948 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

He's almost done bro

**Status:** Read
**Platform:** Mobile

9/5/2020 5:31:29 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x3388C2 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

Np

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 9/5/2020 5:31:53 PM(UTC-4) | | |

**Status:** Delivered
**Platform:** Mobile

9/5/2020 5:31:52 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x33884D (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

Cool

**Status:** Read
**Platform:** Mobile

9/5/2020 5:32:06 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3387D9 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

115 blues
75 yellow
13 add
1will
15Es
Cash 1550$

**Status:** Read
**Platform:** Mobile

9/5/2020 6:59:02 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x338737 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite :
0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

That's what Mike has to give you

**Status:** Read
**Platform:** Mobile

9/5/2020 6:59:17 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3386A6 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

Copy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 9/5/2020 6:59:23 PM(UTC-4) | | |

**Status:** Delivered
**Platform:** Mobile

9/5/2020 6:59:22 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x33862F (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Pr
eferences/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

F79

GX(E)111-58

From: 16464215555@s.whatsapp.net Billz

Hey boss

**Status:** Read

**Platform:** Mobile

10/20/2020 2:50:52 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x38BFBE (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

200 , 6th ave. 1will 200$

**Status:** Read

**Platform:** Mobile

10/20/2020 2:51:07 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x38BF37 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

You still have form the old batch right

**Status:** Read

**Platform:** Mobile

10/20/2020 2:51:24 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x38BEA1 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

Yup

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 10/20/2020 2:51:28 PM(UTC-4) | | |

**Status:** Delivered

**Platform:** Mobile

10/20/2020 2:51:28 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x38BE2B (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

GOVERNMENT
EXHIBIT
111-58
22 Cr. 91 (RA)

F81

GX(E)111-59

From: 16464215555@s.whatsapp.net Billz

**Attachments:**



Size: 157965
File name: 32cafe6a-4d94-4e68-a231-756dcde12d9c.mp4
Path:
https://mmg.whatsapp.net/d/f/AtHGHVR_FuaDZrWjVxG6RQd4T6r9abt6TTDCgG2VZa
m0.enc
32cafe6a-4d94-4e68-a231-756dcde12d9c.mp4

**Status:** Read

**Platform:** Mobile

10/31/2020 12:02:22 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x391210 (Table: ZWAMESSAGE, ZWAMEDIAITEM; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Message/
Media/16464215555@s.whatsapp.net/3/2/32cafe6a-4d94-4e68-a231-756dcde12d9c.mp4 :
(Size: 157965 bytes)

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

After 2

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 10/31/2020 12:02:57 PM(UTC-4) | | |

**Status:** Delivered

**Platform:** Mobile

10/31/2020 12:02:55 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x391194 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Pr
eferences/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

And someone needs to leave some Will in the crib cuz i have none

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 10/31/2020 12:03:06 PM(UTC-4) | | |

**Status:** Delivered

**Platform:** Mobile

10/31/2020 12:03:05 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x3910E0
(Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wh
atsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0xFBAB
(Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

Got you

**Status:** Read

**Platform:** Mobile

10/31/2020 12:03:23 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x392FBF (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

You not home

**Status:** Read

**Platform:** Mobile

10/31/2020 12:03:30 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x392F45 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

Nah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 10/31/2020 1:17:18 PM(UTC-4) | | |

**Status:** Delivered

**Platform:** Mobile

10/31/2020 1:17:15 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x392ED0 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Pr
eferences/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

142 Bleecker, NY, 10012

**Status:** Read

**Platform:** Mobile

10/31/2020 2:44:59 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x392E49 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

F84

2196

From: 16464215555@s.whatsapp.net Billz

1will 200$

**Status:** Read
**Platform:** Mobile

10/31/2020 2:45:05 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x392DD0 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

It's in the kitchen

**Status:** Read
**Platform:** Mobile

10/31/2020 2:45:11 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x392D4D (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

Copy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsa pp.net Billz | 10/31/2020 2:45:23 PM(UTC-4) | | |

**Status:** Delivered
**Platform:** Mobile

10/31/2020 2:45:22 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x392CD7 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Pr
eferences/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

**Attachments:**

Size: 17362
File name: 59929c13-7229-4159-8475-2cb7feca96f5.opus
Path: https://mmg.whatsapp.net/d/f/An2GDfjQI6s5vnLOa8ThClO4z-
nipgE45cmm1m84_mg.enc
59929c13-7229-4159-8475-2cb7feca96f5.opus

**Platform:** Mobile

10/31/2020 2:45:31 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x392C67 (Table: ZWAMESSAGE, ZWAMEDIAITEM; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Message/
Media/16464215555@s.whatsapp.net/5/9/59929c13-7229-4159-8475-2cb7feca96f5.opus :
(Size: 17362 bytes)

F85

GX(E)111-63

From: 16464215555@s.whatsapp.net Billz

Coming out

**Status:** Read

**Platform:** Mobile

11/28/2020 6:24:06 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3A79B5 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

282 11th ave apt 1112 10001 Kristine 3will 2 Edibles 2 carts 500$  you have to stop by your daddy house

**Status:** Read

**Platform:** Mobile

11/28/2020 8:04:46 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x3A78E0 (Table: ZWAMESSAGE;
Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0xFBAB (Table:
ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

lght

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 11/28/2020 8:05:27 PM(UTC-5) | | |

**Status:** Delivered

**Platform:** Mobile

11/28/2020 8:05:26 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3A7868 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Pr
eferences/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

Hey how long bro she's about to pass out will mom

**Status:** Read

**Platform:** Mobile

11/28/2020 8:35:29 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x3A77C5 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite :
0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

F87

From: 16464215555@s.whatsapp.net Billz

She's going to now

**Status:** Read
**Platform:** Mobile

11/29/2020 7:19:32 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3A8B19 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

1682 1st Avenue, NY, 10128 240$

**Status:** Read
**Platform:** Mobile

11/29/2020 7:43:07 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3A8A8C (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

431 W 37, 6K 200$

**Status:** Read
**Platform:** Mobile

11/29/2020 8:03:11 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3A8A0C (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

I need another pack i only have 2

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsa pp.net Billz | 11/29/2020 8:05:11 PM(UTC-5) | | |

**Status:** Delivered
**Platform:** Mobile

11/29/2020 8:05:10 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3A8979 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Pr
eferences/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

F88

From: 16464215555@s.whatsapp.net Billz

Take it from the cabinet

**Status:** Read

**Platform:** Mobile

11/29/2020 8:05:28 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3A88F0 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

Tell ma one out it's not one in there

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 11/29/2020 8:07:35 PM(UTC-5) | | |

**Status:** Delivered

**Platform:** Mobile

11/29/2020 8:07:33 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3A87B0 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Pr
eferences/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

Hey do the uptown one first because he's in a hurry

**Status:** Read

**Platform:** Mobile

11/29/2020 8:25:57 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x3A87B0 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite :
0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

Hey how long bro

**Status:** Read

**Platform:** Mobile

11/29/2020 8:50:32 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3A8731 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

# GX(E)111-66

From: 16464215555@s.whatsapp.net Billz

Hey bro how many will you have

**Status:** Read

**Platform:** Mobile

12/5/2020 4:32:49 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3AC1D7 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

I have no idea I'm not at the crib

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 12/5/2020 4:33:36 PM(UTC-5) | | |

**Status:** Delivered

**Platform:** Mobile

12/5/2020 4:33:34 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3AC140 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Pr
eferences/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

But i think it's like 9 black

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 12/5/2020 4:33:42 PM(UTC-5) | | |

**Status:** Delivered

**Platform:** Mobile

12/5/2020 4:33:41 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3AC0AC (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Pr
eferences/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

GOVERNMENT
EXHIBIT
111-66
22 Cr. 91 (RA)

F91

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

And still some red

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 12/5/2020 4:33:48 PM(UTC-5) | | |

**Status:** Delivered
**Platform:** Mobile

12/5/2020 4:33:47 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3ADFB0 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Pr
eferences/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

Ok cool

**Status:** Read
**Platform:** Mobile

12/5/2020 4:33:55 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3ADEB8 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

I have a lot

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 12/5/2020 4:33:55 PM(UTC-5) | | |

**Status:** Delivered
**Platform:** Mobile

12/5/2020 4:33:55 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3ADF2F (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Pr
eferences/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

Bet

**Status:** Read
**Platform:** Mobile

12/5/2020 4:34:01 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3ADE47 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

Your daddy doesn't have that many left

**Status:** Read
**Platform:** Mobile

12/5/2020 4:34:08 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3ADDB1 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

It's in my closet in the same spot in that bag

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 12/5/2020 4:34:22 PM(UTC-5) | | |

**Status:** Delivered
**Platform:** Mobile

12/5/2020 4:34:20 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlit
e : 0x3ADD0E (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preferenc
es/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlit
e : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

