UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> JOSEFINA MARINE, <br><br> Defendant. | No. 22-CR-91-04 <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

On November 10, 2025, Defendant Josefina Marine filed a *pro se* motion for modification of her sentence and requested the court to appoint an attorney to represent her.

The C.J.A. attorney assigned to receive cases on this day, Gary Kaufman, is hereby ordered to assume representation of Ms. Marine for purposes of this motion.

The Government shall file a response no later than December 12, 2025, and defendant may file a reply no later than January 9, 2026.

The Clerk of Court is respectfully requested to mail a copy of this Order to Ms. Marine, 25345-510 (#B4), at Federal Prison Camp, Glen Ray Rd, P.O. Box A, Alderson, WV 24910.

SO ORDERED.

Dated:   November 24, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge