UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEFINA MARINE,

                   Movant,

      -against-

UNITED STATES OF AMERICA,

               Respondent.

26-CV-1925-RA

22-CR-91-RA-4

ORDER

RONNIE ABRAMS, United States District Judge:

It is hereby ORDERED that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Ms. Marine shall have thirty days from the date on which she is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

SO ORDERED.

Dated:      March 13, 2026
             New York, New York

                                   Hon. Ronnie Abrams
                                   United States District Judge