UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOSEFINA MARINE,

Defendant.

22-CR-91-04 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Government shall respond to Ms. Marine's letter at Dkt. 300 by August 25, 2026.

SO ORDERED.

Dated: August 18, 2026
New York, New York

Ronnie Abrams
United States District Judge