F93

GX(E)111-70

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

I'm here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 12/21/2020 4:04:01 PM(UTC-5) | | |

**Status:** Delivered
**Platform:** Mobile

12/21/2020 4:04:00 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3B966C (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Pr
eferences/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

Calling him
**Status:** Read
**Platform:** Mobile

12/21/2020 4:04:17 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3B95F1 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

343 West 12th Street 20 addys 200$

50 E. 8th St. 200$ will

43 Mercer st 10  10 bars 760$
**Status:** Read
**Platform:** Mobile

12/21/2020 7:00:34 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x3B9523 (Table:
ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0xFBAB (Table:
ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

It's ready for you
**Status:** Read
**Platform:** Mobile

12/21/2020 7:00:44 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3B949F (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

F95

2554

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

At will crib?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 12/21/2020 7:01:11 PM(UTC-5) | | |

**Status:** Delivered
**Platform:** Mobile

12/21/2020 7:01:10 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3B9420 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Pr
eferences/group.net.whatsapp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

Yeah the rest of the stuff that you need

**Status:** Read
**Platform:** Mobile

12/21/2020 7:01:23 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3B9388 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

At 12th

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 12/21/2020 7:35:36 PM(UTC-5) | | |

**Status:** Delivered
**Platform:** Mobile

12/21/2020 7:35:34 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3B930E (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Pr
eferences/group.net.whatsapp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

F96

From: 16464215555@s.whatsapp.net Billz

**Coming out**

**Status:** Read
**Platform:** Mobile

12/21/2020 7:35:56 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3B9294 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

**Tell him hurry tf up!!**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 12/21/2020 7:38:12 PM(UTC-5) | | |

**Status:** Delivered
**Platform:** Mobile

12/21/2020 7:38:10 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3B920C (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Pr
eferences/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

**Yooo**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 12/21/2020 7:38:51 PM(UTC-5) | | |

**Status:** Delivered
**Platform:** Mobile

12/21/2020 7:38:50 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3B9193 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Pr
eferences/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

F97

From: 13479895039@s.whatsapp.net Kay (owner)
To: 16464215555@s.whatsapp.net Billz

He gone have to wait cuz this can about to leave

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 16464215555@s.whatsapp.net Billz | 12/21/2020 7:39:11 PM(UTC-5) | | |

**Status:** Delivered
**Platform:** Mobile

12/21/2020 7:39:10 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite
: 0x3B90EF (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Library/Preference
s/group.net.whatsapp.WhatsApp.shared.plist : 0x7FE (Size: 13347 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite :
0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

He's walking out the steps now

**Status:** Read
**Platform:** Mobile

12/21/2020 7:39:24 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3BAFA6 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

From: 16464215555@s.whatsapp.net Billz

15 seconds he said

**Status:** Read
**Platform:** Mobile

12/21/2020 7:40:17 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStor
age.sqlite : 0x3BAF25 (Table: ZWAMESSAGE; Size: 8749056 bytes)
iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Contacts
V2.sqlite : 0xFBAB (Table: ZWAADDRESSBOOKCONTACT; Size: 114688 bytes)

GX(E)111-77



(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

$1735 yesterday

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

3/28/2021 9:41:24 AM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x29C3F65 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
(owner)

Hey you in the crib

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 3/29/2021 9:45:24 PM(UTC-4) | |

**Status:** Read

3/29/2021 9:45:05 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x29769BE (Table: message, handle; Size: 212844544 bytes)



(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

3/29/2021 9:45:27 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2983AED (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
(owner)

Hey bro just run up to the 21st floor he's going to be there

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 3/29/2021 9:55:31 PM(UTC-4) | |

**Status:** Read

3/29/2021 9:55:19 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x298F472 (Table: message, handle; Size: 212844544 bytes)

From: +16465304115
(owner)

419

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 3/29/2021 9:55:31 PM(UTC-4) | |

**Status:** Read

3/29/2021 9:55:25 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2974240 (Table: message, handle; Size: 212844544 bytes)

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Copy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

3/29/2021 9:55:34 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2982D85 (Table: message, handle, chat; Size: 212844544 bytes)



(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

I'm heading over

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

3/29/2021 9:59:50 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2973954 (Table: message, handle, chat; Size: 212844544 bytes)

---

From: +16465304115
(owner)

Cool

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 3/29/2021 10:04:26 PM(UTC-4) | |

**Status:** Read

3/29/2021 10:00:18 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2981783 (Table: message, handle; Size: 212844544 bytes)

---

From: +16465304115
(owner)

Let me know when you're there

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 3/29/2021 10:04:26 PM(UTC-4) | |

**Status:** Read

3/29/2021 10:00:25 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x298D3AB (Table: message, handle; Size: 212844544 bytes)

---



(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

I'm here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

3/29/2021 10:04:29 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2972188 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
(owner)

Coming

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 3/29/202 1 10:05:47 PM(UTC -4) | |

**Status:** Read

3/29/2021 10:04:42 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x297F1DF (Table: message, handle; Size: 212844544 bytes)

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

I'm in the stairs

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

3/29/2021 10:06:42 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x298C222 (Table: message, handle, chat; Size: 212844544 bytes)

F103

From: +16465304115
(owner)

We're gonna have to knock on his door

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 3/29/2021 10:08:50 PM(UTC-4) | |

**Status:** Read

3/29/2021 10:08:49 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2972D7B (Table: message, handle; Size: 212844544 bytes)



(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Tell Will to call his mom

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

3/29/2021 10:08:57 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x297FAC9 (Table: message, handle, chat; Size: 212844544 bytes)



(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

She not answering

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

3/29/2021 10:09:04 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x298CB38 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115 (owner)

Calling him

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 3/29/2021 10:09:09 PM(UTC-4) | |

**Status:** Read

3/29/2021 10:09:09 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2971741 (Table: message, handle; Size: 212844544 bytes)

From: +16465304115 (owner)

He's calling her

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 3/29/2021 10:17:13 PM(UTC-4) | |

**Status:** Read

3/29/2021 10:09:54 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x297E4B1 (Table: message, handle; Size: 212844544 bytes)

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Apt?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

3/29/2021 10:17:19 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x298B43C (Table: message, handle, chat; Size: 212844544 bytes)

F105

From: +16465304115
(owner)

I for got witch one .. but I know it's the 21 floor at

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 3/29/2021 10:18:33 PM(UTC-4) | |

**Status:** Read

3/29/2021 10:18:17 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2971F63 (Table: message, handle; Size: 212844544 bytes)

From: +16465304115
(owner)

Let me know when you're on the floor

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 3/29/2021 10:22:37 PM(UTC-4) | |

**Status:** Read

3/29/2021 10:19:53 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x297ED81 (Table: message, handle; Size: 212844544 bytes)

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

3/29/2021 10:23:01 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x298A1D8 (Table: message, handle, chat; Size: 212844544 bytes)

F106

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Tell him come out

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

3/29/2021 10:24:54 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x296C1BD (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
(owner)

Coming

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Unknown | | 3/29/2021 10:25:23 PM(UTC-4) | |

**Status:** Read

3/29/2021 10:25:09 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x29864C3 (Table: message, handle; Size: 212844544 bytes)

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

I got him

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

3/29/2021 10:25:29 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2986F65 (Table: message, handle, chat; Size: 212844544 bytes)

F107

GX(E)111-78

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

Status: Sent

4/2/2021 11:50:57 AM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x291F4A1 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
(owner)

Hey you in the crib

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 4/2/2021 4:43:36 PM(UTC-4) | |

Status: Read

4/2/2021 4:43:29 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2929F63 (Table: message, handle; Size: 212844544 bytes)

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Just walked in

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

Status: Sent

4/2/2021 4:43:40 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2921892 (Table: message, handle, chat; Size: 212844544 bytes)

F109

GOVERNMENT
EXHIBIT
111-78
22 Cr. 91 (RA)

From: +16465304115
(owner)

Nice

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 4/2/2021 4:56:05 PM(UTC-4) | |

**Status:** Read

4/2/2021 4:43:52 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x292B93E (Table: message, handle; Size: 212844544 bytes)

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

I just gave him my left over will too

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

4/2/2021 4:56:15 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x29233D9 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
(owner)

Cool

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 4/2/2021 5:15:53 PM(UTC-4) | |

**Status:** Read

4/2/2021 4:56:56 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2913759 (Table: message, handle; Size: 212844544 bytes)

F110

GX(E)111-79

From: +16465304115
(owner)

Hey boss need your will

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 4/9/2021 5:47:15 PM(UTC -4) | |

**Status:** Read

4/9/2021 5:46:22 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x289D284 (Table: message, handle; Size: 212844544 bytes)

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Timbaland box

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

4/9/2021 5:47:24 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2888F65 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
(owner)

Yo bro you have a crusher here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 4/9/2021 9:27:07 PM(UTC -4) | |

**Status:** Read

4/9/2021 9:25:43 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2892B34 (Table: message, handle; Size: 212844544 bytes)

From: +16465304115
(owner)

My nigga

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 4/21/202 1 2:44:58 PM(UTC -4) | |

**Status:** Read

4/21/2021 2:31:34 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x27E3F63 (Table: message, handle; Size: 212844544 bytes)

From: +16465304115
(owner)

Where did you put the will

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 4/21/202 1 2:44:58 PM(UTC -4) | |

**Status:** Read

4/21/2021 2:31:54 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x27C9A84 (Table: message, handle; Size: 212844544 bytes)

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Timberland box

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

4/21/2021 2:45:10 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x27D44C3 (Table: message, handle, chat; Size: 212844544 bytes)

F113

GX(E)111-80

From: +16465304115
(owner)

200$

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 5/8/2021 3:21:29 PM(UTC-4) | |

**Status:** Read

5/8/2021 3:17:40 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2679F63 (Table: message, handle; Size: 212844544 bytes)

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Where i get will from?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/8/2021 3:21:40 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2687D52 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
(owner)

Run up to La Jolla

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 5/8/2021 3:23:14 PM(UTC-4) | |

**Status:** Read

5/8/2021 3:22:01 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2693748 (Table: message, handle; Size: 212844544 bytes)

GX(E)111-82

From: +16465304115
(owner)

**Attachments:**



Title: tmp.heics
Size: 391842
File name: ~/Library/SMS/Attachments/d5/05/at_0_D904F751-BA63-41A8-B14C-CD72A8D0156D/tmp.heics
~/Library/SMS/Attachments/d5/05/at_0_D904F751-BA63-41A8-B14C-CD72A8D0156D/tmp.heics

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 5/23/2021 10:40:50 PM(UTC-4) | |

**Status:** Read

5/23/2021 10:40:40 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24FA26D (Table: message, handle, attachment; Size: 212844544 bytes)
iPhone/mobile/Library/SMS/Attachments/d5/05/at_0_D904F751-BA63-41A8-B14C-CD72A8D0156D/tmp.heics : (Size: 391842 bytes)

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/23/2021 10:40:53 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2507F65 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
(owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 5/23/2021 10:42:12 PM(UTC-4) | |

**Status:** Read

5/23/2021 10:41:07 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2512F63 (Table: message, handle; Size: 212844544 bytes)

From: +16465304115
(owner)

Yo did you pick it up from his crib

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 5/23/2021 11:05:06 PM(UTC-4) | |

**Status:** Read

5/23/2021 11:04:31 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2503520 (Table: message, handle; Size: 212844544 bytes)



(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/23/2021 11:06:06 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x25109BD (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
(owner)

Come on bro I need you to do that ASAP

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 5/23/2021 11:07:30 PM(UTC-4) | |

**Status:** Read

5/23/2021 11:06:23 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2503D39 (Table: message, handle; Size: 212844544 bytes)

F118

370

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

What am i doing?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/23/2021 11:07:46 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x250FB71 (Table: message, handle, chat; Size: 212844544 bytes)

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Getting something from there and taking it where?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/23/2021 11:07:53 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24F6F65 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
(owner)

To the crib

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 5/23/202 1 11:10:31 PM(UTC -4) | |

**Status:** Read

5/23/2021 11:08:06 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2502D6A (Table: message, handle; Size: 212844544 bytes)

F119



(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

He can't do that? lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/23/2021 11:10:38 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x250E568 (Table: message, handle, chat; Size:
212844544 bytes)

From: +16465304115
(owner)

No bro he's not around I need you to go do that ASAP

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 5/23/2021 11:15:48 PM(UTC-4) | |

**Status:** Read

5/23/2021 11:11:01 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24F58C5 (Table: message, handle; Size: 212844544 bytes)

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/23/2021 11:15:57 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2501727 (Table: message, handle, chat; Size:
212844544 bytes)

F120



(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

He not a wrong the phone

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/23/2021 11:16:16 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x250ED77 (Table: message, handle, chat; Size: 212844544 bytes)

---

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Is his mom up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/23/2021 11:16:25 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24F428B (Table: message, handle, chat; Size: 212844544 bytes)

---

From: +16465304115
(owner)

She's been waiting for you bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 5/23/202 1 11:19:39 PM(UTC -4) | |

**Status:** Read

5/23/2021 11:17:02 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x250097F (Table: message, handle; Size: 212844544 bytes)



(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Well I'm going up now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/23/2021 11:19:44 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x250CF6D (Table: message, handle, chat; Size: 212844544 bytes)

---

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Tell your boy make sure she's up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/23/2021 11:19:53 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24F3542 (Table: message, handle, chat; Size: 212844544 bytes)

---

From: +16465304115
(owner)

He's calling her now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 5/23/202 1 11:24:57 PM(UTC -4) | |

**Status:** Read

5/23/2021 11:21:47 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24FF2A1 (Table: message, handle; Size: 212844544 bytes)

F122

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

**Ma has it**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/23/2021 11:34:58 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x25046EA (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
(owner)

**Perfect**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 5/23/2021 11:35:28 PM(UTC-4) | |

**Status:** Read

5/23/2021 11:35:15 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2511D5F (Table: message, handle; Size: 212844544 bytes)

From: +16465304115
(owner)

**I was hoops**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 5/23/2021 11:35:28 PM(UTC-4) | |

**Status:** Read

5/23/2021 11:35:23 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24F8B21 (Table: message, handle; Size: 212844544 bytes)

F123

From: +16465304115
(owner)

How was

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| Unknown | | 5/23/2021 11:35:30 PM(UTC-4) | |

**Status:** Read

5/23/2021 11:35:30 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x25105D2 (Table: message, handle; Size: 212844544 bytes)



(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/23/2021 11:35:32 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24F74D6 (Table: message, handle, chat; Size: 212844544 bytes)



(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/23/2021 11:35:40 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2503929 (Table: message, handle, chat; Size: 212844544 bytes)

F124

From: +16465304115
(owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 5/23/2021 11:35:42 PM(UTC-4) | |

**Status:** Read

5/23/2021 11:35:41 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2510D83 (Table: message, handle; Size: 212844544 bytes)

From: +16465304115
(owner)

**Attachments:**



Title: tmp.heics
Size: 113573
File name: ~/Library/SMS/Attachments/24/04/at_0_6DF2075B-ED0A-4EE3-94CB-BB3BCDAE1439/tmp.heics
~/Library/SMS/Attachments/24/04/at_0_6DF2075B-ED0A-4EE3-94CB-BB3BCDAE1439/tmp.heics

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 5/23/2021 11:48:41 PM(UTC-4) | |

**Status:** Read

5/23/2021 11:36:07 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x250F6BF (Table: message, handle, attachment; Size: 212844544 bytes)
iPhone/mobile/Library/SMS/Attachments/24/04/at_0_6DF2075B-ED0A-4EE3-94CB-BB3BCDAE1439/tmp.heics :  (Size: 113573 bytes)

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Gotta go

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/23/2021 11:48:45 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x25029BA (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
(owner)

Real soon we will Have the cave room let

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 5/24/202 1 1:22:08 AM(UTC -4) | |

**Status:** Read

5/23/2021 11:49:28 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x250FF63 (Table: message, handle; Size: 212844544 bytes)

---

From: +16465304115
(owner)

Lit

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 5/24/202 1 1:22:08 AM(UTC -4) | |

**Status:** Read

5/23/2021 11:49:30 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24F5492 (Table: message, handle; Size: 212844544 bytes)

---

From: +16465304115
(owner)

Hey boss how many red you have

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | 5/24/2021 3:02:52 PM(UTC-4) | 5/24/202 1 3:02:52 PM(UTC -4) | |

**Status:** Read

5/24/2021 3:01:16 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24FD2BD (Table: message, handle; Size: 212844544 bytes)



(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

4

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/24/2021 3:02:54 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x250AF5B (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
(owner)

819 Randolph Street
Traverse City, MI 49684

10 red again pls

I'm calling lover boy now to see where he at

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

**Status:** Read

5/24/2021 3:05:16 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24F094C (Table: message, handle; Size: 212844544 bytes)

From: +16465304115
(owner)

Hey bro run over to the crib he's there

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | 5/24/2021 3:26:07 PM(UTC-4) | 5/24/2021 3:26:07 PM(UTC-4) | |

**Status:** Read

5/24/2021 3:22:38 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24EF3CC (Table: message, handle; Size: 212844544 bytes)

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/24/2021 3:26:28 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24FB494 (Table: message, handle, chat; Size:
212844544 bytes)

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Copy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/24/2021 3:41:04 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2508F6B (Table: message, handle, chat; Size:
212844544 bytes)

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

10 mins

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/24/2021 3:41:20 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24EE80B (Table: message, handle, chat; Size:
212844544 bytes)

From: +16465304115
(owner)

Cool

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | 5/24/2021 3:53:07 PM(UTC-4) | 5/24/2021 3:53:07 PM(UTC-4) | |

**Status:** Read

5/24/2021 3:42:52 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24FBF5B (Table: message, handle; Size: 212844544 bytes)

---

From: +16465304115
(owner)

Hey I have a Client

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | 5/24/2021 3:53:07 PM(UTC-4) | 5/24/2021 3:53:07 PM(UTC-4) | |

**Status:** Read

5/24/2021 3:52:58 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2507D52 (Table: message, handle; Size: 212844544 bytes)

---

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/24/2021 3:53:11 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2512D7D (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
(owner)

93rd St. between first and second

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

**Status:** Read

5/24/2021 3:53:22 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24F9A6C (Table: message, handle; Size: 212844544 bytes)

From: +16465304115
(owner)

I just ask for the building number let's see if they send it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

**Status:** Read

5/24/2021 3:53:31 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x250527D (Table: message, handle; Size: 212844544 bytes)

From: +16465304115
(owner)

Let me know when you have a ETA

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

**Status:** Read

5/24/2021 3:57:44 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2511719 (Table: message, handle; Size: 212844544 bytes)

From: +16465304115
(owner)

200$

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

**Status:** Read

5/24/2021 3:57:50 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24F84EC (Table: message, handle; Size: 212844544 bytes)

F130



(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Copy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/24/2021 3:58:01 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x25048BC (Table: message, handle, chat; Size:
212844544 bytes)

(owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Im going up to wills now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/24/2021 3:58:06 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2511F5B (Table: message, handle, chat; Size:
212844544 bytes)

From: +16465304115
(owner)

Cool

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | 5/24/2021 3:58:44 PM(UTC-4) | 5/24/202 1 3:58:44 PM(UTC -4) | |

**Status:** Read

5/24/2021 3:58:11 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24F8CF9 (Table: message, handle; Size: 212844544
bytes)

GX(E)111-106

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

On the block

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 10/16/20 21 12:14:10 AM(UTC -4) | |
| +13479895039 Kaylen | | | |

**Status:** Read

10/16/2021 12:06:06 AM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6BD5358 (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Im bout to pull up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 10/16/2021 12:14:21 AM(UTC-4) | 10/16/20 21 12:14:31 AM(UTC -4) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

10/16/2021 12:14:21 AM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6BD6F41 (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Copy I'm upstairs

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 10/16/20 21 12:44:49 AM(UTC -4) | |
| +13479895039 Kaylen | | | |

**Status:** Read

10/16/2021 12:15:20 AM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6BD6CC6 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Hey you have will

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 10/17/2021 9:35:13 PM(UTC-4) | |
| +13479895039 Kaylen | | | |

**Status:** Read

10/17/2021 9:34:37 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6C0FF3F (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

No

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 10/17/2021 9:35:35 PM(UTC-4) | 10/17/2021 11:22:47 PM(UTC-4) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

10/17/2021 9:35:35 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6C0FCF7 (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

305 w 50th 2 Single 200$

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 10/17/2021 11:40:54 PM(UTC-4) | |
| +13479895039 Kaylen | | | |

**Status:** Read

10/17/2021 11:38:45 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6C10AE8 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

G is making it for you now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 10/17/20 21 11:40:54 PM(UTC -4) | |
| +13479895039 Kaylen | | | |

**Status:** Read

10/17/2021 11:38:51 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6C1049A (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

They still there waiting just give him the 3 for 200

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 10/18/202 1 12:14:16 AM(UTC- 4) | |
| +13479895039 Kaylen | | | |

**Status:** Read

10/18/2021 12:12:01 AM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6C12F3F (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Did he pass it to you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 10/18/20 21 12:14:16 AM(UTC -4) | |
| +13479895039 Kaylen | | | |

**Status:** Read

10/18/2021 12:12:07 AM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6C12CAF (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

**1960 yesterday and $40 was Sunday Monday was only $100**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 10/20/2021 8:02:10 PM(UTC-4) | 10/20/2021 8:02:19 PM(UTC-4) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

10/20/2021 8:02:10 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6CB1F41 (Table: message, chat, handle; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

**So 2k**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 10/20/2021 8:02:21 PM(UTC-4) | 10/20/2021 8:02:21 PM(UTC-4) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

10/20/2021 8:02:20 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6CB2BBC (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

**Ok cool**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 10/20/2021 8:06:16 PM(UTC-4) | |
| +13479895039 Kaylen | | | |

**Status:** Read

10/20/2021 8:02:33 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6CB2959 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Good morning bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 10/21/20 21 10:54:47 AM(UTC -4) | |
| +13479895039 Kaylen | | | |

**Status:** Read

10/21/2021 10:52:29 AM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6CCBCD2 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Hey did you Grabbed a pack that was in the jacket

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 10/21/202 1 10:54:47 AM(UTC- 4) | |
| +13479895039 Kaylen | | | |

**Status:** Read

10/21/2021 10:52:45 AM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6CCBA88 (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 10/21/2021 10:54:52 AM(UTC-4) | 10/21/20 21 11:05:48 AM(UTC -4) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

10/21/2021 10:54:51 AM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6CCB800 (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Ok cool

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 10/21/20 21 11:22:20 AM(UTC -4) | |
| +13479895039 Kaylen | | | |

**Status:** Read

10/21/2021 11:05:54 AM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6CCB59F (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Hey just checking can you cover today

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 10/21/20 21 3:11:44 PM(UTC -4) | |
| +13479895039 Kaylen | | | |

**Status:** Read

10/21/2021 2:49:08 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6CD655D (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

**Attachments:**



Title: giphy.com-media-3o6ZsZKbgw4QVWEbzq-giphy.gif
Size: 1986541
File name: ~/Library/SMS/Attachments/36/06/740469A2-4A46-419A-9510-
FB097D98C952/giphy.com-media-3o6ZsZKbgw4QVWEbzq-giphy.gif
~/Library/SMS/Attachments/36/06/740469A2-4A46-419A-9510-
FB097D98C952/giphy.com-media-3o6ZsZKbgw4QVWEbzq-giphy.gif

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 10/21/2021 3:12:05 PM(UTC-4) | 10/21/2021 3:12:21 PM(UTC-4) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

10/21/2021 3:12:01 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6CD98DC (Table: message, chat, attachment, handle;
Size: 212844544 bytes)
iPhone/mobile/Library/SMS/Attachments/36/06/740469A2-4A46-419A-9510-
FB097D98C952/giphy.com-media-3o6ZsZKbgw4QVWEbzq-giphy.gif : (Size: 1986541 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 10/21/2021 3:24:11 PM(UTC-4) | |
| +13479895039 Kaylen | | | |

**Status:** Read

10/21/2021 3:12:42 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6CDACC2 (Table: message, handle, chat; Size:
212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Laughed at an image

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 10/21/20 21 3:24:11 PM(UTC -4) | |
| +13479895039 Kaylen | | | |

**Status:** Read

10/21/2021 3:12:49 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6CDAA58 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Yo you you in the crib bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 10/21/20 21 3:37:13 PM(UTC -4) | |
| +13479895039 Kaylen | | | |

**Status:** Read

10/21/2021 3:25:20 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6CDBCD6 (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

No

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 10/21/2021 3:37:27 PM(UTC-4) | 10/21/20 21 3:37:48 PM(UTC -4) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

10/21/2021 3:37:27 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6CDB3AA (Table: message, chat, handle; Size: 212844544 bytes)

F140

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Am I able to grab the will from there

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 10/21/20 21 3:42:55 PM(UTC -4) | |
| +13479895039 Kaylen | | | |

**Status:** Read

10/21/2021 3:38:05 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6CDCF3F (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

I put it in coat pocket in closet

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 10/21/2021 3:43:22 PM(UTC-4) | 10/21/20 21 3:48:46 PM(UTC -4) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

10/21/2021 3:43:21 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6CDCCCB (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Your closet ?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 10/21/20 21 4:22:55 PM(UTC -4) | |
| +13479895039 Kaylen | | | |

**Status:** Read

10/21/2021 4:22:42 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6CDD810 (Table: message, handle, chat; Size: 212844544 bytes)

F141

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Hallway

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 10/21/2021 4:22:58 PM(UTC-4) | 10/21/20 21 4:23:02 PM(UTC -4) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

10/21/2021 4:22:58 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6CDD5D0 (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Where is the other pack

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 10/21/20 21 4:25:10 PM(UTC -4) | |
| +13479895039 Kaylen | | | |

**Status:** Read

10/21/2021 4:24:55 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6CDD36B (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

I only took that one

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 10/21/2021 4:25:21 PM(UTC-4) | 10/21/20 21 4:25:21 PM(UTC -4) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

10/21/2021 4:25:21 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6CDEF41 (Table: message, chat, handle; Size: 212844544 bytes)

F142

GX(E)111-107

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Lmao

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/7/2021 11:31:39 PM(UTC-5) | 11/7/2021 11:31:49 PM(UTC-5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/7/2021 11:31:39 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x701A7E7 (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Oh men

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/7/2021 11:44:37 PM(UTC-5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/7/2021 11:32:14 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x701A588 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

37 Warren st 1600$

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/8/2021 4:40:35 PM(UTC-5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/8/2021 4:40:20 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x703ACDA (Table: message, handle, chat; Size: 212844544 bytes)

**GOVERNMENT EXHIBIT**
**111-107**
22 Cr. 91 (RA)

F144

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

How many is that?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/8/2021 4:40:49 PM(UTC-5) | 11/8/2021 4:40:49 PM(UTC-5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/8/2021 4:40:49 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x703A2DF (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

8 of red and black

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/8/2021 4:46:51 PM(UTC-5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/8/2021 4:41:14 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x703BF3F (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Where those at?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/8/2021 5:25:20 PM(UTC-5) | 11/8/2021 5:25:24 PM(UTC-5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/8/2021 5:25:20 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x703CF41 (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

They should be in the pack I gave you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/8/202 1 5:25:53 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/8/2021 5:25:37 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x703CCCC (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Count how many is there

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/8/202 1 5:25:53 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/8/2021 5:25:42 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x703CA5A (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

You gave me one red and black

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/8/2021 5:26:01 PM(UTC-5) | 11/8/202 1 5:26:02 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/8/2021 5:26:01 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x703C806 (Table: message, chat, handle; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

**The rest is all red**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/8/2021 5:26:05 PM(UTC-5) | 11/8/2021 5:26:05 PM(UTC-5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/8/2021 5:26:05 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x703C575 (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

**How many you got left In total**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/8/2021 5:31:39 PM(UTC-5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/8/2021 5:26:43 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x703C2F8 (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

**Not enough for that**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/8/2021 5:31:50 PM(UTC-5) | 11/8/2021 5:32:01 PM(UTC-5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/8/2021 5:31:49 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x703E848 (Table: message, chat, handle; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Huh?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/10/2021 11:33:36 AM(UTC-5) | 11/10/20 21 11:33:36 AM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/10/2021 11:33:36 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x709B7EA (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: princerain.k@gmail.com Kaylen (owner)
To: +13479895039 Kaylen (owner)

**Attachments:**

Title: Audio Message-15.caf
Size: 26981
File name: ~/Library/SMS/Attachments/91/01/at_0_52A72629-5591-483A-AC12-EB4069D44392/Audio Message-15.caf
~/Library/SMS/Attachments/91/01/at_0_52A72629-5591-483A-AC12-EB4069D44392/Audio Message-15.caf

| Participant | Delivered | Read | Played |
|---|---|---|---|
| princerain.k@gmail.com Kaylen | | | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/10/2021 11:34:01 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x72D0AAD (Table: message, handle, attachment, chat; Size: 212844544 bytes)
iPhone/mobile/Library/SMS/Attachments/91/01/at_0_52A72629-5591-483A-AC12-EB4069D44392/Audio Message-15.caf : (Size: 26981 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

In a couple hours probably

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/10/2021 11:39:06 AM(UTC-5) | 11/10/20 21 11:39:11 AM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/10/2021 11:39:05 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x709B340 (Table: message, chat, handle; Size: 212844544 bytes)

F148

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

**Send what?**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/10/2021 11:39:15 AM(UTC-5) | 11/10/20 21 11:39:15 AM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/10/2021 11:39:15 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x709CF41 (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

**Will**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/10/20 21 11:41:25 AM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/10/2021 11:39:22 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x709CCD6 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

**Let me know**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/10/20 21 11:41:25 AM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/10/2021 11:39:36 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x709CAA6 (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Ok In a few

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/10/2021 11:42:59 AM(UTC-5) | 11/10/2021 11:43:18 AM(UTC-5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/10/2021 11:42:58 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x709C868 (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Copy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/10/2021 12:16:30 PM(UTC-5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/10/2021 11:43:23 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x709C5F9 (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Where is the will at?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/10/2021 2:21:13 PM(UTC-5) | 11/10/2021 2:33:07 PM(UTC-5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/10/2021 2:21:11 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x70A3F41 (Table: message, chat, handle; Size: 212844544 bytes)

F150

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

**Attachments:**



Title: tmp.heics
Size: 454128
File name: ~/Library/SMS/Attachments/ba/10/22247CBF-B951-46D5-AEC5-
244EBD6D5970/tmp.heics
~/Library/SMS/Attachments/ba/10/22247CBF-B951-46D5-AEC5-
244EBD6D5970/tmp.heics

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/13/20 21 1:05:39 AM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/12/2021 10:04:45 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x70EFC2C (Table: message, handle, attachment, chat;
Size: 212844544 bytes)
iPhone/mobile/Library/SMS/Attachments/ba/10/22247CBF-B951-46D5-AEC5-
244EBD6D5970/tmp.heics :  (Size: 454128 bytes)

---

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Morning

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/13/20 21 1:05:39 AM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/12/2021 10:04:48 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x70EF941 (Table: message, handle, chat; Size:
212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Hey can you wake up fat boy for me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/13/20 21 1:05:39 AM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/12/2021 10:05:09 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x70EF709 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

If I'm not there before you leave just leave it in the kitchen

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/13/2021 1:05:39 AM(UTC-5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/12/2021 10:05:17 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x70EF49B (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Hey did you leave it out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/13/20 21 1:05:39 AM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/12/2021 10:22:29 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71099C9 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Yo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/13/20 21 1:05:39 AM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/12/2021 10:54:33 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x710976F (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

I ain't been home all day

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/13/2021 1:06:00 AM(UTC-5) | 11/13/20 21 1:06:05 AM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/13/2021 1:06:00 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x710DF41 (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Ohk cool

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/13/20 21 1:06:14 AM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/13/2021 1:06:14 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x710DCB2 (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Im On my way tho so if you still out here i goth unin 20

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/13/2021 1:06:26 AM(UTC-5) | 11/13/2021 1:06:31 AM(UTC-5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/13/2021 1:06:26 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x710DA7A (Table: message, chat, handle; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Cabinet in kitchen

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/13/2021 2:30:14 AM(UTC-5) | 11/13/2021 2:37:11 AM(UTC-5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/13/2021 2:30:13 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71114B0 (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Ok cool how much is there ima send kev up to get it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/13/2021 2:38:50 AM(UTC-5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/13/2021 2:38:02 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7112CD4 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Good

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/14/20 21 9:12:18 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/14/2021 9:12:16 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x717AF3F (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Got

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/14/2021 9:12:49 PM(UTC-5) | 11/14/20 21 9:21:25 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/14/2021 9:12:48 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x717AD0F (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Cool

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/14/20 21 9:23:37 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/14/2021 9:21:28 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x717BF3F (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Ima need a pack pa

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/15/2021 1:39:43 PM(UTC-5) | 11/15/20 21 1:39:54 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/15/2021 1:39:42 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71987CB (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Ok cool pa I'll be there a few

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/15/20 21 1:48:00 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/15/2021 1:40:11 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7198550 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Hey bro can you call me a cab and I'll give you the Bread once I get there

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/15/2021 3:54:10 PM(UTC-5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/15/2021 3:43:49 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x719BF3F (Table: message, handle, chat; Size: 212844544 bytes)

F156

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Cool

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/15/20 21 9:40:02 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/15/2021 9:39:58 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71AD604 (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

At Thomas

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/15/2021 9:47:01 PM(UTC-5) | 11/15/20 21 9:47:13 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/15/2021 9:47:01 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71AD3D4 (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Cool

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/15/20 21 9:49:15 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/15/2021 9:47:18 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71AEF3F (Table: message, handle, chat; Size: 212844544 bytes)

F157

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Hey bro you in the crib

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/16/20 21 3:00:53 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/16/2021 3:00:38 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71CE44D (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

No

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/16/2021 3:00:55 PM(UTC-5) | 11/16/20 21 3:00:59 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/16/2021 3:00:55 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71CE1F7 (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Hey wen will you be back in the crib

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/16/20 21 4:39:01 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/16/2021 4:38:41 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71DB65F (Table: message, handle, chat; Size: 212844544 bytes)

F158

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Idk couple hours

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/16/2021 4:39:07 PM(UTC-5) | 11/16/20 21 4:39:07 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/16/2021 4:39:07 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71DB3EF (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

37 Warren

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/16/20 21 7:14:25 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/16/2021 7:13:40 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71F7F3F (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

10 will

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/16/20 21 7:14:25 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/16/2021 7:13:44 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71F7D01 (Table: message, handle, chat; Size: 212844544 bytes)

F159

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

$430 yesterday

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/22/2021 8:46:04 AM(UTC-5) | 11/22/20 21 8:52:49 AM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/22/2021 8:46:02 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x72E5F41 (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Cool

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/22/20 21 10:24:02 AM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/22/2021 10:17:11 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x72F4308 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Hey bud .. 418 23 floor 2 will 100$

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/28/20 21 2:34:13 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/28/2021 2:34:02 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x73F6A47 (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/28/2021 2:34:18 PM(UTC-5) | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/28/2021 2:34:18 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x73F63F4 (Table: message, chat, handle; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

I need stuff

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/28/2021 2:44:23 PM(UTC-5) | 11/28/20 21 2:47:45 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/28/2021 2:44:21 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x73F8A15 (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

In the jacket

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/28/20 21 3:01:15 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/28/2021 2:47:54 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x73F852E (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

I got

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/29/2021 11:35:25 PM(UTC-5) | 11/29/20 21 11:35:26 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/29/2021 11:35:25 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7459870 (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Cool

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/30/20 21 12:18:31 AM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/30/2021 12:06:56 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x745A40D (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

164 Waverly Place
New York, NY 10014

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/30/20 21 2:55:02 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/30/2021 2:54:45 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x745EABB (Table: message, handle, chat; Size: 212844544 bytes)

F162

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

200$

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/30/20 21 2:55:02 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/30/2021 2:54:48 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x745FF3F (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Ight

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/30/2021 2:55:08 PM(UTC-5) | 11/30/20 21 2:55:08 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/30/2021 2:55:08 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x745F934 (Table: message, chat, handle; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

It's stuff in the coat?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/30/2021 3:36:07 PM(UTC-5) | 11/30/20 21 3:36:32 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/30/2021 3:36:05 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x745F3D8 (Table: message, chat, handle; Size: 212844544 bytes)

F163

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 11/30/20 21 3:45:32 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

11/30/2021 3:36:38 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7460F3F (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Kkkk!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/30/2021 3:45:43 PM(UTC-5) | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/30/2021 3:45:42 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7460D17 (Table: message, chat, handle; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

25 mins

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 11/30/2021 3:45:50 PM(UTC-5) | 11/30/20 21 3:46:22 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

11/30/2021 3:45:49 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7460AAE (Table: message, chat, handle; Size: 212844544 bytes)

F164

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

I know

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 12/6/2021 3:45:58 PM(UTC-5) | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

12/6/2021 3:45:58 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x752DD0D (Table: message, chat, handle; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 12/6/2021 3:46:00 PM(UTC-5) | 12/6/2021 3:46:21 PM(UTC-5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

12/6/2021 3:46:00 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x752DAAA (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Cool oh

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 12/6/2021 3:46:44 PM(UTC-5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

12/6/2021 3:46:27 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x752D84B (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Can I get a 4 for 3 sent to 15 Broad St, apt #2812

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 12/6/2021 5:01:01 PM(UTC-5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

12/6/2021 5:00:24 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7533F3F (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Is it another pack in the closet?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 12/6/2021 5:03:05 PM(UTC-5) | 12/6/2021 5:03:23 PM(UTC-5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

12/6/2021 5:03:04 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x75338A4 (Table: message, chat, handle; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

I only have 2

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 12/6/2021 5:03:26 PM(UTC-5) | 12/6/2021 5:03:26 PM(UTC-5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

12/6/2021 5:03:26 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x753360D (Table: message, chat, handle; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 12/12/2021 8:18:06 PM(UTC-5) | 12/12/20 21 8:18:09 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

12/12/2021 8:18:06 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x76A7F41 (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 12/12/20 21 8:20:27 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

12/12/2021 8:18:18 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x76A7CE2 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

37 Warren back door 3k

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 12/13/20 21 1:41:40 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

12/13/2021 1:40:48 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x76CC6F1 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

It's in the jack it . Those packs are 2s

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 12/13/20 21 1:41:40 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

12/13/2021 1:41:15 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x76CC49D (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 12/13/2021 1:41:48 PM(UTC-5) | 12/13/20 21 1:41:51 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

12/13/2021 1:41:48 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x76CC221 (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

1 pack and 5 will

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 12/13/20 21 1:46:24 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

12/13/2021 1:42:44 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x76CDF3F (Table: message, handle, chat; Size: 212844544 bytes)

GX(E)111-109

From: +16465304115
To: +13479895039 Kaylen (owner)

Both our cards not working

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 1/14/202 2 8:20:11 PM(UTC -5) | |

**Status:** Read

1/14/2022 7:33:33 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x78FA527 (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

You still need it?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 1/14/2022 8:20:20 PM(UTC-5) | 1/14/202 2 8:22:42 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

1/14/2022 8:20:18 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x78FA2C1 (Table: message, chat, handle; Size: 212844544 bytes)

From: +16465304115
To: +13479895039 Kaylen (owner)

Hey na bro all
Good thank
You

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 1/14/202 2 8:25:22 PM(UTC -5) | |

**Status:** Read

1/14/2022 8:22:52 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x78FBF3F (Table: message, handle, chat; Size: 212844544 bytes)

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

I think so

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 1/18/2022 6:16:39 PM(UTC-5) | 1/18/202 2 6:16:39 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

1/18/2022 6:16:37 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x79348A2 (Table: message, chat, handle; Size:
212844544 bytes)

---

From: +13479895039 Kaylen (owner)
To: +16465304115
To: +13479895039 Kaylen (owner)

I'll check when i get to the crib

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16465304115 | 1/18/2022 6:18:20 PM(UTC-5) | 1/18/202 2 6:18:25 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Sent

1/18/2022 6:18:19 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7934639 (Table: message, chat, handle; Size:
212844544 bytes)

---

From: +16465304115
To: +13479895039 Kaylen (owner)
To: +13479895039 Kaylen (owner)

Ok cool

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | 1/18/202 2 6:24:06 PM(UTC -5) | |
| +13479895039 Kaylen | | | |

**Status:** Read

1/18/2022 6:18:28 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x793439A (Table: message, handle, chat; Size:
212844544 bytes)

GX(E)111-111



# Extraction Report - Apple iPhone



## Chats (1)

 * These details are cross-referenced from this device's contacts

## Native Messages (1)

### +13479895039 (1)

| # | | Deleted |
|---|---|---|
| 1 | **Name:** +15512482481<br>**Start Time:** 8/26/2018 2:12:15 AM(UTC-4)<br>**Last Activity:** 10/25/2021 11:00:50 PM(UTC-4)<br>**Number of attachments:** 191<br>**Source:** Native Messages<br>**Account:** +13479895039<br>**Source file:** iPhone/mobile/Library/SMS/sms.db : 0x96899DE (Table: chat, message, handle; Size: 212844544 bytes)<br>**Source Extraction:** Advanced Logical<br>**Body file:** chat-1.txt<br><br>Participants:<br><br>+15512482481<br><br>+13479895039<br>Kaylen* (owner) | |

From: +15512482481
(owner)

Yo you home

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 8/3/2020 2:09:36 PM(UTC-4) | |

**Status:** Read

8/3/2020 2:08:22 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x35046E7 (Table: message, handle; Size: 212844544 bytes)

F173


GOVERNMENT
EXHIBIT
111-111
22 Cr. 91 (RA)



(owner)
To: +15512482481
To: +13479895039 Kaylen (owner)

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

8/3/2020 2:09:38 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x351121F (Table: message, handle, chat; Size: 212844544 bytes)

---

From: +15512482481
(owner)

Will you be home like 5

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 8/3/2020 2:10:11 PM(UTC-4) | |

**Status:** Read

8/3/2020 2:09:54 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x34F56AF (Table: message, handle; Size: 212844544 bytes)

---

From: +15512482481
(owner)

?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 8/3/2020 2:18:27 PM(UTC-4) | |

**Status:** Read

8/3/2020 2:17:48 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x34F5F6D (Table: message, handle; Size: 212844544 bytes)

(owner)
To: +15512482481
To: +13479895039 Kaylen (owner)

Sorry

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

8/3/2020 2:18:38 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x3501210 (Table: message, handle, chat; Size: 212844544 bytes)

(owner)
To: +15512482481
To: +13479895039 Kaylen (owner)

But idk

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

8/3/2020 2:18:40 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x3510681 (Table: message, handle, chat; Size: 212844544 bytes)

From: +15512482481
(owner)

Well let me know

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 8/3/2020 2:22:48 PM(UTC-4) | |

**Status:** Read

8/3/2020 2:18:52 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x34F4B53 (Table: message, handle; Size: 212844544 bytes)

F175

From: +15512482481
(owner)

Cuz I need something from the bag is Keven or his mom there

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 8/3/2020 2:22:48 PM(UTC-4) | |

**Status:** Read

8/3/2020 2:19:11 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x3501B39 (Table: message, handle; Size: 212844544 bytes)

From: +15512482481
(owner)

If not I'll take the bags out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 8/3/2020 2:22:48 PM(UTC-4) | |

**Status:** Read

8/3/2020 2:19:18 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x3510F6D (Table: message, handle; Size: 212844544 bytes)



(owner)
To: +15512482481
To: +13479895039 Kaylen (owner)

They not here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

8/3/2020 2:23:02 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x34F36B0 (Table: message, handle, chat; Size: 212844544 bytes)

F176



(owner)
To: +15512482481
To: +13479895039 Kaylen (owner)

Well I'm here ♂

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

8/3/2020 5:28:38 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x350D6A8 (Table: message, handle, chat; Size:
212844544 bytes)

From: +15512482481
(owner)

I am on my way that way

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 8/3/2020 5:34:07 PM(UTC-4) | |

**Status:** Read

8/3/2020 5:33:48 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x350C8A3 (Table: message, handle; Size: 212844544
bytes)

F177

GX(E)111-113



# Extraction Report - Apple iPhone



## Chats (1)

⚠ * These details are cross-referenced from this device's contacts

## Native Messages (1)

### +13479895039 (1)

| # | | Deleted |
|---|---|---|
| 1 | **Name:** +15512482481<br>**Start Time:** 8/26/2018 2:12:15 AM(UTC-4)<br>**Last Activity:** 10/25/2021 11:00:50 PM(UTC-4)<br>**Number of attachments:** 191<br>**Source:** Native Messages<br>**Account:** +13479895039<br>**Source file:** iPhone/mobile/Library/SMS/sms.db : 0x96899DE (Table: chat, message, handle; Size: 212844544 bytes)<br>**Source Extraction:** Advanced Logical<br>**Body file:** chat-1.txt<br><br>Participants:<br><br>    +15512482481<br><br>    +13479895039<br>    Kaylen* (owner) | |

(owner)
To: +15512482481
To: +13479895039 Kaylen (owner)

**Come get your stuff**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

9/17/2020 4:59:25 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x32FA3AE (Table: message, handle, chat; Size: 212844544 bytes)

F179

**GOVERNMENT EXHIBIT**
**111-113**
22 Cr. 91 (RA)

From: +15512482481
(owner)

Why are you ignore my calls and come get what stuff

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 9/17/2020 5:00:10 PM(UTC-4) | |

**Status:** Read

9/17/2020 4:59:52 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x3308F6D (Table: message, handle; Size: 212844544 bytes)



(owner)
To: +15512482481
To: +13479895039 Kaylen (owner)

Talk to billy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

9/17/2020 5:00:14 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x32EEB96 (Table: message, handle, chat; Size: 212844544 bytes)

From: +15512482481
(owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 9/17/2020 5:02:12 PM(UTC-4) | |

**Status:** Read

9/17/2020 5:00:19 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x32F938A (Table: message, handle; Size: 212844544 bytes)

F180

From: +15512482481
(owner)

Where are you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 9/17/2020 5:02:12 PM(UTC -4) | |

**Status:** Read

9/17/2020 5:00:29 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x33051FD (Table: message, handle; Size: 212844544 bytes)

From: +15512482481
(owner)

?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 9/17/2020 5:02:52 PM(UTC -4) | |

**Status:** Read

9/17/2020 5:02:27 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x33146AE (Table: message, handle; Size: 212844544 bytes)

(owner)
To: +15512482481
To: +13479895039 Kaylen (owner)

Yo i just said come get your stuff so clearly I'm at the house now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

9/17/2020 5:03:05 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x3313540 (Table: message, handle, chat; Size: 212844544 bytes)

F181

From: +15512482481
(owner)

548 E. 82nd St., New York, NY

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 9/17/2020 6:09:12 PM(UTC-4) | |

**Status:** Read

9/17/2020 5:20:00 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x3304F6D (Table: message, handle; Size: 212844544 bytes)

F182

GX(E)111-114



## Chats (1)

 * These details are cross-referenced from this device's contacts

## Native Messages (1)

### +13479895039 (1)

| # | | Deleted |
|---|---|---|
| 1 | **Name:** +15512482481<br>**Start Time:** 8/26/2018 2:12:15 AM(UTC-4)<br>**Last Activity:** 10/25/2021 11:00:50 PM(UTC-4)<br>**Number of attachments:** 191<br>**Source:** Native Messages<br>**Account:** +13479895039<br>**Source file:** iPhone/mobile/Library/SMS/sms.db : 0x96899DE (Table: chat, message, handle; Size: 212844544 bytes)<br>**Source Extraction:** Advanced Logical<br>**Body file:** chat-1.txt<br><br>Participants:<br><br>+15512482481<br><br>+13479895039<br>Kaylen* (owner) | |

(owner)
To: +15512482481
To: +13479895039 Kaylen (owner)

Wya? Bills told me give you one will

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15512482481 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

9/18/2020 6:37:52 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x331377B (Table: message, handle, chat; Size: 212844544 bytes)

F184

**GOVERNMENT EXHIBIT**
**111-114**
22 Cr. 91 (RA)

From: +15512482481
(owner)

I am walking that way

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 9/18/2020 6:38:37 PM(UTC-4) | |

**Status:** Read

9/18/2020 6:38:33 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x32F762F (Table: message, handle; Size: 212844544 bytes)

From: +15512482481
(owner)

Hold on

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 9/18/2020 6:38:37 PM(UTC-4) | |

**Status:** Read

9/18/2020 6:38:33 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x3303321 (Table: message, handle; Size: 212844544 bytes)

GX(E)111-118

From: +16469455367
(owner)

Hey how much was it in cabs

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 6/1/2021 1:23:31 PM(UTC-4) | |

**Status:** Read

6/1/2021 1:22:51 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x240CB58 (Table: message, handle; Size: 212844544 bytes)

(owner)
To: +16469455367
To: +13479895039 Kaylen (owner)

$120

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469455367 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

6/1/2021 1:23:34 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2418D52 (Table: message, handle, chat; Size: 212844544 bytes)

(owner)
To: +16469455367
To: +13479895039 Kaylen (owner)

5 mins

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469455367 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

6/1/2021 1:56:57 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2423B71 (Table: message, handle, chat; Size: 212844544 bytes)

F187



(owner)
To: +16469455367
To: +13479895039 Kaylen (owner)

3 actually

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469455367 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

6/1/2021 1:57:06 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2409578 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16469455367
(owner)

Cool

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 6/1/2021 1:58:46 PM(UTC-4) | |

**Status:** Read

6/1/2021 1:57:16 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x241528E (Table: message, handle; Size: 212844544 bytes)

(owner)
To: +16469455367
To: +13479895039 Kaylen (owner)

I'm here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469455367 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

6/1/2021 1:59:02 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2422446 (Table: message, handle, chat; Size: 212844544 bytes)

F188

From: +16469455367
(owner)

Cool

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 6/1/2021 1:59:17 PM(UTC-4) | |

**Status:** Read

6/1/2021 1:59:10 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x2409D68 (Table: message, handle; Size: 212844544 bytes)

From: +16469455367
To: +13479895039 Kaylen (owner)

Hey bro is in the kitchen cabinet by in side sandwich back

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | | |

**Status:** Read

8/16/2021 3:33:48 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x11B6F63 (Table: message, handle, chat; Size: 212844544 bytes)

From: +16469455367
To: +13479895039 Kaylen (owner)

Box

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13479895039 Kaylen | | | |

**Status:** Read

8/16/2021 3:33:50 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x11C48CD (Table: message, handle, chat; Size: 212844544 bytes)

F189

To: +16469455367
To: +13479895039 Kaylen (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469455367 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

8/16/2021 3:38:28 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x11D3562 (Table: message, handle, chat; Size:
212844544 bytes)

GX(E)111-119

(owner)
To: +19173786460
To: +13479895039 Kaylen (owner)

Yeah i have an event that starts at 4

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19173786460 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

6/11/2019 9:13:59 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x4935FA0 (Table: message, handle, chat; Size: 212844544 bytes)

From: +19173786460
(owner)

fine

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 6/11/2019 10:58:25 PM(UTC-4) | |

**Status:** Read

6/11/2019 9:35:08 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x49359DA (Table: message, handle; Size: 212844544 bytes)

From: +19173786460
(owner)

Let this Nigg kno then so he don't bother you later in afternoon

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 6/11/2019 10:58:25 PM(UTC-4) | |

**Status:** Read

6/11/2019 9:36:41 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x4934FA0 (Table: message, handle; Size: 212844544 bytes)



(owner)
To: +19173786460
To: +13479895039 Kaylen (owner)

Thanks broooo! And i will

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19173786460 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

6/11/2019 10:58:50 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x4935630 (Table: message, handle, chat; Size: 212844544 bytes)

From: +19173786460
(owner)

Yo bro bro can you leave my cut in safe if it not a problem cause I know by time I get out there you gonna be gone

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 6/14/2019 12:59:42 PM(UTC-4) | |

**Status:** Read

6/14/2019 12:59:37 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x492889B (Table: message, handle; Size: 212844544 bytes)



(owner)
To: +19173786460
To: +13479895039 Kaylen (owner)

It's in my room I'll be around by time you get over there

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19173786460 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

6/14/2019 1:08:19 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x4931BDB (Table: message, handle, chat; Size: 212844544 bytes)

F193

From: +19173786460
(owner)

Don't you gotta do your thing at 4?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 6/14/201 9 1:09:48 PM(UTC -4) | |

**Status:** Read

6/14/2019 1:08:57 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x491D3FE (Table: message, handle; Size: 212844544 bytes)

(owner)
To: +19173786460
To: +13479895039 Kaylen (owner)

It starts at 4 but I'm handling some things earlier cuz I'm not getting there until like 5 ish

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19173786460 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

6/14/2019 1:11:50 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x49276F2 (Table: message, handle, chat; Size: 212844544 bytes)

(owner)
To: +19173786460
To: +13479895039 Kaylen (owner)

Either way the event is at the standard nigga that's right there lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19173786460 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

6/14/2019 1:11:50 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x4930434 (Table: message, handle, chat; Size: 212844544 bytes)

F194

(owner)
To: +19173786460
To: +13479895039 Kaylen (owner)

If you not at the crib by time i get back I'll leave it in safe

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19173786460 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

6/14/2019 1:12:05 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x491DBC6 (Table: message, handle, chat; Size: 212844544 bytes)

From: +19173786460
(owner)

Ight lol I'm just saying cause I got work on me already and be no point for me to dip from my crib to just sit and wait there until I get a call feel me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 6/14/2019 1:42:03 PM(UTC-4) | |

**Status:** Read

6/14/2019 1:14:14 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x4927FA0 (Table: message, handle; Size: 212844544 bytes)

From: +19173786460
(owner)

Yo you ain't leave it in safe??

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 6/14/2019 9:23:50 PM(UTC-4) | |

**Status:** Read

6/14/2019 9:23:06 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x490CD98 (Table: message, handle; Size: 212844544 bytes)

F195

GX(E)111-126

From: +19173786460
(owner)

Your rooms locked and left as it was before I got in there pa

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 5/27/2019 10:15:06 PM(UTC-4) | |

**Status:** Read

5/27/2019 9:34:11 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x4A48DB4 (Table: message, handle; Size: 212844544 bytes)



(owner)
To: +19173786460
To: +13479895039 Kaylen (owner)

lght bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19173786460 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/27/2019 10:15:15 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x4A3382A (Table: message, handle, chat; Size: 212844544 bytes)

From: +19173786460
(owner)

Yo wya

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 5/31/2019 6:10:37 PM(UTC-4) | |

**Status:** Read

5/31/2019 6:08:27 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x4A1896F (Table: message, handle; Size: 212844544 bytes)

F197



(owner)
To: +19173786460
To: +13479895039 Kaylen (owner)

Central Park what's sup

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19173786460 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/31/2019 6:10:57 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x49FFDC0 (Table: message, handle, chat; Size:
212844544 bytes)



(owner)
To: +19173786460
To: +13479895039 Kaylen (owner)

Can you leave an extra bag?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19173786460 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/31/2019 6:11:13 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x4A0B9B5 (Table: message, handle, chat; Size:
212844544 bytes)

From: +19173786460
(owner)

I'm not in crib I had to make run real quick

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 5/31/2019 6:11:27 PM(UTC-4) | |

**Status:** Read

5/31/2019 6:11:27 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x4A1739D (Table: message, handle; Size: 212844544 bytes)

F198

(owner)
To: +19173786460
To: +13479895039 Kaylen (owner)

Oh Ight

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19173786460 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/31/2019 6:11:47 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x49FE6B2 (Table: message, handle, chat; Size: 212844544 bytes)

(owner)
To: +19173786460
To: +13479895039 Kaylen (owner)

I got a whole pack and them like 6 left over so i should be good

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19173786460 | | | |
| +13479895039 Kaylen | | | |

**Status:** Sent

5/31/2019 6:11:58 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x4A0A203 (Table: message, handle, chat; Size: 212844544 bytes)

From: +19173786460
(owner)

Once I get back I'll leave it but I don't want this Nigg to continue hitting me up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 5/31/2019 6:12:06 PM(UTC-4) | |

**Status:** Read

5/31/2019 6:12:05 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x4A17BAC (Table: message, handle; Size: 212844544 bytes)

F199

# EXHIBIT G

If there are other attorneys Waiting, you can easily get shut out for an in person visit

1:45 PM

Okay visiting ends at 7pm for legal  so it should be okay for you to go.. even if Billy can't come down

3:13 PM

Maybe.  Doing the best we can today

3:59 PM

I am now reading through hundreds of pages of proffer notes and testimony

4:28 PM

Okay..

4:31 PM

John to be honest you were supposed to have my mother and brother down with you in visiting so you can sit with them both to go over the case I don't feel comfortable with Billy getting on that stand without having a face to face with you .

8:14 PM

They are not prepared and I don't feel like a video call will  suffice

8:14 PM

Well why don't you let me handle this.

8:17 PM

Okay... I just got off the phone with my mom and she's freaking out understandably so I told her I would reach out to you... thank you

8:18 PM

I will speak to her tomorrow.  As scheduled. I will have a Spanish translator so she pays attention

8:18 PM

It very simple. She didn't hold or distribute


Okay... I just got off the phone with my mom and she's freaking out understandably so I told her I would reach out to you... thank you

8:18 PM ✓✓

I will speak to her tomorrow. As scheduled. I will have a Spanish translator so she pays attention

8:18 PM

It very simple. She didn't hold or distribute drugs. She just received money at times. Period.

8:19 PM

There was no Drug Safe in the hallway. Period.

8:19 PM

Thats all U need from her and Kevin. That's it

8:20 PM

From Billy, I need the same, plus that MA is the other guys mother - Marianne

8:20 PM

Undeterred

# EXHIBIT H

(Audio Recording will be Produced to the Court)

CASE:                    U.S. v. Billy Ortega, 21 Cr. 91 (RA) [2021R00313]

EXHIBIT NO.:             202479ff-bb8f-4ed0-acca-8b92ddfc2649.wav

DATE:

TIME:

TEL. NO.:

PARTICIPANTS:           UNIDENTIFIED MALE            UM


KEY:                    Unintelligible               [U/I]
                        Unintelligible in Spanish    [I/I]
                        Phonetic spelling            [PH]


**TN:** Words spoken in English in the original conversation are italicized. All utterances in all languages have been transcribed as is, including any apparently erroneous or non-standard forms of expression, and all translations herein reflect any such usage of the original language.

*The voices of the participants have not been identified independently and this transcript reflects the voice attributions that were provided by the government.



GOVERNMENT
EXHIBIT
103-3A-T
22 Cr. 91 (RA)

| SPEAKER | TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| ORTEGA: | Do me a favor and stop calling the guys, you hear? Do me that favor, because you look real stupid calling Will and asking him things. When I tell him to give it to you, he'll give it to you. Stop *fucking* calling. | Hazme un favor y para de llamar los muchachos, ¿oíste? Hazme ese favor, que tú te ves bien estúpida llamando a Will preguntándole cosas. Cuando yo le diga que te lo dé, él te lo va a dar. Para de *fucking* llamar. |
| | [END OF RECORDING] | [FIN DE LA GRABACIÓN] |

# EXHIBIT I

(Audio Recording will be Produced to the Court)

CASE: U.S. v. Josefina Marine, Crim. No. 22-CR-00091 (RA)

FILE NO.: 4bbbbb80-91a2-45c5-996f-dca94220fb0e

Voice recorded message to Marine extracted from Ortega's phone

DATE: September 22, 2019

| SPEAKER | TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| ORTEGA: | Again, please, how many times do I tell you not to say names on these phones? Don't say names on these phones. You just don't understand. Damn! | Otra vez, por favor, ¿cuántas veces te digo que no digas los nombres en estos teléfonos? No digas los nombres en estos teléfonos. Es que usted no entiende. ¡Coño! |

**[END OF RECORDING]**                    **[FIN DE LA GRABACIÓN]**